**IN THE CIRCUIT COURT OF THE CITY OF ST. L**
**ASSOCIATE JUDGE DIVISION**
**STATE OF MISSOURI**

*FILED*

*JAN 0 4 2011*

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

| | |
|---|---|
| **CAPITAL ONE BANK (USA) N.A.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No: **1022-AC16368** |
| | ) |
| **DANIEL J. FLENTKE,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF HEARING

Please take notice that Plaintiff will call for hearing its Motion to Set Aside on

2 | 15 , 2011, at 9 : 30 a.m. or as soon thereafter as counsel may be heard

in the Circuit Court of the City of St. Louis, State of Missouri.

KRAMER & FRANK, P.C.

By_____
ADAM GILLESPIE, MBE#60954
Attorneys for Plaintiff
9300 Dielman Ind. Dr., Ste 100
St. Louis, MO 63132
(314) 991-1835, Ext. 160
(314) 991-0485 Fax
Email: 92410655@lawusa.com
FLEDACA5

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties in the above cause by depositing a copy thereof in the U.S. Mail, postage prepaid, on January 7, 2011, in an envelope addressed to:

Mr. Nathan H. Goldberg
Attorney for Defendant
6901 Gravois Road
St. Louis, MO 63116

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
ASSOCIATE JUDGE DIVISION
STATE OF MISSOURI

CAPITAL ONE BANK (USA) N.A., )
)
    Plaintiff, )    Number: 1022-AC16368
)
vs. )
)
DANIEL J. FLENTKE, )
)
    Defendant. )

## MOTION TO SET ASIDE DEFAULT JUDGMENT

    COMES NOW Plaintiff, CAPITAL ONE BANK (USA) N.A., by and through their attorneys,

Kramer and Frank, P.C. and by consent of the parties, requests that the Default Judgment entered in this

matter be set aside. In support thereof, Plaintiff states that the Defendant's attorney entered his

appearance and the parties wish to complete discovery.

                       KRAMER & FRANK, P.C.

                       by _____
                         ADAM GILLESPIE, MBE#60954
                         Attorneys for Plaintiff
                         9300 Dielman Ind. Dr., Ste 100
                         St. Louis, MO  63132
                         (314) 991-1835, Ext. 160
                         (314) 991-0485 Fax
                         Email: 92410655@lawusa.com
                         FLEDACA5

**SO ORDERED:**

                                      Dated:_____

_____
**JUDGE**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all parties in the
above cause by depositing a copy thereof in the United States Mail, postage prepaid, in an
envelope addressed to:  Mr. Nathan H. Goldberg, Attorney for Defendant, 6901 Gravois
Road, St. Louis, MO 63116, on January 7, 201_____.

_____

 **IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 1022-AC16368 | |
|---|---|---|
| Plaintiff/Petitioner:<br>CAPITAL ONE BANK USA NA<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>IRWIN JAMES FRANKEL<br>9300 DIELMAN INDUST DR,<br>Ste 100<br>SAINT LOUIS, MO 63132<br>(314) 754-6111 | |
| Defendant/Respondent:<br>DANIEL J FLENTKE<br><br>Nature of Suit:<br>AC Breach of Contract | Date, Time and Location of Court Appearance:<br>**07-DEC-2010, 09:30 AM**<br>**Division 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** | (Date File Stamp) |

## Associate Division Summons

The State of Missouri to: **DANIEL J FLENTKE**
              Alias:

**4631 ROSA AVE**
**SAINT LOUIS, MO 63116**



**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

November 8, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
          Date          Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
ASSOCIATE JUDGE DIVISION
STATE OF MISSOURI

CAPITAL ONE BANK (USA) N.A.          )
                                     )
                                     )    Case No:  1022-AC
          Plaintiff                  )    Division:
vs.                                  )
DANIEL J FLENTKE                     )
4631 Rosa Ave,                       )
Saint Louis, MO 63116-1235           )
(CITY)                               )
                                     )
          Defendant(s).              )
             PETITION ON BREACH OF CONTRACT

Comes now Plaintiff and for its cause of action herein
states that:

1. Plaintiff CAPITAL ONE BANK (USA) N.A. is a nationally
chartered banking association duly organized and existing under
and by virtue of law.

2. Defendant DANIEL J FLENTKE  is a resident of ST. LOUIS
CITY, State of Missouri.

3. Plaintiff and Defendant entered into a contract for the
extension of credit from Plaintiff to Defendant under which the
Defendant agreed to pay per the terms of the contract, a copy of
which is attached hereto and made a part of this petition by
reference.

4. Defendant is indebted to Plaintiff for attorney's fees
as provided for in the contract attached hereto.

This communication is from debt collector attempting to collect a debt, and
any information obtained will be used  for that purpose.
Page 1 of 3

5. Plaintiff has performed, or substantially performed, all of its obligations, and conditions precedent, if any, under said contract.

6. Defendant has breached the contract by failing to make payments to Plaintiff as required by the contract, and Plaintiff has therefore been damaged in the amount of $2711.29.

7. The above balance was due, and demand for payment was made, on or before October 13, 2010.

This communication is from debt collector attempting to collect a debt, and any information obtained will be used  for that purpose.

WHEREFORE, Plaintiff prays for judgment against Defendant in the sum of $2711.29 plus interest of $61.40, together with interest thereon at the rate of 3.90 percent per annum from October 13, 2010, for reasonable attorney's fees and for Court costs herein expended.

KRAMER & FRANK, P.C.

By

IRWIN JAMES FRANKEL, MBE# 24777
Attorney for Plaintiff
9300 Dielman Ind. Dr., Ste 100
St. Louis, MO 63132-2205
Telephone: (314) 991-1177
Fax:       (314) 991-0485
E-mail: 92410655@lawusa.com

**CONTACT PERSON:**          **PAY ONLINE:**
**HEATHER KING**             **http://www.kfpay.com**
**(314) 991-1835 ext 6186 File Code: 92410655**

This communication is from debt collector attempting to collect a debt, and any information obtained will be used  for that purpose.

# CUSTOMER AGREEMENT

Welcome to Capital One.® We are pleased to have your credit card account. This Customer Agreement contains information about your account. Please read it and keep it for your records. Your contract with us for the card and account ("this Agreement") consists of this Customer Agreement, together with any changes to the Customer Agreement that we make as provided below, the Security Account (if applicable), the Security Account Assignment Agreement (if applicable), Capital One Privacy Notice, any account disclosures provided and delivered to you prior to or at the time your account opened, including disclosures pursuant to requirements of Truth in Lending Act (hereinafter "TILA Account Disclosures"), as well as any subsequent notices of changes to these documents, and any and all documents that include your signature (including any electronic or digital signature) on any application, sales slip or other evidence of indebtedness on your account. In this Agreement the words "you," "your" and "yours" refer to each person who signed the application for the account (each, a "joint accountholder") and to anyone else who is authorized to use the account in any way (each, an "Authorized User"). Except as specifically stated herein, each of us individually and jointly disposes under this Agreement. The words "we," "us" and "our" mean Capital One Bank and its successors, assigns, agents and/or authorized representatives. If the application for the account stated that the account will be a "Security Account," this means the funds you have pledged to us to secure your account. This Agreement and the Security Account Assignment Agreement (if applicable) do not apply to any other Capital One Bank account than you may have, either now or in the future, except as provided in the Arbitration Provision below. Unless you have entered into a Security Account Assignment Agreement with us, the account is unsecured. Except as provided in the Security Account Assignment Agreement (if applicable), the account is not secured by any other property, regardless of the terms of any other contract to which you and we are subject. We can delay enforcing any of our rights under this Agreement without losing them. The card is and remains our property, and you will surrender it to us at any time upon request.

**Assignment.** We may transfer your account, the Security Account (if applicable), the Security Account Assignment Agreement (if applicable) and/or our rights under this Agreement to an assignee. This assignee will take our place under this Agreement; the Security Account (if applicable) and the Security Account Assignment Agreement (if applicable) with respect to the agreements and interests transferred. The assignee may or may not be an affiliate of Capital One Bank. You must pay the assignee and otherwise perform all of your obligations under these agreements. You may not transfer your account or your rights under this Agreement, the Security Account (if applicable) or the Security Account Assignment Agreement (if applicable) to any person or entity without our express prior written consent. Subject to the preceding sentence, this Agreement will be binding and inure to the benefit of your and our respective successors, assigns and representatives.

**Using Your Account.** You can make purchases and obtain cash advances (if cash advances are an option for your account) by using your card, account number and any account access checks (including Purchase Checks, Convenience Checks, Special Transfer Checks and other similar checks) that we may send to you. Additionally, you may request a stop payment on account access checks, but we reserve the right to charge you a fee for such services. When we provide you with account access checks, we will tell you whether they will be treated as purchases, cash advances or special transfers. Unless we tell you otherwise, Convenience Checks will always be treated as cash advances. We may establish different segments for your account, such as a purchase segment, a cash advance segment and a special transfers segment. Each segment may be subject to terms and conditions that are different than those that are applicable to other segments.

Our liability, if any, for any wrongful dishonor of an account access check is limited to your actual damages and shall not include any consequential damages, and in no event will it exceed the amount of the check.

You agree not to use the card or account in connection with any Internet or illegal gambling transactions, but any Internet or illegal gambling transactions in which you engage with the card or account nevertheless will be subject to this Agreement and the Security Account Assignment Agreement (if applicable).

Your card and account may only be used for valid and lawful purposes. If you use, or authorize someone else to use, the card or account for any unlawful or impermissible purpose, you will be responsible for such use and may be required to reimburse us and MasterCard International (incorporated "MasterCard" or Visa USA, Inc. "Visa," as applicable, or their successors for all amounts or expenses that we or they pay as a result of such unlawful or impermissible use. In any event, any unlawful or impermissible transactions in which you engage with the card or account nevertheless will be subject to the Agreement and the Security Account Assignment Agreement (if applicable). You agree that we are not responsible if anyone refuses to honor your card or account.

If you had a prior credit card or other account with us, or such an account or balance or transferred to us or one of our affiliates, and you agreed to reinstate the balance of the prior account in the form of your new account, the new account will accrue finance charges from the date that the new account is opened.

Authorized users are not financially responsible for the account. An authorized user may use a credit card, can request certain account information and can request to be removed from the account. Subject to our discretion, an authorized user may not be able to initiate certain actions on the account. You agree to provide us with information identifying any persons you authorize to use your account, including their name, address, date of birth and other identifying information we may request.

**Exchange Rate.** If you make a transaction in currency other than U.S. dollars, VISA International or MasterCard International will convert the charge or credit into a U.S. dollar amount in accordance with their operating regulations or conversion procedures in effect at the time the transaction is processed. VISA International's regulations and procedures provide that effective April 2, 2001, the exchange rate between the transaction currency and the billing currency used for processing international transactions is either (1) a rate selected by VISA from the range of acceptable rates in wholesale currency markets for the applicable central processing date, which rate may vary from the rate VISA itself receives or (2) the government mandated rate in effect for the applicable central processing date. MasterCard International's regulations and procedures provide the currency conversion rate it uses is either (1) a wholesale market rate or (2) a government mandated rate in effect on the day of the central processing date.

**Cash Equivalent Transactions.** If cash advances are an option for your account, you can use your account to purchase certain items that we regard as "cash equivalent transactions." All cash equivalent transactions will be treated as cash advances and will be billed to the cash advance segment of your account. Cash equivalent transactions include, without limitation, the purchase of wire transfer money orders, bets, lottery tickets, casino gaming chips and other similar products or services. Nothing in this paragraph will be interpreted to validate any transaction that is unlawful or impermissible.

**Your Credit Limit.** Your initial credit limit will be disclosed when your account is opened (or afterwards). Either initially, or at any later time, we may establish different credit limits that apply to different segments of your account (such as purchase, cash advances and special transfers). Your current credit limits will be identified in your periodic statement. You agree not to allow the balance of your account (including all transactions, finance charges and other fees or charges), or the balance of the applicable segments of your account (including different segments for your account, if you have been given the option to increase your credit limit by adding funds to your Security Account (if applicable), we reserve the right not to increase your credit limit if the additional funds are provided while your account is in default. We may increase or decrease your credit limits at any time without prior notice to you, may temporarily increase or decrease your credit limits at any time without prior notice to you, may temporarily increase the credit limit for cash advances or other types from any time away your ability to obtain cash advances. We may honor transactions in excess of your credit limit, even if those transactions result in an over limit fee, and those transactions and fees will be subject to this Agreement and the Security Account Assignment Agreement (if applicable). Any transactions honored in excess of your credit limit will not result in an increase of your credit limit unless we expressly notify you otherwise.

**Additional Benefits and Services.** From time to time, we may offer you benefits and services with your account. These benefits and services may be provided by us or third parties. Certain benefits or services made a part of this Agreement, and except as provided in the Arbitration Provision below, any such benefits and services are not a part of this Agreement, and are subject only to the terms and conditions outlined in the benefits or services brochure and other official documents provided to you with respect to the benefits and services. We may advise, add, or delete benefits or services at any time in accordance with the procedures or documents you receive. In addition, any such benefits or services offered to you in the most current version of the "Guide to Benefits" shall replace and supersede the benefits and services that had been offered to you in all previous versions of the "Guide to Benefits," without further notice. Except as provided by applicable law, we are not liable for any benefits or services provided by third parties or the actions or omissions of those third parties.

**Making Payments.** You promise to pay us and are liable for all amounts due resulting from the authorized use of your card or account, including any finance charges and other charges due under the terms of this Agreement. Payments must be made in U.S. dollars. Payments made by a check, money order or other negotiable instrument (an "item") must be in a form acceptable to us and be drawn on a U.S. financial institution. We may allocate payments and other credits and process among the various segments of your account, and to charges and principal due within each segment, in any way we determine, including balances (including new transactions) with lower annual percentage rates (APRs) before balances with higher APRs.

Payments you mail to us at the address for payment stated on your periodic statement will be credited to your account as of the business day we receive it, provided (1) you send the remittance coupon portion of your periodic statement and your check in the remittance envelope provided and (2) your payment is received in our processing center by the time indicated on your periodic statement. Please allow at least five (5) business days for crediting delivery. Payments received by us at any other location or in any other form may not be credited as of the day we receive them. Our business days are Monday – Saturday, excluding holidays. Credit availability may be delayed in our sole discretion to ensure payment in good funds. If we accept a payment at some other place, we may delay the crediting of the payment for up to five (5) days. This may cause you to incur late payment fees and additional finance charges, and may result in your account being declared to be in default.

Any minimum payment that is due will be stated in your periodic statement. You must pay at least the minimum payment due by the date stated in your periodic statement to avoid a late payment fee, however, you may pay more than the minimum payment or pay the balance in full. In any case, finance charges will continue to be assessed owing billing periods that you carry a balance regardless of whether or not your statement shows a minimum payment due.

We can accept late payments or partial payments, or items marked "payment in full" or other similar language, or payments with a request to apply the payment in a particular manner, without losing any of our rights under this Agreement, including our right to receive payment in full. No payment shall operate as an accord and satisfaction without our prior written approval. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to Capital One, P.O. box 85010, Richmond, VA 23285-5010. You will not make payments from funds obtained from the account or any other credit account with us. If your payment is made to any other address, we may accept the payment without losing any of our rights.

When you send us check(s) to make payment on your account, you authorize us to make a one-time electronic transfer from your bank account for the amount of the check as indicated by numerical digit. This authorization applies to all check(s) received by us during the billing period even if sent by someone else, who you agree is your agent and was provided with these disclosures in advance. This authorization is not restricted by the date on the check and includes resubmissions. We will not be bound by any restrictive legend or condition appearing on the face or reverse side of the check. If we cannot process the electronic transfer, you authorize us to make a charge against your bank account by processing the check, substitute check, draft or similar instrument.

We may adjust your account as appropriate to correct errors, returned items, related debits and similar matters.

We may, in our sole discretion, offer an expedited payment service. You are not required to use this service. When you authorize us to process a demand draft, electronic ACH debit or other expedited payment method for your account, we may charge you an expedited payment fee in an amount disclosed to you at the time of the service. We are not responsible for any dishonor of the payment by your depository institution and may retain the fee in the event of such dishonor.

If you give your account number or other account information to another person to make a payment for you or to act on your behalf, you agree that we may discuss your account with that person and process the payment as if it were made by you. You further agree that you will be responsible for all consequences of payment or non-payment by such party, including expedited payment, return payment, late payment and over limit fees. We reserve the right to refuse to accept payment on your behalf or to permit another person to act on your behalf.

**Periodic Statement.** Each month that you have a credit or debit balance of more than $1 in your account, we will send you a periodic statement as and when required by applicable law. The periodic statement will show all transactions billed to your account during the billing period. The billing period is the time from one statement closing date through and including the next statement closing date. The statement closing date determines the month of a specific billing period. For example, your January billing period is the billing period with the statement closing date in January.

**Finance Charges.** You will be assessed finance charges as previously disclosed to you as part of the TILA Account Disclosures or as we will disclose to you if required by applicable law.

**Temporary Reduction in Finance Charge.** We reserve the right to not assess any or all finance charges for any given billing period without waiving the right to assess such finance charges in a future billing period.

**Other Fees and Charges.** The following fees will be billed to the purchase segment of your account and will be treated as purchases and applied against your available credit limit, unless otherwise specified, in every billing period in which they apply: (1) a late payment fee will be assessed if we do not receive your payment in time for it to be credited, as provided in this Agreement, by the date stated in your periodic statement; (2) an over limit fee will be assessed if the balance of your account (or any segment of

your account) at any time during the billing cycle, for any reason, is greater than the applicable temporary or permanent credit limit, (regardless of whether you went over limit as a result of a transaction, finance charge or any other fee or charge, even if approved by us); (iii) a returned credit fee will be assessed if we do not honor any account access check for any reason, (iv) copying charges for duplicate copies of transaction documentation or periodic statements will be assessed on a per-page basis, unless required for billing dispute resolution; (v) a returned payment fee will be assessed if, for any reason, (a) a check, draft or similar instrument is not honored or cannot be processed; or (b) an electronic debit is returned unpaid or cannot be processed. You authorize us to resubmit returned payments in our discretion. At our option, we may assess this fee each time your payment is not honored or paid, even if it is later honored or paid following resubmission. Any check, draft or similar instrument may be collected electronically if returned for insufficient or uncollected funds. We may charge any of these fees or charges, or add additional fees and charges, as provided below. We reserve the right to waive any of these fees without prior notification to you while maintaining our right to assess these fees going forward.

**Cash Advance Fee.** If cash advances are permitted for your account, a cash advance fee finance charge will be (i) assessed each time you obtain a cash advance or cash equivalent transaction, (ii) added to the cash advance segment of your account and (iii) applied against your available credit limit. The amount of the cash advance fee finance charge will be stated in other finance charges shown on your periodic statement for the purpose of calculating the annual percentage rate for that billing period. This may cause the annual percentage rate disclosed for that billing period to be greater than the annual percentage rate disclosed to you.

**Membership Fee.** If applicable, a membership fee will be imposed in your first billing period, unless specifically stated otherwise. If the membership fee is assessed annually, it will be assessed in the billing period in which each anniversary of the opening of your account occurs. If the membership fee is assessed monthly, it will be assessed in each billing period. The fee will be billed to the purchase segment of your account and will be treated as a purchase and applied against your available credit limit. The membership fee will not be refunded, in whole or in part, even if you or we cancel the account.

**Transfer Fee.** A fee will be assessed for each transfer of funds from your account to your Security Account that you request. The fee will be billed to the cash advance segment of your account and will be treated as a cash advance and applied against your available credit limit.

**Foreign Transaction Charge.** For each transaction made in a country other than the U.S. or U.S. Territories, we will assess you a finance charge as previously disclosed to you as part of the TILA Account Disclosures or as we will disclose to you if required by applicable law. The fee will be based on the U.S. dollar amount of the transaction.

**Credit Bureau Information.** You agree that we may obtain information about you from credit reporting agencies or others at any time and use it for the purposes of monitoring your credit performance, managing your account and considering you for new offers and programs.

**Security Interest.** The terms and conditions contained within this paragraph apply only if the application for the account stated that the account will be a secured account. You provided us with certain funds, which have been deposited in the Security Account. To secure payment of the balance of the account and all other amounts owing under the terms of this Agreement and the Security Account Assignment Agreement, you have transferred, assigned, pledged and granted to us a security interest in the Security Account, all funds contained in the Security Account, all proceeds of the foregoing and all proceeds of proceeds. This security interest includes, without limitation, the initial funds that were placed into the Security Account, any additional funds added to the Security Account by any person and any interest earned to or accrued on the Security Account. The terms of this security interest are set forth in the Security Account Assignment Agreement you executed. If (i) you default or fail to abide by any of the terms of this Agreement or the Security Account Assignment Agreement, (ii) you close your account or (iii) we cancel your account for any reason, we may then or thereafter, and without prior notice to you, exercise our security interest by deducting from your Security Account the balance due on your account and all other amounts owing under the terms of this Agreement and the Security Account Assignment Agreement. We may exercise this right to make such deductions from your Security Account periodically as we determine to be appropriate. Within sixty days after the date your account is closed, we will send all remaining funds in the Security Account to the person legally entitled to receive them.

**Future Offers.** The terms of any future offer relating to the account will be disclosed to you at the time the offer is made. If you accept an offer, the terms will become effective immediately unless otherwise specified in the offer.

**Default.** We may, in our sole discretion, declare a default under this Agreement if: (a) we do not receive the full amount of any minimum payment on or before the date it is due, (b) you exceed any credit limit or (c) an item used to make payment on your account is not honored or cannot be processed, or an electronic debit to make payment on your account is returned unpaid or cannot be processed. To the extent permitted by applicable law, we may also, in our sole discretion, declare a default under this Agreement if: (1) you violate any of the other terms of this Agreement or Security Account Assignment Agreement (if applicable), (2) we have declared you to be in default under the terms of any other agreement with us or any of our affiliates, or (3) we determine that you made any false or misleading statements on your application for, or regarding the use of, the account, or otherwise attempted to defraud us, (4) bankruptcy or other insolvency proceedings are instituted by you or against you or (5) you die or are declared legally incompetent or incapacitated. At any time following any default under this Agreement (or after we give you any notice or right to cure the default, if required by applicable law), you will be subject to paying interest, finance charges and other fees pursuant to the terms of this Agreement, including any applicable default rate, even after any judgment is obtained. Additionally, we may, at our sole option, (x) limit or not allow you to make any new purchases or cash transactions on your account(s), (y) increase your minimum payment with such notice as may be required by applicable law or (z) subject to the limitations of applicable law, close your account(s) and demand immediate payment of the entire outstanding balance plus all other amounts owing under the terms of this Agreement and the Security Account Assignment Agreement.

To the extent permitted by applicable law, you agree to pay us all of our actual court costs, collection expenses and attorney's fees (whether paid to an attorney who is one of our employees or an attorney who is not one of our employees) incurred by us in the collection of any amount you owe us under this Agreement. You also agree to pay us all of our actual costs that we incur in retrieving your cards, including any costs we may incur by having your account placed on a restricted list. Nothing in this paragraph shall be construed to waive or impair our right to require arbitration in accordance with the Arbitration Provision below.

**Account Closure and Suspension of Credit Privileges.** (1) We may, at any time, with or without cause, with or without advance notice, and regardless of the existence or non-existence of a default under this Agreement, cancel the account and/or temporarily or permanently suspend your credit privileges under this Agreement. If we cancel the account, you agree to immediately destroy all cards and unused account access checks. (2) Your obligation to make payments and your other obligations under this Agreement will continue in full force and effect after the account is cancelled or your credit privileges are temporarily or permanently suspended. Cancellation of the account and/or temporary or permanent suspension of your credit privileges will not affect our security interest in your Security Account (if applicable) or our rights under the Security Account Assignment Agreement (if applicable). You can close your account by calling our Customer Relations department with the number found on the back of your credit card or, if different, the number stated in your periodic statement and requesting an account closure. You agree to destroy all cards and unused account access checks, cancel all preauthorized billing

arrangements and cease using your card and account. If you do not cancel all preauthorized billing arrangements, you and we will consider our receipt of a preauthorized debit to your account to constitute your authorization to reopen the account on the terms set forth in this Agreement and the Security Account Assignment Agreement (if applicable). Your account will not be closed until you pay all amounts you owe us under this Agreement and the Security Account Assignment Agreement (if applicable) including, without limitation, any purchase and cash advance transactions you have authorized, finance charges, late payment fees, over limit fees, annual fees, transfer fees, opening charges and any other fees charged to your account. You are responsible for these amounts whether they have been incurred at the time you request a closure of the account or they are incurred subsequent to your request to close the account. This may result in charges appearing on your account after you have requested the account to be closed and, if the account has already been closed, the account will be reopened on the terms set forth in this Agreement and the Security Account Assignment Agreement (if applicable). For example, if you authorize a purchase from a merchant and we receive the charge from the merchant after your account has been closed, your account will be reopened, the amount of the charge will be added to your account and you will be responsible for payment under the terms of this Agreement and the Security Account Assignment Agreement (if applicable). The membership fee for your account will continue to be charged, to the extent permitted by applicable law, until the entire account balance has been paid in full, as described above. If the account is reopened, a new membership fee will be charged to the account as stated above.

If you, acting as the primary cardholder, want to terminate a joint accountholder's or an authorized user's access to the account, you must call our Customer Relations department and request that termination. Immediately thereafter, you agree to destroy that person's card(s) and destroy any unused account access checks in that person's possession. There may be a delay in the effective date of the termination of that person's access to the account. The account will be charge, and you and any joint accountholders will be responsible, for any charges through the use of the card or the account by the joint accountholder or authorized user that occur prior to the effective date of the termination even if the charges do not appear on the account until a later time. If you are unable to destroy the joint accountholder's or authorized user's card(s) or to destroy the unused account access checks in that person's possession, and you call our Customer Relations department to close your account, your account will be closed in accordance with the preceding paragraph. Either you and/or the joint cardholder, if any, may apply for a new account.

**Changes in Terms.** We may add to, remove, amend or change any part or provision of this Agreement, including the annual percentage rate(s) and any charges, (including adding new provisions of the same or a different nature as the existing provisions in this Agreement) at any time. If we do so, we will give you notice of such amendment or change if required by Federal law or Virginia law (to the extent not preempted by Federal law) unless we had previously notified the customer that the account would be subject to such amendment or change without notice. Notice will be mailed to the last billing address indicated in our records for the account. However, no notice will be mailed if we previously had notified you that your account would be subject to such amendment or change without notice. Changes to the annual percentage rate(s) will apply to your existing account balance from the effective date of the change, whether or not the account balance includes transactions billed to the account before the change date and whether or not you continue to use the account. Changes to fees and other charges will apply to your account from the effective date of the change.

**Governing Law. WE MAKE THE DECISION TO GRANT CREDIT, OPEN AN ACCOUNT AND ISSUE YOU A CREDIT CARD FROM OUR OFFICES IN VIRGINIA. This Agreement is to be construed in accordance with and governed by the laws of the United States of America and by the internal laws of the Commonwealth of Virginia (without giving effect to any choice of law rule that would cause the application of the laws of any jurisdiction other than the laws of the United States of America or the internal laws of the Commonwealth of Virginia to the rights and duties of the parties. This Agreement is made in Virginia. It will be governed only by Federal law and Virginia law (to the extent not preempted by Federal law). If a court decides not to enforce a part of this Agreement, this Agreement will then read as if the unenforceable or invalid part were not there, but the remaining parts will remain in effect.**

**Waivers.** You waive the right to receive notice of any waiver or delay or presentment, demand, protest or dishonor and any right you may have to require us to proceed against another party before proceeding against you. You also waive, to the extent permitted by applicable law, any statute of limitations defense for an additional period of time equal to the applicable limitations period.

**Lost or Stolen Cards or Account Access Checks.** If your card(s) or account access checks are lost or stolen or if someone else may be using them without your permission, notify us at once by calling the telephone number on the back of your credit card or, if different, the telephone number shown on the front of your periodic statements, or by writing us at Capital One, P.O. Box 85015, Richmond, VA 23285-5015. You will not be liable in any amount for unauthorized use of your cards or account access checks.

You agree to tell us at once if you change your name, address, telephone number or employment. You agree to give us written notice of any change in your billing address at least 10 days before the change. Changes may be written in the space provided on the remittance coupon portion of your periodic statement or may be sent to the following address: Capital One, P.O. Box 85015, Richmond, VA 23285-5015. If your account is a joint account or if more than one person is permitted to use it, you agree that all notices regarding the account may be sent solely to the address shown on our billing records.

**Communication.** We may release information to others regarding the status or history of your account as set forth in the Capital One Privacy Notice, a copy of which has been provided to you. We may make inquiries of third parties in connection with maintaining and collecting your account, and you authorize such third parties to release information about you to us. We or our representatives may contact you from time to time regarding the account, or to ask for additional information about you or your experiences with Capital One. You agree that such contacts are not unsolicited, are not limited except as expressly required by applicable law and may result from contact information you have provided or that is obtained from other sources. For example, we may contact you at your home or place of employment, during weekends or holidays, on your mobile telephones, voicemail or answering machine, and by email, fax, microrec message, text message or personal visit. Except as restricted by applicable law, we may monitor or record any calls we make or receive, suppress caller identification services and use an automated dialing and announcing device.

**ARBITRATION. PLEASE SEE ENCLOSED "ARBITRATION PROVISION." PLEASE NOTE THAT THE TERMS INCLUDED IN THE ARBITRATION PROVISION ARE PART OF YOUR CUSTOMER AGREEMENT.**

© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

# ARBITRATION AGREEMENT

**IMPORTANT: THIS ARBITRATION PROVISION IS A PART OF YOUR CUSTOMER AGREEMENT**

You and we agree that either you or we may, at either party's sole election, require that any Claim (as defined below) be resolved by binding arbitration.

IF YOU OR WE ELECT ARBITRATION OF A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO PURSUE THAT CLAIM IN COURT OR BEFORE A JUDGE OR JURY OR TO PARTICIPATE IN A CLASS ACTION OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. EXCEPT AS SET FORTH BELOW, THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT, INCLUDING THE RIGHT TO CONDUCT DISCOVERY OR TO APPEAL, MAY BE LIMITED OR UNAVAILABLE IN ARBITRATION. THE FEES ASSOCIATED WITH ARBITRATION MAY BE HIGHER THAN THE FEES ASSOCIATED WITH COURT PROCEEDINGS.

**Special Definitions for this Arbitration Provision.** For the purposes of this arbitration provision ("**Arbitration Provision**"), the following definition shall apply in addition to the definitions set forth in your Customer Agreement ("**Agreement**"):

"Claim" means any claim, controversy or dispute of any kind or nature between you and us.

A. This definition includes, without limitation, any Claim that in any way arises from or relates to:
- the Agreement and any of its terms (including any prior agreements between you and us or between you and any other entity from which we acquired your account)
- this Arbitration Provision (including whether any Claim is subject to arbitration)
- the establishment, operation or termination of your account
- any disclosures, advertisements, promotions or other communications relating to your account, whether they occurred before or after your account was opened
- any transactions or attempted transactions involving your account
- any billing or collections matters relating to your account
- any posting of transactions (including payments or credits) to your account
- any goods or services charged to your account
- any fees, interest or other charges assessed to your account, or their calculation
- any products, services or benefit programs related to or offered in connection with your account (including any insurance, debt cancellation or extended service contracts and any programs, rebates, rewards, sweepstakes, memberships, discounts or coupons) whether or not we offered, introduced, sold or provided them
- our receipt, use or disclosure of any information about you or your account
- any other matters relating to your account or your relationship with us.

B. This definition also includes, without limitation, any Claim:
- regardless of how or when it is brought (for example, as an initial claim, counterclaim, cross-claim, interpleading or third-party claim)
- based on any theory of relief or damages (including money damages and any form of specific performance or injunctive, declaratory or other equitable relief)
- based on any theory of law or equity (including contract, tort, fraud, constitution, statute, regulation, ordinance or wrongful acts or omissions of any type, whether negligent, reckless or intentional)
- made by you or by anyone connected with you or claiming through or for you (including a co-applicant or authorized user of your account, your agent, your representative, your heirs or a trustee in bankruptcy)
- for which we may be directly or indirectly liable under any theory, including respondeat superior or agency (even if we are not properly named at the time the Claim is made)
- now in existence or that may arise in the future, regardless of when the facts and circumstances that give rise to the Claim occurred or when the Claim accrued
- made as part of a class action, private attorney general action, or other representative or collective action which Claim shall proceed on an individual basis as set forth more fully in this Arbitration Provision.

**Arbitration Administrators.** One of the following arbitration administrators ("Administrator" or, collectively, "Administrators") will administer the arbitration:

JAMS
1920 Main St., Ste. 300
Irvine, CA 92614
www.jamsadr.com

American Arbitration Ass'n
335 Madison Ave., Floor 10
New York, NY 10017-4605
www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
www.arbitration-forum.com

You may contact any of the Administrators to obtain information about arbitration, arbitration rules and procedures, fee schedules and claim forms.

**Election and Initiation of Arbitration.** You or we may elect arbitration under this Arbitration Provision with respect to any Claim, even if the Claim is part of a lawsuit brought in court. You or we may make a motion or request in court to compel arbitration of any Claim brought as part of any lawsuit. We will not elect or initiate arbitration of any Claim brought in a small claims court (or the equivalent), so long as the Claim remains in that court, is made solely on behalf of an individual or joint account holder and is not made as part of a class action, private attorney general action or other representative or collective action. You and we must follow the rules of the Administrators to initiate arbitration. If you initiate arbitration, you may choose one of the Administrators, and you must mail us any notice required by the Administrator to: P.O. Box 85550, Richmond, VA 23285-5550. If we initiate arbitration, we will choose one of the Administrators, and we will mail you any notice required by the Administrator to your last-known billing address. If you have initiated arbitration, and we

**Procedures and Law Applicable in Arbitration.** This Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by and enforceable under the Federal Arbitration Act (the "FAA"). Questions about whether any Claim is subject to arbitration shall be resolved by interpreting this Arbitration Provision in the broadest way it may be enforced, consistent with the FAA and the terms of this Arbitration Provision. The arbitrator will apply substantive law consistent with the FAA and applicable statutes of limitations, but the validity and enforcement of any class action waiver is a question or a court of competent jurisdiction, not an arbitrator, to decide. The arbitrator may award any damages or other relief permitted by applicable substantive law (but will not have power to review the enforceability or severability of the paragraph "No Consolidation or Joinder of Parties," below), but the award shall determine its rights and obligations of only the named parties and only with respect to the Claims in arbitration. The rules and procedures of the Administrator, which you may obtain from the Administrator, shall govern the arbitration unless they conflict with this Arbitration Provision, in which case this Arbitration Provision will apply. The arbitrator will not be bound by, and this Arbitration Provision shall not be subject to, the federal, state or local rules of procedure and evidence that would apply in any court, or to stare or local laws that relate to arbitration proceedings. You or we may have a hearing in arbitration. Any arbitration hearing that you attend in person will take place at a location in the federal judicial district that includes your last-known billing address at some other place upon which you and we agree. You or we may be represented by counsel. If you or we request, the arbitrator will honor claims of privilege recognized under applicable law and will use best efforts to protect confidential information (including through the use of protective orders). The arbitrator will make any award in writing and, at the timely request of either party, will provide a written statement of reasons for the award.

**Costs.** The party initiating arbitration will pay the initial filing fee. You may seek a waiver of the initial filing fee or any of the Administrator's other fees (collectively, "Administrator's Fees") under any applicable rules of the Administrator. If you seek, but do not qualify for, a waiver, we will consider any written request by you for us to pay or reimburse you for all or part of the Administrator's Fees. We also will pay or reimburse you for all or part of the Administrator's Fees if the arbitrator determines there is good reason for us to do so. We will pay any fees and costs we are required to pay by law. Otherwise, and except as provided in this Agreement, you and we will bear all of our own respective fees and costs (including the Administrator's Fees and the fees and costs relating to attorneys, experts and witnesses), regardless of who prevails. Allocation of fees and costs relating to appeals in arbitration will be handled in the same manner.

**No Consolidation or Joinder of Parties.** The arbitration of any Claim must proceed on an individual basis, even if the Claim has been asserted in a court as a class action, private attorney general action or other representative or collective action. Unless all parties consent, neither you nor we may join, consolidate or otherwise bring Claims related to two or more accounts, individuals or accountholders in the same arbitration. Also, unless all parties consent, neither you nor we may pursue a class action, private attorney general action or other representative or collective action in arbitration, nor may you or we pursue such actions in Court if any party has elected arbitration. You will not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim as to which arbitration has been elected.

**Judgment, Enforcement, Finality and Appeal.** The arbitrator's decision will be final and binding after fifteen days unless you or we seek an appeal of the award by making a written request to the Administrator. The appeal panel, which will consist of three arbitrators, will consider all factual and legal issues anew, will conduct the appeal in the same manner as the initial arbitration and will make decisions based on the vote of the majority. The panel's decision will be final and binding. Any final decision of the arbitrator or of the appeal panel is subject to judicial review only as set forth under the FAA. An award in arbitration will be enforceable under the FAA by any court having jurisdiction.

**Miscellaneous; Waiver, Severability, Survival.** If you or we do not elect arbitration or otherwise enforce this Arbitration Provision in connection with any particular Claim, you or we will not waive any rights to require arbitration in connection with that or any other Claim. This Arbitration Provision shall survive: (i) suspension, termination, revocation, closure or changes of this Agreement, your account and your relationship with us; (ii) the bankruptcy or insolvency of any party; and (iii) any transfer of your account, or any amounts owed on your account, to any other person or entity. If any portion of this Arbitration Provision is deemed invalid or unenforceable, it shall remain in force. In the event of a conflict or inconsistency between this Arbitration Provision and the other provisions of this Agreement or any prior agreement, this Arbitration Provision shall govern. A photocopy or other image of this Agreement and related documents may be used in place of the originals for all purposes including litigation.

© 2005 Capital One Services, Inc. Capital One is a federally registered services mark. All rights reserved.

ACCT-ID:        7748  CARD#          7748          STMT-TYPE: ENGLISH          REWARDS: Y  TPC: MP  HOLD: 000  SAC-PGM:
PREV-BALANCE:        $2,650.86  PYMTS&CREDITS :              $0.00          INTR CHRGS :        $60.43  TRANSACTIONS:

$0.00
NEW-BALANCE :        $2,711.29  MINIMUM PYMT   :          $608.00  LATE FEE    :        $39.00  DUE-DATE    :   04/11/2010
CREDIT-LIMIT:        3000       CREDIT-AVAIL   :          288.71  CASH-LIMIT  :        3000     CASH-AVAIL  :

288.71
RPAY-TOTMTHS:        183        RPAY-TOTCOST   :        $4,371.81  36MA-MTHPAY:        $88.24  36MA-TOTCOST:

$3,176.57
INTEREST-CTD:                   INTEREST-YTD   :           $60.86  FEE-AMT-CTD:        $39.00  FEE-AMT-YTD :

$117.00
HIGH-LATEFEE:        $39.00     HIGH-PNLTY-APR:        29.40%      OVERALL-APR:        0.000     CLOSE-DATE  :
OOB: N  MISS-ADDR: N  BK-HOLD: N  BANKRUPTCY: N  LEGAL: N  CTC-CHG-IND:           NEW: N  EBPP: N  ARCH: N  REASON: 00  HARDCOPY: 04  ACTIVE
WATCH: WO  CRED-RVK: PD  CUR-PD: 07  CTC IND:        INS:        RETURN-MAIL:        CLOSE:                CHARGED-OFF:        XFER:        OL: 00
MULTI-IND: S  PROV-ID: 000001 US   PROF-CNTR: 0000000001 COB  SERVICE-OWNER: 000011 Mainstreet                         OL-OPTIN-IND:
                                                TBAL C/I  BALANCE AMOUNT RATE            CORR APR          INTEREST CHRGS
DANIEL J FLENTKE                                Purchases        0001 01  1,244.02 00.0490400 0017.900000000

17.08
4631 ROSA AVE                                  Cash             0002 01      0.00 00.0682200 0024.900000000

0.00
SAINT LOUIS                                    SpecialTrans     0007 00  1,422.67 00.0109300 0003.990000000

4.35
MO  6311612353l
US

                                                    TRANSACTION DATA SUMMARY
NAME: DANIEL J FLENTKE          CUST TYPE: 0  PRINT AREA: 001  NUM OF CREDITS: 00000          AMT OF CREDITS:        $0.00
                                                            NUM OF PYMTS   : 00000          AMT OF PYMTS   :        $0.00
NO CREDIT TRANSACTIONS FOR THIS CYCLE

NAME: DANIEL J FLENTKE          CUST TYPE: 0  PRINT AREA: 020  NUM OF DEBITS : 00000          AMT OF DEBITS :        $0.00
NO DEBIT TRANSACTIONS FOR THIS CYCLE

NAME: DANIEL J FLENTKE          CUST TYPE: 0  PRINT AREA: 070  NUM OF DEBITS : 00001          AMT OF DEBITS :        $39.00
TRANDATE       REFERENCE NUMBER          MERCHANT DESCRIPTION          TRANS-AMOUNT POSTDATE  C/D FC CARD NUMBER
03112010                                 FEE                           39.00  03112010    D  N              7748

NAME: DANIEL J FLENTKE          CUST TYPE: 0  PRINT AREA: 090  NUM OF DEBITS : 00002          AMT OF DEBITS :        $21.43
TRANDATE       REFERENCE NUMBER          PAST DUE          MERCHANT DESCRIPTION          TRANS-AMOUNT POSTDATE  C/D FC CARD NUMBER
03112010                                 CUST TYPE: 0  PRINT AREA:           CHARGE:PURCHASES              17.08  03132010    D  D      7748
03132010                                 INTEREST                           CHARGE:PURCHASES              4.35   03132010    D  D     7748
03132010                                 INTEREST                           CHARGE:SPECIAL T RANS



Jun. 18 - Sep. 17, 2010

## MASTERCARD PLATINUM

5178-0524-1630-7748

| NEW BALANCE | PAYMENT DUE | DUE DATE |
|---|---|---|
| **$2,765.16** | **$2,765.16** | **Past Due** |

**IMPORTANT ACCOUNT UPDATES**

Your full balance is due. Any payment you make will reduce your balance and help pay off your debt faster. The amount you owe may differ if you've entered into a separate payment agreement.

**Available Credit: $0.00**

| Previous Balance | | Payments and Credits | | Fees | | Interest Charged | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $2,738.51 | − | $0.00 | + | $0.00 | + | $26.65 | = | $2,765.16 |

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR  DANIEL J FLENTKE #7748**

### FEES

| | | |
|---|---|---|
| Total Fees This Period | $0.00 |
| Total Fees This Year | $117.00 |

### INTEREST CHARGED

| 1 | 17 JUL | INTEREST CHARGE | $8.69 |
|---|---|---|---|
| 2 | 17 AUG | INTEREST CHARGE | $8.98 |
| 3 | 17 SEP | INTEREST CHARGE | $8.98 |

| | |
|---|---|
| Total Interest This Period | $26.65 |
| Total Interest This Year | $114.73 |

# Help is Available.
## Just pick up the phone.



**Call 1-800-258-9319** and a specially trained agent will be happy to help you check your balance and make payments.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Interest Bearing | 3.900% | $2,711.05 | $26.65 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SOLUTIONS TO MAKE YOUR PAYMENT ONLINE

1  5178052416307748  17  2765160000002765166



**Account Number: 5178-0524-1630-7748**

| Due Date | New Balance | Amount Enclosed |
|---|---|---|
| Past Due | $2,765.16 | . |

## Manage your account online.



Visit **www.capitalone.com/solutions** to manage your account online. Have information at your fingertips 24/7 without picking up the phone.

DANIEL J FLENTKE
4631 ROSA AVE          45686
SAINT LOUIS, MO 63116-1235    0205

Capital One Bank (USA), N.A.
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

# KRAMER & FRANK, P.C.

DIRECT DIAL: (314) 754-6186
DIRECT FAX:  (314) 442-2186

October 14, 2010

Amount Enclosed:_____
Mail to:

#BWNGQPH
#SLFLEDACA5NL013#
DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS  MO 63116-1235

KRAMER & FRANK, P.C.
9300 DIELMAN IND. DR.
ST. LOUIS, MO 63132-2205

To ensure proper credit, please tear off and return this portion with your payment and include our file # on the check.

RE:  CAPITAL ONE BANK USA NA
REF: DANIEL J FLENTKE - Account:  XXXXXXXXXXXX7748
Balance Due:  $2772.98
Refer to our file #: 92410655     Dept: NL

Dear Mr. Flentke:

Ignoring this debt will NOT make it go away.  Your balance is $2772.98 plus interest at 3.90%.  Please cooperate with us and submit monthly payments or offer a lump sum settlement to resolve this matter.

Thank you.

| PAY ONLINE: www.kfpay.com |
|---|
| To discuss this account, contact **HEATHER KING**, COLLECTION ADMINISTRATOR, at **(314) 754-6186**. |

This communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.

# GOLDBERG LAW FIRM, LLC.

## 6901 Gravois Avenue, St. Louis, MO 63116

Licensed in:
Washington, D.C.
Missouri & Illinois

Phone: 314-771-1900
Fax:    314-771-1903

December 6, 2010

City of St. Louis Circuit Court
Circuit Clerk's Office
Civil Courts Building
Ten North Tucker Blvd
St. Louis, MO 63101

RE:   **Capital One Bank v. Daniel J. Flentke**
Case No.: 1022-AC16368
**Division 27**

Dear Clerk and Staff:

Please file the enclosed Defendant, Daniel J. Flentke's, Entry of Appearance and Request for Continuance, in the above captioned matter on behalf of the Defendant. I have included an extra copy. Please file stamp same, and send in the SASE. Thank you.

GOLDBERG LAW FIRM, L.L.C.
Sincerely,

Dee-Dee Anthony,
Paralegal for,
Nathan H. Goldberg
Attorney at Law

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2009** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 – Dec 31, 2009, or other tax year beginning , 2009, ending , 20   OMB No. 1545-0074

**Label**
(See instructions.)

**Use the IRS label. Otherwise, please print or type.**

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| Daniel | J | Flentke | 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 |

If a joint return, spouse's first name | MI | Last name — Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apartment no.
4631 Rosa Ave

▲ You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions. | State | ZIP code
Saint Louis | MO | 63116-0000

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**  ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . ▶  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . .
 b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|---|
| (1) First name  Last name | | | | |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . . . **1**
No. of children on 6c who:
● lived with you . .
● did not live with you due to divorce or separation (see instrs) . .
Dependents on 6c not entered above .
Add numbers on lines above . . . ▶ **1**

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

**If you did not get a W-2, see instructions.**

**Enclose, but do not attach, any payment. Also, please use Form 1040-V.**

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . | 7 | 34,576. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . | 9a | |
| b | Qualified dividends (see instrs) . . . . . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . | 10 | 616. |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . . . ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . | 15a | | b Taxable amount (see instrs) . . | 15b | |
| 16a | Pensions and annuities . . . | 16a | | b Taxable amount (see instrs) . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) . . . . . . . | 19 | |
| 20a | Social security benefits . . . | 20a | | b Taxable amount (see instrs) . . | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . ▶ | 22 | 35,192. |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) . . . . . . . . . . | 23 | | |
|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 | | |
| 29 | Self-employed health insurance deduction (see instructions) . . . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN . . . ▶ | 31a | | |
| 32 | IRA deduction (see instructions) . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction (see instructions) . . . . . . | 33 | | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . . . | 35 | | |
| 36 | Add lines 23 – 31a and 32 – 35 . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . ▶ | 37 | 35,192. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** FDIA0112 09/17/09 Form **1040** (2009)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | **38** | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . | **38** | 35,192. |

| **Standard Deduction for—**<br>● People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see instructions.<br><br>● All others:<br><br>Single or Married filing separately, $5,700<br><br>Married filing jointly or Qualifying widow(er), $11,400<br><br>Head of household, $8,350 | | |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| **39a** | Check if: | ☐ **You were born before January 2, 1945,**  ☐ Blind. | **Total boxes** | |
| | | ☐ **Spouse was born before January 2, 1945,**  ☐ Blind. | **checked ▶ 39a** | |
| **b** | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ **39b** ☐ | | |
| **40a** | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) . . . . . . . . . | **40a** | 13,924. |
| **b** | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) . . . . . . . . . . ▶ **40b** ☐ | | |
| **41** | Subtract line 40a from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 21,268. |
| **42** | **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions . . . . . . . . . | **42** | 3,650. |
| **43** | **Taxable income.** Subtract line 42 from line 41.<br>If line 42 is more than line 41, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . | **43** | 17,618. |
| **44** | **Tax** (see instrs). Check if any tax is from:   **a** ☐ Form(s) 8814 | | |
| | **b** ☐ Form 4972 . . . . . . . . . . | **44** | 2,226. |
| **45** | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . | **45** | |
| **46** | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **46** | 2,226. |

| | | | | |
|---|---|---|---|---|
| **47** | Foreign tax credit. Attach Form 1116 if required . . . . . . | **47** | |
| **48** | Credit for child and dependent care expenses. Attach Form 2441 . . . . . | **48** | |
| **49** | Education credits from Form 8863, line 29 . . . . . . . . . | **49** | |
| **50** | Retirement savings contributions credit. Attach Form 8880 . . . | **50** | |
| **51** | Child tax credit (see instructions) . . . . . . . . . . . . | **51** | |
| **52** | Credits from Form:  **a** ☐ 8396  **b** ☐ 8839  **c** ☐ 5695 | **52** | |
| **53** | Other crs from Form:  **a** ☐ 3800  **b** ☐ 8801  **c** ☐ | **53** | |
| **54** | Add lines 47 through 53. These are your **total credits** . . . . . . . . . . . . . . . | **54** | |
| **55** | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . . . . . . . . ▶ | **55** | 2,226. |

| **Other Taxes** | | | | |
|---|---|---|---|---|
| | **56** | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . | **56** | |
| | **57** | Unreported social security and Medicare tax from Form:  **a** ☐ 4137  **b** ☐ 8919 . . . | **57** | |
| | **58** | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . | **58** | |
| | **59** | Additional taxes: **a** ☐ AEIC payments   **b** ☐ Household employment taxes. Attach Schedule H . . | **59** | |
| | **60** | Add lines 55-59. This is your **total tax** . . . . . . . . . . . . . . . . . . . . ▶ | **60** | 2,226. |

| **Payments**<br><br>If you have a qualifying child, attach Schedule EIC. | | | | | |
|---|---|---|---|---|---|
| | **61** | Federal income tax withheld from Forms W-2 and 1099 . . . . | **61** | 3,483. | |
| | **62** | 2009 estimated tax payments and amount applied from 2008 return . . | **62** | | |
| | **63** | Making work pay and government retiree credit. Attach Schedule M . . . | **63** | 400. | |
| | **64a** | **Earned income credit (EIC)** . . . . . . . . . . . | **64a** | | |
| | **b** | Nontaxable combat pay election . ▶ **64b** | | | |
| | **65** | Additional child tax credit. Attach Form 8812 . . . . . . . . . | **65** | | |
| | **66** | Refundable education credit from Form 8863, line 16. . . . . . | **66** | | |
| | **67** | First-time homebuyer credit. Attach Form 5405. . . . . . . . | **67** | | |
| | **68** | Amount paid with request for extension to file (see instructions) . . . . | **68** | | |
| | **69** | Excess social security and tier 1 RRTA tax withheld (see instructions) . . . | **69** | | |
| | **70** | Credits from Form: **a** ☐ 2439 **b** ☐ 4136 **c** ☐ 8801 **d** ☐ 8885 | **70** | | |
| | **71** | Add lns 61-63, 64a, & 65-70. These are your **total pmts** . . . . . . . . . . . . . . ▶ | **71** | 3,883. |

| **Refund**<br><br>Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | | | | |
|---|---|---|---|---|
| | **72** | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** . . . . . . . . | **72** | 1,657. |
| | **73a** | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here . . ▶ ☐ | **73a** | 1,657. |
| | ▶ **b** | Routing number . . . . . ⎹081000210⎸ ▶ **c** Type: ☒ Checking  ☐ Savings | | |
| | ▶ **d** | Account number . . . . . ⎹7390449259⎸ | | |
| | **74** | Amount of line 72 you want **applied to your 2010 estimated tax** . . . ▶ | **74** | |

| **Amount You Owe** | | | | |
|---|---|---|---|---|
| | **75** | **Amount you owe.** Subtract line 71 from line 60. For details on how to pay, see instructions . . . . . . . . ▶ | **75** | |
| | **76** | Estimated tax penalty (see instructions) . . . . . . . . . . . | **76** | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . ☐ **Yes. Complete the following.** ☒ **No** |
|---|---|
| | Designee's name ▶                    Phone no. ▶                    Personal identification number (PIN) ▶ |

| **Sign Here**<br>Joint return? See instructions.<br>Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| | Your signature ▶           Date           Your occupation  Manager          Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. ▶     Date     Spouse's occupation |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Self-Prepared | | EIN | |
| | | | | Phone no. | |

Form **1040** (2009)

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**Itemized Deductions**

► **Attach to Form 1040.**     ► **See Instructions for Schedule A (Form 1040).**

OMB No. 1545-0074

**2009**

Attachment
Sequence No.  **07**

Name(s) shown on Form 1040

Daniel J Flentke

Your social security number

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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) . . . . . . . . . . . . . . | 1 | | |
| | 2 Enter amount from Form 1040, line 38 . . . **2** | | | |
| | 3 Multiply line 2 by 7.5% (.075) . . . . . . . . . . . . . . . . . | 3 | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . . | | 4 | |
| **Taxes You Paid** (See instructions.) | 5 State and local (check only one box): | | | |
| | a ☒ Income taxes, or | | | |
| | b ☐ General sales taxes | 5 | 2,332. | |
| | 6 Real estate taxes (see instructions) . . . . . . . . . . . . . . | 6 | 1,495. | |
| | 7 New motor vehicle taxes from line 11 of the worksheet on page 2. Skip this line if you checked box 5b . . . . . | 7 | | |
| | 8 Other taxes. List type and amount ► | | | |
| | Personal Property & Other taxes _____ 86. | 8 | 86. | |
| | 9 Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . | | 9 | 3,913. |
| **Interest You Paid** | 10 Home mtg interest and points reported to you on Form 1098 . . . . . . . . | 10 | 9,297. | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | | |
| **Note.** Personal interest is not deductible. | ------------------------------ | | | |
| | ------------------------------ | | | |
| | ------------------------------ | 11 | | |
| | 12 Points not reported to you on Form 1098. See instrs for spcl rules . . . . . . | 12 | | |
| | 13 Qualified mortgage insurance premiums (see instructions) . . . . . | 13 | 714. | |
| | 14 Investment interest. Attach Form 4952 if required. (See instrs.) . . . . . . . . . . . . . . | 14 | | |
| | 15 Add lines 10 through 14 . . . . . . . . . . . . . . . . | | 15 | 10,011. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 Gifts by cash or check. If you made any gift of $250 or more, see instrs . . . . . . . . . . . . . . | 16 | | |
| | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . . . | 17 | | |
| | 18 Carryover from prior year . . . . . . . . . . | 18 | | |
| | 19 Add lines 16 through 18 . . . . . . . . . . . . . . | | 19 | |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . . . . . . | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | 21 Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► ---------------- | 21 | | |
| | 22 Tax preparation fees . . . . . . . . . . | 22 | | |
| | 23 Other expenses — investment, safe deposit box, etc. List type and amount ► ---------------- | 23 | | |
| | 24 Add lines 21 through 23 . . . . . . . . . . | 24 | | |
| | 25 Enter amount from Form 1040, line 38 . . . **25** | | | |
| | 26 Multiply line 25 by 2% (.02) . . . . . . . . | 26 | | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . | | 27 | |
| **Other Miscellaneous Deductions** | 28 Other — from list in the instructions. List type and amount ► ---------------- | | | |
| | | | 28 | |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $166,800 (over $83,400 if married filing separately)? | | | |
| | ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40a. | ► | 29 | 13,924. |
| | ☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | | |

**SCHEDULE M**
**(Form 1040A or 1040)**

Department of the Treasury
Internal Revenue Service  (99)

# Making Work Pay and Government Retiree Credits

► **Attach to Form 1040A, 1040, or 1040NR.**     ► **See separate instructions.**

OMB No. 1545-0074

## 2009

Attachment
Sequence No. **166**

Name(s) shown on return

Daniel J Flentke

Your social security number

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

**1 a Important:** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR. Check the 'No' box below and see the instructions if **(a)** you have a net loss from a business, **(b)** you received a taxable scholarship or fellowship grant not reported on a Form W-2, **(c)** your wages include pay for work performed while an inmate in a penal institution, **(d)** you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or **(e)** you are filing Form 2555 or 2555-EZ.

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?

[X] **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.

[ ] **No.** Enter your earned income (see instructions) . . . . . . . . . . . . . . . . | **1 a** |

**b** Nontaxable combat pay included on line 1a
(see instructions) . . . . . . . . . . . . . . . . . . . | **1 b** |

**2** Multiply line 1a by 6.2% (.062) . . . . . . . . . . . . . . . . . . . . . . . . . | **2** |

**3** Enter $400 ($800 if married filing jointly) . . . . . . . . . . . . . . . . . . . . . | **3** |

**4** Enter the **smaller** of line 2 or line 3 (unless you checked 'Yes' on line 1a) . . . . . . . . . . . . . . . | **4** | 400.

**5** Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . . . . . . . . | **5** | 35,192.

**6** Enter $75,000 ($150,000 if married filing jointly) . . . . . . . . . . . . . . . | **6** | 75,000.

**7** Is the amount on line 5 more than the amount on line 6?

[X] **No.** Skip line 8. Enter the amount from line 4 on line 9 below.

[ ] **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . | **7** |

**8** Multiply line 7 by 2% (.02) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** |

**9** Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 400.

**10** Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions).

[X] **No.** Enter -0- on line 10 and go to line 11.

[ ] **Yes.** Enter the total of the payments received by you (and your spouse, if filing jointly). Do not enter more than $250 ($500 if married filing jointly)  . . . . . . . | **10** | 0.

**11** Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work **not** covered by social security? Do not include any pension or annuity reported on Form W-2.

[X] **No.** Enter -0- on line 11 and go to line 12.

[ ] **Yes.** ● If you checked 'No' on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is 'Yes' for both spouses)  . . . . . . . | **11** | 0.
● If you checked 'Yes' on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10)

**12** Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 0.

**13** Subtract line 12 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 400.

**14 Making work pay and government retiree credits.** Add lines 11 and 13. Enter the result here and on Form 1040, line 63, Form 1040A, line 40; or Form 1040NR, line 60 . . . . . . . . . . . . . . . . . . . . . | **14** | 400.

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

**BAA For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions.**      Schedule M (Form 1040A or 1040) 2009

FDIA8501   10/27/09

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Daniel J Flentke | 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 |

## Estimated Tax Payments for 2009  (If more than 4 payments for any state or locality, see Tax Help)

| | Federal | | State | | | Local | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | ID | Date | Amount | ID |
| **1** | 04/15/09 | | 04/15/09 | | | 04/15/09 | | |
| **2** | 06/15/09 | | 06/15/09 | | | 06/15/09 | | |
| **3** | 09/15/09 | | 09/15/09 | | | 09/15/09 | | |
| **4** | 01/15/10 | | 01/15/10 | | | 01/15/10 | | |
| **5** | | | | | | | | |
| **Tot Estimated Payments** . . . | | | | | | | | |

| Tax Payments Other Than Withholding (If multiple states, see Tax Help) | Federal | State | ID | Local | ID |
|---|---|---|---|---|---|
| **6**  Overpayments applied to 2009 . . . . | | | | | |
| **7**  Credited by estates and trusts . . . | | | | | |
| **8**  **Totals**  Lines 1 through 7 . . . . . . | | | | | |
| **9**  2009 extensions . . . . . . . . . . . | | | | | |

| Taxes Withheld From: | Federal | State | Local |
|---|---|---|---|
| **10**  Forms W-2 . . . . . . . . . . . . . . . . . . . . | 3,483. | 1,178. | |
| **11**  Forms W-2G . . . . . . . . . . . . . . . . . . . | | | |
| **12**  Forms 1099-R . . . . . . . . . . . . . . . . . . | | | |
| **13**  Forms 1099-MISC and 1099-G. . . . . . . . . . | | | |
| **14**  Schedules K-1 . . . . . . . . . . . . . . . . . . | | | |
| **15**  Forms 1099-INT, DIV and OID . . . . . . . . . | | | |
| **16**  Social Security and Railroad Benefits . . . . . . | | | |
| **17**  Form 1099-B . . . . . . . St ___ Loc ___ | | | |
| **18 a**  Other withholding . . . . St ___ Loc ___ | | | |
| **b**  Other withholding . . . . St ___ Loc ___ | | | |
| **c**  Other withholding . . . . St ___ Loc ___ | | | |
| **19**  **Total Withholding**  Lines 10 through 18c . . . . . | 3,483. | 1,178. | |
| **20**  **Total Tax Payments for 2009** . . . . . . . . . . | 3,483. | 1,178. | |

| Prior Year Taxes Paid In 2009 (If multiple states or localities, see Tax Help) | State | ID | Local | ID |
|---|---|---|---|---|
| **21**  Tax paid with 2008 extensions . . . . . . . . . . . . . | | | | |
| **22**  2008 estimated tax paid after 12/31/08 . . . . . . . . . | | | | |
| **23**  Balance due paid with 2008 return . . . . . . . . . . . | | | 536. | SL |
| **24**  Other (amended returns, installment payments, etc) . . | | | 618. | SL |

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Daniel J Flentke | 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 |

## State and Local Income Taxes

| | | | |
|---|---|---|---|
| | **State income taxes:** | | |
| 1 | State income tax withheld. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 1,178. |
| 2 | 2009 state estimated taxes paid in 2009 . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | 2008 state estimated taxes paid in 2009 . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Amount paid with 2008 state application for extension . . . . . . . . . . . . . . | 4 | |
| 5 | Amount paid with 2008 state income tax return. . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Overpayment on 2008 state income tax return applied to 2009 tax . . . . . . . . | 6 | |
| 7 | Other amounts paid in 2009 (amended returns, installment payments, etc.) . . . . | 7 | |
| 8 | State estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . . | 8 | |
| | **Local income taxes:** | | |
| 9 | Local income tax withheld . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | 2009 local estimated taxes paid in 2009. . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | 2008 local estimated taxes paid in 2009. . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Amount paid with 2008 local application for extension . . . . . . . . . . . . . . | 12 | |
| 13 | Amount paid with 2008 local income tax return . . . . . . . . . . . . . . . . . . | 13 | 536. |
| 14 | Overpayment on 2008 local income tax return applied to 2009 tax . . . . . . . . | 14 | |
| 15 | Other amounts paid in 2009 (amended returns, installment payments, etc.) . . . . | 15 | 618. |
| 16 | Local estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . . | 16 | |
| | **Other:** | | |
| 17 | _____ | 17 | |
| 18 | **Total** Add lines 1 through 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 2,332. |
| 19 | State and local refund allocated to 2009. . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Nondeductible state income tax from line 28 . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | **Total reductions** Add lines 19 and 20. . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total state and local income tax deduction** Line 18 less line 21 . . . . . . . . | 22 | 2,332. |

## Nondeductible State Income Tax (Hawaii Only)

| | | | |
|---|---|---|---|
| 23 | Nontaxable federal employee cost of living allowance . . . . . . . . . . . . . . | 23 | |
| 24 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | Add lines 23 and 24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | |
| 26 | Nondeductible percent. Line 23 divided by line 25. . . . . . . . . . . . . . . . | 26 | % |
| 27 | Hawaii state income tax included in line 18 . . . . . . . . . . . . . . . . . . . . | 27 | |
| 28 | Nondeductible Hawaii state income tax. Multiply line 26 by line 27. . . . . . . | 28 | |

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Daniel J Flentke | 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 |

## 2008 State and Local Income Tax Information (See Tax Help)

| (a) State or Local ID | (b) Paid With Extension | (c) Estimates Pd After 12/31 | (d) Total With-held/Pmts | (e) Paid With Return | (f) Total Over-payment | (g) Applied Amount |
|---|---|---|---|---|---|---|
| MO | | | 1,404. | | 616. | |
| SL | | | | 536. | | |
| | | | | | | |
| | | | | | | |
| Totals . . | | | 1,404. | 536. | 616. | |

### Other Tax and Income Information

| | | | 2008 | 2009 |
|---|---|---|---|---|
| 1 | Filing status | 1 | 1  Single | 1  Single |
| 2 | Number of exemptions for blind or over 65 (0 - 4) | 2 | | |
| 3 | Itemized deductions after limitation | 3 | 13,739. | 13,924. |
| 4 | Check box if required to itemize deductions | 4 | ☐ | ☐ |
| 5 | Adjusted gross income | 5 | 38,593. | 35,192. |
| 6 | Tax liability for Form 2210 or Form 2210-F | 6 | 2,805. | 1,826. |
| 7 | Alternative minimum tax | 7 | | |
| 8 | Federal overpayment applied to next year estimated tax | 8 | | |

**QuickZoom to the IRA Information Worksheet for IRA information** . . . . . . . . . . . . . . . . ►

### Excess Contributions

| | | | 2008 | 2009 |
|---|---|---|---|---|
| 9 a | Taxpayer's excess Archer MSA contributions as of 12/31 | 9 a | | |
| b | Spouse's excess Archer MSA contributions as of 12/31 | b | | |
| 10 a | Taxpayer's excess Coverdell ESA contributions as of 12/31 | 10 a | | |
| b | Spouse's excess Coverdell ESA contributions as of 12/31 | b | | |
| 11 a | Taxpayer's excess HSA contributions as of 12/31 | 11 a | | |
| b | Spouse's excess HSA contributions as of 12/31 | b | | |

### Loss and Expense Carryovers

| | | | 2008 | 2009 |
|---|---|---|---|---|
| 12 a | Short-term capital loss | 12 a | | |
| b | AMT Short-term capital loss | b | | |
| 13 a | Long-term capital loss | 13 a | | |
| b | AMT Long-term capital loss | b | | |
| 14 a | Net operating loss available to carry forward | 14 a | | |
| b | AMT Net operating loss available to carry forward | b | | |
| 15 a | Investment interest expense disallowed | 15 a | | |
| b | AMT Investment interest expense disallowed | b | | |
| 16 | Nonrecaptured net Section 1231 losses from: a  2009 | 16 a | | |
| | b  2008 | b | | |
| | c  2007 | c | | |
| | d  2006 | d | | |
| | e  2005 | e | | |
| | f  2004 | f | | |

Daniel J Flentke _____ 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 _____

**Charitable Contribution Carryovers**

| 26 | 2008 Carryover of charitable contributions from: | Other Property | | Capital Gain | |
|---|---|---|---|---|---|
| | | **(a)** 50% | **(b)** 30% | **(c)** 30% | **(d)** 20% |
| **a** | 2008 . . . . . . . . . . . . | | | | |
| **b** | 2007 . . . . . . . . . . . . | | | | |
| **c** | 2006 . . . . . . . . . . . . | | | | |
| **d** | 2005 . . . . . . . . . . . . | | | | |
| **e** | 2004 . . . . . . . . . . . . | | | | |

| 27 | 2009 Carryover of charitable contributions from: | Other Property | | Capital Gain | |
|---|---|---|---|---|---|
| | | **(a)** 50% | **(b)** 30% | **(c)** 30% | **(d)** 20% |
| **a** | 2009 . . . . . . . . . . . . | | | | |
| **b** | 2008 . . . . . . . . . . . . | | | | |
| **c** | 2007 . . . . . . . . . . . . | | | | |
| **d** | 2006 . . . . . . . . . . . . | | | | |
| **e** | 2005 . . . . . . . . . . . . | | | | |

| 28 | Amount overpaid less earned income credit. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,758. |
|---|---|---|

**2008 State Capital Loss Carryovers** (For users **not** transferring from the prior year)

| State ID | Short-term Capital Loss for State | AMT Short-term Capital Loss for State | Long-term Capital Loss for State | AMT Long-term Capital Loss for State | Capital Loss (combined) for State | AMT Capital Loss (combined) for State |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FEDERAL RETURN SUBMITTED:    January 29, 2010    05:50 PM PST
FEDERAL RETURN ACCEPTANCE DATE:

Your return was electronically transmitted on 01/29/2010

The Intuit Electronic Postmark shows the date and time Intuit received
your federal tax return. The Intuit Electronic Postmark documents the
filing date of your income tax return, and the electronic postmark
information should be kept on file with your tax return and other
tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the
federal return, and is deemed the filing date if the date of the
electronic postmark is on or before the date prescribed for filing of the
federal individual income tax return.

TIMELY FILING:
For your federal return to be considered filed on time, your return must
be postmarked on or before midnight April 15, 2010. Intuit's electronic
postmark is issued in the Pacific Time (PT) zone. If you are not filing
in the PT zone, you will need to add or subtract hours from the Intuit
Electronic Postmark time to determine your local postmark time. For
example, if you are filing in the Eastern Time (ET) zone and you
electronically file your return at 9 AM on April 15, 2010, your Intuit
electronic postmark will indicate April 15, 2010, 6 AM. If your federal
tax return is rejected, the IRS still considers it filed on time if the
electronic postmark is on or before April 15, 2010, and a corrected
return is submitted and accepted before April 20, 2010. If your return is
submitted after April 20, 2010, a new time stamp is issued to reflect
that your return was submitted after the IRS deadline and, consequently,
is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be
electronically postmarked by midnight October 15, 2010. If your federal
tax return is rejected, the IRS will still consider it filed on time if
the electronic postmark is on or before October 15, 2010, and the
corrected return is submitted and accepted by October 20, 2010.

2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date
will be provided by the Intuit Electronic Filing Center. This date is
proof that the IRS accepted the electronically filed return.

Daniel J Flentke                    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

SMART WORKSHEET FOR: Consent to Use Tax Return Info

---

**Customize Your Experience By Accepting This Agreement**

We can customize your experience and show you all of your options, but the IRS requires us to ask your permission before we can determine your eligibility.

[X] **Show me all the options** - I don't want to miss anything

- OR -

**Only show me these options:**

[ ] Different ways to receive my refund

[ ] Different ways to pay my TurboTax fees

[ ] Don't show me any options

---

SMART WORKSHEET FOR: Form 1040: Individual Tax Return

| | **Tax Smart Worksheet** | |
|---|---|---|
| **A** | Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,226. |
| | Check if from: | |
| **1** | Tax table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X |
| **2** | Tax Computation Worksheet (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **3** | Schedule D Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **4** | Qualified Dividends and Capital Gain Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . | |
| **5** | Schedule J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **6** | Form 8615 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **7** | Foreign Earned Income Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **B** | Additional tax from Form 8814 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **C** | Additional tax from Form 4972 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **D** | Tax from additional Form(s) 4972 . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **E** | Recapture tax from Form 8863 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **F** | IRC Section 197(f)(9)(B)(ii) election for an additional tax . . . . . . . . . . . . . . | |
| **G** | **Tax**. Add lines A through F. Enter the result here and on line **44** . . . . . . . . . . | 2,226. |

KEEP FOR YOUR RECORDS

Daniel J Flentke                    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

SMART WORKSHEET FOR: Schedule A: Itemized Deductions

```
┌─────────────────────────────────────────────────────────────────────────┐
│                Qualified Mortgage Insurance Premiums Smart Worksheet       │
│  A    Qualified Mortgage Insurance Premiums                               │
│    1  Principal Residence - Enter the total premiums you paid in 2009 for  │
│       qualified mortgage insurance for a contract entered into after 2006 .........  714.  │
│    2  Qualified mortgage insurance premiums from Schedule E Worksheet .........  │
│    3  Less qualified mortgage insurance premiums deducted on Form 8829     │
│    4  Total qualified mortgage insurance premiums .....................  714.  │
│  B    Amount from Form 1040, line 38 ..................  35,192.          │
│  C    $100,000 ($50,000 if married filing separately) ...........  100,000.  │
│  D    Is the amount on Line B more than the amount on line C?             │
│       [ X ]  No.   The deduction is not limited. The amount from          │
│                    line A above goes on Schedule A, line 13.              │
│       [   ]  Yes.  Line C subtracted from line B. If the result is not a  │
│                    multiple of $1,000 ($500 if married filing separately),│
│                    it is increased to the next multiple of $1,000         │
│                    ($500 if married filing separately).. ..........       │
│  E    Line D divided by $10,000 ($5,000 if married filing separately). The result │
│       is a decimal.  If the result is 1.0 or more then 1.0.................  │
│  F    Line A multiplied by line E. . . . . . . . . . . . . . . . . . . . .  │
│  G    Qualified mortgage insurance premiums deduction.  Line F subtracted │
│       from line A. The result goes on Schedule A, line 13. .............  │
└─────────────────────────────────────────────────────────────────────────┘
```

SMART WORKSHEET FOR: Schedule M: Making Work Pay and Government Retiree Credits

| Schedule M, Line 10 & 11 Smart Worksheet | TAXPAYER | | | SPOUSE | | |
|---|---|---|---|---|---|---|
| | Yes | X | No | Yes | | No |
| A  Economic recovery payment received in 2009? ......... | Yes | X | No | Yes | | No |
| B  Government pension or annuity received in 2009? ....... | Yes | X | No | Yes | | No |

KEEP FOR YOUR RECORDS

# Electronic Filing Instructions for your 2009 Missouri Tax Return
**Important: Your taxes are not finished until all required steps are completed.**



Daniel J Flentke                    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
4631 Rosa Ave
Saint Louis, MO  63116-0000

| | |
|---|---|
| **Balance Due/ Refund** | Your Missouri state tax return (Form MO-1040) shows a refund due to you in the amount of $506.00. Your tax refund should be direct deposited into your account within 8 to 14 days after your return is accepted. The account information you entered - Account Number: 7390449259 Routing Transit Number: 081000210. |
| **Where's My Refund?** | Before you call the Missouri Department of Revenue with questions about your refund, give them 8 to 14 days processing time from the date your return is accepted. If then you have not received your refund, or the amount is not what you expected, contact the Missouri Department of Revenue directly at 573-751-3505. |
| **No Signature Document Needed** | No signature form is required since you signed your return electronically. |
| **What You Need to Keep** | Your Electronic Filing Instructions (this form) Printed copy of your state and federal returns EF Acknowledgement and General Info You must mail your city (Kansas City and St Louis) returns as they cannot be filed electronically |
| **2009 Missouri Tax Return Summary** | Taxable Income                    $      14,949.00 Total Tax                         $         672.00 Total Payments/Credits            $       1,178.00 Amount to be Refunded             $         506.00 |

MISSOURI DEPARTMENT OF REVENUE **2009 FORM MO-1040**
**INDIVIDUAL INCOME TAX RTN — LONG FORM**



FOR CALENDAR YEAR JAN 1 - DEC 31, 2009, OR FISCAL YEAR BEGINNING
2009, ENDING

**AMENDED RETURN** — CHECK HERE ☐ | SOFTWARE VENDOR CODE ► **030**
**NAME AND ADDRESS**

| SOCIAL SECURITY NUMBER | SPOUSE'S SOCIAL SECURITY NUMBER |
|---|---|
| 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 | |

| NAME (LAST) | (FIRST) | MI | JR, SR | DECEASED IN 2009 |
|---|---|---|---|---|
| Flentke, Daniel J | | | | |
| SPOUSE'S (LAST) | (FIRST) | MI | JR, SR | |

| IN CARE OF NAME (ATTORNEY, EXECUTOR, PERSONAL REPRESENTATIVE, ETC) | | COUNTY OF RESIDENCE | SCHOOL DIST NO. |
|---|---|---|---|
| | | STCT | 483 |

| PRESENT ADDRESS (INCLUDE APARTMENT NUMBER OR RURAL ROUTE) | CITY, TOWN, OR POST OFFICE, STATE, AND ZIP CODE |
|---|---|
| 4631 Rosa Ave | Saint Louis         MO 63116-0000 |

You may contribute to any one or all of the trust funds on Line 45. See instructions for a description of each trust fund, as well as trust fund codes to enter on Line 45.

Children's | Veterans | Elderly Home Delivered Meals | Missouri National Guard | Workers' Memorial | Childhood Lead Testing | Missouri Military Family Relief | General Revenue | After School Retreat

**PLEASE CHECK THE APPROPRIATE BOXES THAT APPLY TO YOURSELF OR YOUR SPOUSE AS OF DECEMBER 31, 2009**

| AGE 62 THROUGH 64 | AGE 65 OR OLDER | BLIND | 100% DISABLED | NON-OBLIGATED SPOUSE |
|---|---|---|---|---|
| ☐ YOURSELF | ☐ YOURSELF | ☐ YOURSELF | ☐ YOURSELF | ☐ YOURSELF |
| ☐ SPOUSE | ☐ SPOUSE | ☐ SPOUSE | ☐ SPOUSE | ☐ SPOUSE |

| | | | | Yourself | | Spouse |
|---|---|---|---|---|---|---|
| **I N C O M E** | 1 | Federal adjusted gross income from your 2009 federal return (See worksheet) . . . . . . . . | **1Y** | 35,192.|00 | **1S** | .|00 |
| | 2 | Total additions (from Form MO-A, Part 1, Line 6) . . . . . . . . . . . . . | **2Y** | .|00 | **2S** | .|00 |
| | 3 | Total income — Add Lines 1 and 2 . . . . . . . . . . . . . . . . . . | **3Y** | 35,192.|00 | **3S** | .|00 |
| | 4 | Total subtractions (from Form MO-A, Part 1, Line 14). . . . . . . . . | **4Y** | 616.|00 | **4S** | .|00 |
| | 5 | Missouri adjusted gross income — Subtract Line 4 from Line 3 . . . . . . | **5Y** | 34,576.|00 | **5S** | .|00 |
| | 6 | Total Missouri adjusted gross income — Add columns 5Y and 5S. . . . . . . . . . . . | **6** | 34,576.|00 | | |
| | 7 | Income percentages — Divide columns 5Y and 5S by total on Line 6. (Must equal 100%.) . . . . . . . . . . . . . . . . . . . . . . | **7Y** | 100 % | **7S** | % |

| **E X E M P T I O N S   A N D   D E D U C T I O N S** | 8 | Pension and social security/social security disability exemption (from Form MO-A, Part 3) . . . | **8** | | .|00 |
|---|---|---|---|---|---|
| | 9 | Mark your filing status box below and enter the appropriate exemption amount on Line 9 . . . . . . | | | |
| | | ☒ **A** Single — $2,100 (See Box B before checking.) | ☐ **E** Married filing separate (spouse NOT filing) — $4,200 | | |
| | | ☐ **B** Claimed as a dependent on another person's federal tax return — $0.00 | ☐ **F** Head of household — $3,500 | | |
| | | ☐ **C** Married filing joint federal and combined Missouri — $4,200 | ☐ **G** Qualifying widow(er) with dependent child — $3,500 | | |
| | | ☐ **D** Married filing separate — $2,100 | | **9** | 2,100.|00 |
| | 10 | Tax from federal return. (**Do not enter federal income tax withheld.**) • Federal Form 1040, Line 55 minus Lines 45, 63, 64a, 66, 67, and amounts from Forms 8801 and 8885 on Line 70 • Federal Form 1040A, Line 35 minus Line 40, 41a, 43, and any alternative minimum tax on Line 28 . . . . . . . . • Federal Form 1040EZ, Line 11 minus Line 8 and 9a | **10** | 1,826.|00 | |
| | 11 | Other tax from federal return — **Attach copy of your federal return (pages 1 and 2)** . . . . . . . . . . . . . . . . . . . . . . . | **11** | .|00 | |
| | 12 | Total tax from federal return — Add Lines 10 and 11 . . . | **12** | 1,826.|00 | |
| | 13 | Federal tax deduction — Enter amount from Line 12 not to exceed $5,000 for individual filer; $10,000 for combined filers. . . . . . . . | **13** | 1,826.|00 | |
| | 14 | Missouri standard deduction OR itemized deductions. Single or Married Filing Separate — **$5,700**; Head of Household — **$8,350**; Married Filing a Combined Return or Qualifying Widow(er) — **$11,400;** If you are age 65 or older, blind, or claimed as a dependent, see your federal return or instructions. If you claimed an additional standard deduction or you are itemizing, see Form MO-A, Part 2, or Form MO-L . . . . . . . . . . | **14** | 15,701.|00 | |
| | 15 | Number of dependents from Federal Form 1040 OR 1040A, Line 6c (**DO NOT INCLUDE YOURSELF OR SPOUSE.**) . . . . . . . ☐ x $1,200 = | **15** | .|00 | Do not include yourself or spouse. |
| | 16 | Number of dependents age 65 or older and do not receive Medicaid or state funding (**DO NOT INCLUDE YOURSELF OR SPOUSE.**) ☐ x $1,000 = | **16** | .|00 | |
| | 17 | Long-term care insurance deduction . . . . . . . . . . . . . | **17** | 0.|00 | |
| | 18 | Health care sharing ministry deduction . . . . . . . . . . . | **18** | .|00 | |
| | 19 | Total deductions — Add Lines 8, 9, 13, 14, 15, 16, 17, and 18 . . . . | **19** | 19,627.|00 | |
| | 20 | Subtotal — Subtract Line 19 from Line 6 . . . . . . . . . . | **20** | 14,949.|00 | |
| | 21 | Multiply Line 20 by appropriate percentages (%) on Lines 7Y and 7S . . . . . | **21Y** | 14,949.|00 | **21S** | .|00 |
| | 22 | Enterprise zone or rural empowerment zone income modification . . . . . . . | **22Y** | .|00 | **22S** | .|00 |
| | 23 | Subtract Line 22 from Line 21. Enter here and on Line 24. . . . . . . . . . . | **23Y** | 14,949.|00 | **23S** | .|00 |

| | | | Yourself | | Spouse |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **T A X** | 24 | Taxable income amount from Lines 23Y and 23S. . . . . . . . . . . . . . . | 24 Y | 14,949.|00 | 24 S | |00 |
| | 25 | Tax. (See tax table in the instructions.) . . . . . . . . . . . . . . . . . | 25 Y | 672.|00 | 25 S | |00 |
| | 26 | Resident credit — **Attach Form MO-CR and other states' income tax return(s). OR** . . . . . | 26 Y | |00 | 26 S | |00 |
| | 27 | Missouri income percentage — Enter 100% unless you are completing Form MO-NRI. **Attach Form MO-NRI and a copy of your federal return if less than 100%.** Check the box if you or your spouse is a professional entertainer or a member of a professional athletic team. ☐ YOURSELF ☐ SPOUSE | 27 Y | 100.000 % | 27 S | 100.000 % |
| | 28 | Balance — Subtract Line 26 from Line 25; OR Multiply Line 25 by percentage on Line 27 . . . . . | 28 Y | 672.|00 | 28 S | 0.|00 |
| | 29 | Other taxes (Check box and attach federal form indicated.) ☐ Lump sum distribution (Form 4972) ☐ Recapture of low income housing credit (Form 8611) . . . . . . . . . . | 29 Y | |00 | 29 S | |00 |
| | 30 | Subtotal — Add Lines 28 and 29 . . . . . . . . . . . . . . . . . . . . . | 30 Y | 672.|00 | 30 S | 0.|00 |
| | 31 | Total tax — Add Lines 30Y and 30S . . . . . . . . . . . . . . . . . . . . | | | 31 | 672.|00 |

| | | | | |
|---|---|---|---|---|
| **P A Y M E N T S / C R E D I T S** | 32 | MISSOURI tax withheld — **Attach Form W-2(s) and/or Form 1099(s)** . . . . . . . . . . | 32 | 1,178.|00 |
| | 33 | 2009 Missouri estimated tax payments (include overpayment from 2008 applied to 2009). . . . . . . | 33 | |00 |
| | 34 | Missouri tax payments for nonresident partners or S corporation shareholders — **Attach Form MO-2NR** . . . | 34 | |00 |
| | 35 | Missouri tax payments for nonresident entertainers — **Attach Form MO-2ENT** . . . . . . . . | 35 | |00 |
| | 36 | Amount paid with Missouri extension of time to file (Form MO-60) . . . . . . . . . . | 36 | |00 |
| | 37 | Miscellaneous tax credits (from Form MO-TC, Line 13) — **Attach Form MO-TC** . . . . . . . | 37 | |00 |
| | 38 | Property tax credit — **Attach Form MO-PTS** . . . . . . . . . . . . . . . | 38 | |00 |
| | 39 | Total payments and credits. Add Lines 32 through 38. . . . . . . . . . . . . . | 39 | 1,178.|00 |

**Skip Lines 40-42 if you are not filing an amended return.**

| | | | | |
|---|---|---|---|---|
| **A M E N D E D  R E T U R N** | 40 | Amount paid on original return . . . . . . . . . . . . . . . . . . . . . . | 40 | |00 |
| | 41 | Overpayment as shown (or adjusted) on original return . . . . . . . . . . . . . . . | 41 | |00 |
| | | INDICATE REASON(S) FOR AMENDING: | MM/DD/YY | |
| | | ☐ **A** Federal audit. . . . . . . . . . . . . . . Enter date of IRS report | | |
| | | ☐ **B** Net operating loss carryback. . . . . . . . . . . Enter year of loss | | |
| | | ☐ **C** Investment tax credit carryback . . . . . . . . . . . Enter year of credit | | |
| | | ☐ **D** Correction other than A, B or C . . . . . . Enter date of federal amended return, if filed | | |
| | 42 | Amended Return — total payments and credits. Add Lines 40 to Line 39 or subtract Line 41 from Line 39 . . . . . | 42 | |00 |

| | | | | |
|---|---|---|---|---|
| **R E F U N D  O R  A M O U N T  D U E** | 43 | If Line 39, or if amended return, Line 42, is larger than Line 31, enter difference (amount of **OVERPAYMENT**) here . . | 43 | 506.|00 |
| | 44 | Amount of Line 43 to be applied to your 2010 estimated tax . . . . . . . . . . . . . . . | 44 | |00 |

| | 45 | Enter the amount of your donation in the trust fund boxes to the right. See instructions for trust fund codes ▸ | U₁ Children's | Veterans | Elderly Home Delivered Meals | Missouri National Guard | Workers' Memorial | Child-hood Lead Testing | Missouri Military Family Relief Fund | General Revenue | After School Retreat | Addl. Trust Fund Code (See Instrs) | Addl. Trust Fund Code (See Instrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 45 | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| | 46 | Overpayment to be refunded to you. Subtract Lines 44 and 45 from Line 43 and enter here. **Sign below** and mail return to: **Department of Revenue, P.O. Box 3222, Jefferson City, MO 65105-3222** . . . . . **REFUND** | 46 | 506.|00 |
| | 47 | If Line 31 is larger than Line 39 or Line 42, enter the difference (amount of **UNDERPAYMENT**) here . . . . | 47 | |00 |
| | 48 | Underpayment of estimated tax penalty — **Attach Form MO-2210.** Enter penalty amount here . . . . . | 48 | |00 |
| | 49 | Total amount due — Add Lines 47 and 48 and enter here. **Sign below** and mail return and payment to: **Department of Revenue, P.O. Box 3370, Jefferson City, MO 65105-3370.** Please write your social security number(s) and daytime phone number on your check or money order (U.S. funds only). Make payable to Missouri Department of Revenue. . . . . . . . . . . . . . . . **AMOUNT YOU OWE** | 49 | |00 |

**If you pay by check, you authorize the Department of Revenue to process the check electronically. Any check returned unpaid may be presented again electronically.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he/she has any knowledge. As provided in Chapter 143, RSMo, a penalty of up to $500 shall be imposed on any individual who files a frivolous return. I also declare under penalties of perjury that I employ no illegal or unauthorized aliens as defined under federal law and that I am not eligible for any tax exemption, credit or abatement if I employ such aliens.

| **S I G N A T U R E** | I authorize the Director of Revenue or delegate to discuss my return and attachments with the preparer or any member of the preparer's firm . . . ☐ YES ☐ NO | E-MAIL ADDRESS | | PREPARER'S TELEPHONE |
|---|---|---|---|---|
| | SIGNATURE | DATE | PREPARER'S SIGNATURE SELF-PREPARED | FEIN, SSN, OR PTIN |
| | SPOUSE'S SIG (If filing combined, BOTH must sign) | DAYTIME TELEPHONE | PREPARER'S ADDRESS AND ZIP CODE | DATE |



MISSOURI DEPARTMENT OF REVENUE
**INDIVIDUAL INCOME TAX ADJUSTMENTS**

**2009**
FORM
**MO-A**

Attachment Sequence No. 1040-01

**ATTACH TO FORM MO-1040. ATTACH A COPY OF YOUR FEDERAL RETURN.** See instructions to assist you in completing this form.

| LAST NAME, FIRST NAME AND INITIAL | SOCIAL SECURITY NUMBER |
|---|---|
| Flentke, Daniel J | 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 |
| SPOUSE'S **LAST NAME**, FIRST NAME AND INITIAL | SPOUSE'S SOCIAL SECURITY NUMBER |

## PART 1 — MISSOURI MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME (SEE INSTRUCTIONS).

### ADDITIONS

| | | | Y — YOURSELF | | S — SPOUSE |
|---|---|---|---|---|---|
| 1 | Interest on state and local obligations other than Missouri source . . . . | 1 Y | 00 | 1 S | 00 |
| 2 | ☐ Partnership; ☐ Fiduciary; ☐ S corporation; ☐ Net Operating Loss (Carryback/Carryforward); ☐ Other (description) _____ . . . . . . . | 2 Y | 00 | 2 S | 00 |
| 3 | Nonqualified distribution received from a qualified 529 plan (higher education savings program) withdrawn early or not used for qualified higher education expenses . . . . . . . . . . . . . . . . . . . . | 3 Y | 00 | 3 S | 00 |
| 4 | Food Pantry contributions included on federal Schedule A . . . . . . . . | 4 Y | 00 | 4 S | 00 |
| 5 | Nonresident Property Tax . . . . . . . . . . . . . . . . . . . . . . . | 5 Y | 00 | 5 S | 00 |
| 6 | TOTAL ADDITIONS — Add Lines 1, 2, 3, 4, and 5. Enter here and on Form MO-1040, Line 2. . . . . . . . . . . . . . . . . . . . . | 6 Y | 00 | 6 S | 00 |

### SUBTRACTIONS

| | | | | | |
|---|---|---|---|---|---|
| 7 | Interest from exempt federal obligations included in federal adjusted gross income (reduced by related expenses if expenses were over $500). **Attach a detailed list or all Federal Form 1099(s)**. . . . . . . . . . . . . . . . . . . . . . . | 7 Y | 00 | 7 S | 00 |
| 8 | Any state income tax refund included in federal adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . . | 8 Y | 616.00 | 8 S | 00 |
| 9 | ☐ Partnership; ☐ Fiduciary; ☐ S corporation; ☐ RR retirement benefits; ☐ Net Opt Loss; ☐ Military (nonresident); ☐ Build America and Recovery Zone Bond Interest ☐ Combat pay included in federal adjusted ☐ MO Public-Private Transportation Act gross income; ☐ Other (description) _____ **Attach supporting documentation** . . . . . . . . . . . . . . . | 9 Y | 00 | 9 S | 00 |
| 10 | Exempt contributions made to a qualified 529 plan (higher education savings program) . . . . . . . . . . . . . . . . . . . . . . | 10 Y | 00 | 10 S | 00 |
| 11 | Qualified Health Insurance Premiums . . . . . . . . . . . . . . . . | 11 Y | 00 | 11 S | 00 |
| 12 | Missouri depreciation adjustment (Section 143.121, RSMo) ☐ Sold or disposed property previously taken as addition modification. . . . . . . . . . . . . . . . . . . | 12 Y | 00 | 12 S | 00 |
| 13 | Home Energy Audit Expenses . . . . . . . . . . . . . . . . . . . | 13 Y | 00 | 13 S | 00 |
| 14 | TOTAL SUBTRACTIONS — Add Lines 7, 8, 9, 10, 11,12 and 13. Enter here and on Form MO-1040, Line 4 . . . . . . . . . . . . . | 14 Y | 616.00 | 14 S | 00 |

## PART 2 — MISSOURI ITEMIZED DEDUCTIONS — Complete this section only if you itemize deductions on your federal return.
Attach a copy of your federal Form 1040 (pages 1 and 2) and federal Schedule A.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total federal itemized deductions from federal Form 1040, Line 40a . . . . . . . . . . . . . . . . . . | | 1 | 13,924.00 |
| 2 | 2009 (FICA) — yourself — Social security . . . . $ 2,896. + Medicare $ 677. . . . . | | 2 | 3,573.00 |
| 3 | 2009 (FICA) — spouse — Social security . . . . . $ _____ + Medicare $ _____ . . . | | 3 | 00 |
| 4 | 2009 Railroad retirement tax — yourself (Tier I and Tier II) . $ _____ + Medicare $ _____ . . | | 4 | 00 |
| 5 | 2009 Railroad retirement tax — spouse (Tier I and Tier II) . $ _____ + Medicare $ _____ . . | | 5 | 00 |
| 6 | 2009 Self-employment tax — Amount from federal Form 1040, Line 27. . . . . . . . . . . . . . . . . . | | 6 | 00 |
| 7 | TOTAL — Add Lines 1 through 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | 17,497.00 |
| 8 | State and local income taxes — **See instructions** . . . . . . . . . . . . . . . | 8 | 2,332.00 | | |
| 9 | Earnings taxes included in Line 8 . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 536.00 | | |
| 10 | Net state income taxes — Subtract Line 9 from Line 8 or enter Line 8 from the worksheet below . . . | | 10 | 1,796.00 |
| 11 | MISSOURI ITEMIZED DEDUCTIONS — Subtract Line 10 from Line 7. Enter here and on Form MO-1040, Line 14 . . . . . . . . | | 11 | 15,701.00 |

**NOTE: IF LINE 11 IS LESS THAN YOUR FEDERAL STANDARD DEDUCTION, SEE INSTRUCTIONS.**

**WORKSHEET FOR NET STATE INCOME TAXES, LINE 10 OF MO-A, PART 2**

Complete this worksheet only if your federal adjusted gross income from federal Form 1040, Line 37 is more than $166,800 ($83,400 if married filing separate). If your federal adjusted gross income is less than or equal to these amounts, do not complete this worksheet. Attach a copy of your federal Itemized Deduction Worksheet (in the federal Schedule A instructions).

| | | | |
|---|---|---|---|
| 1 | Enter amount from federal Itemized Deduction Worksheet, Line 3 (see the federal Schedule A instructions.) If $0 or less, enter '0' . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 00 |
| 2 | Enter amount from federal Itemized Deduction Worksheet, Line 11 (see federal Schedule A instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 00 |
| 3 | State and local income taxes from federal Form 1040, Schedule A, Line 5 . . . . . . . . . . . . . . . . | 3 | 00 |
| 4 | Earnings taxes included on federal Form 1040, Schedule A, Line 5 . . . . . . . . . . . . . . . . . . | 4 | 00 |
| 5 | Subtract Line 4 from Line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 00 |
| 6 | Divide Line 5 by Line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | % |
| 7 | Multiply Line 2 by Line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 00 |
| 8 | Subtract Line 7 from Line 5. Enter here and on Form MO-A, Part 2, Line 10 . . . . . . . . . . . . . | 8 | 00 |

**For Privacy Notice, see instructions.**

**PART 3**   IF YOU CLAIM A PENSION OR SOCIAL SECURITY/SOCIAL SECURITY DISABILITY EXEMPTION, YOU MUST ATTACH A COPY OF YOUR FEDERAL RETURN (PAGES 1 AND 2) AND 1099-R(S), AND/OR SSA-1099(S).

**PUBLIC PENSION CALCULATION — Public pensions are pensions received from any federal, state, or local government.**

| | | | | | Y — YOURSELF | | S — SPOUSE | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Enter your Missouri Adjusted Gross Income from Form MO-1040, Ln 6 . . . . . | **1** | 34,576. 00 | | | | |
| | 2 | Entr your **taxable** SS benefits from fed Form 1040A, Ln 14b or fed Fm 1040, Ln 20b | **2** | 00 | | | | |
| | 3 | Subtract Line 2 from Line 1 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 34,576. 00 | | | | |
| S E C T I O N   A | 4 | Select the appropriate filing status and enter amount on Ln 4. Married filing combined — $100,000; Single, Head of Household, Married Filing Separate, and Qualifying Widow — $85,000 | **4** | 85,000. 00 | | | | |
| | 5 | Subtract Ln 4 from Ln 3 and enter on Ln 5. If Ln 4 is greater than Ln 3, enter $0 . . | **5** | 0. 00 | | | | |
| | 6 | Enter taxable pension for each spouse from public sources from federal Form 1040A, Ln 12b or federal Form 1040, Ln 16b (public pensions and pensions from other than private sources) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **6 Y** | 00 | **6 S** | 00 |
| | 7 | Multiply Line 6 by 50% . . . . . . . . . . . . . . . . . . . . . . . . . | | | **7 Y** | 00 | **7 S** | 00 |
| | 8 | If amount on Line 7 is greater than $33,703 (maximum social security benefit) enter $33,703. If amount on Line 7 is less than $33,703, enter amount from Line 7 . . . | | | **8 Y** | 00 | **8 S** | 00 |
| | 9 | Enter the amount from Line 6 or $6,000, whichever is less . . . . . . | | | **9 Y** | 0. 00 | **9 S** | 00 |
| | 10 | Enter the amount from Line 8 or Line 9, whichever is greater. . . . . | | | **10 Y** | 0. 00 | **10 S** | 00 |
| | 11 | If you received taxable social security and are claiming a SS exemption, complt Lns 1 through 8 of Part 3 of the MO-A, Section C (SS or SS disability calcn) and enter the amt(s) from Ln(s) 6y and 6s here. See ins if Ln 3 of Section C is more than $0 . | | | **11 Y** | 00 | **11 S** | 00 |
| | 12 | Subtract Line 11 from Line 10. If Line 11 is greater than Line 10, enter $0 . . . . . | | | **12 Y** | 0. 00 | **12 S** | 00 |
| | 13 | Add amounts on Lines 12Y and 12S. . . . . . . . . . . . . . . . | **13** | 0. 00 | | | | |
| | 14 | Total Public Pension, sub Ln 5, from Ln 13. If Ln 5 is greater than Ln 13, entr $0 . . | **14** | 0. 00 | | | | |

**PRIVATE PENSION CALCULATION — Private pensions are annuities, pensions, 401(K) plans, deferred compensation plans, self-employed retirement plans, and IRA's funded by a private source.**

| | | | | | Y — YOURSELF | | S — SPOUSE | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Enter your Missouri Adjusted Gross Income from Form MO-1040, Ln 6 . . . . . | **1** | 34,576. 00 | | | | |
| | 2 | Entr your **taxable** SS benefits from fed Form 1040A, Ln 14b or fed Fm 1040, Ln 20b | **2** | 00 | | | | |
| | 3 | Subtract Line 2 from Line 1 . . . . . . . . . . . . . . . . . . . . . . . | **3** | 34,576. 00 | | | | |
| S E C T I O N   B | 4 | Select the appropriate filing status and enter the amount on Line 4: Married filing combined: $32,000; Single, Head of Household and Qualifying Widower: $25,000; Married Filing Separate: $16,000 . . . . . . . . . . . . . . . . . | **4** | 25,000. 00 | | | | |
| | 5 | Subtract Line 4 from Line 3. If Line 4 is greater than Line 3, enter $0 . . . . . . . | **5** | 9,576. 00 | | | | |
| | 6 | Enter **taxable** pension for each spouse from **private sources** from federal Form 1040A, Line 11b and 12b, or federal Form 1040, Line 15b and 16b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **6 Y** | 00 | **6 S** | 00 |
| | 7 | Enter the amounts from Line 6Y and 6S or $6,000, whichever is less . . . . . . . | | | **7 Y** | 0. 00 | **7 S** | 00 |
| | 8 | Add Lines 7Y and 7S . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 0. 00 | | | | |
| | 9 | **Total private pension**, sub Ln 5 from Ln 8. If Ln 5 is greater than Ln 8, enter $0 . . | **9** | 0. 00 | | | | |

**SOCIAL SECURITY OR SOCIAL SECURITY DISABILITY CALCULATION — To be eligible for social security deduction you must be 62 years of age by December 31 and have marked the 62 or older box on page 1 of Form MO-1040. Age limit does not apply to social security disability deduction.**

| | | | | | Y — YOURSELF | | S — SPOUSE | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Enter your Missouri Adjusted Gross Income from Form MO-1040, Ln 6 . . . . . | **1** | 34,576. 00 | | | | |
| S E C T I O N   C | 2 | Select the appropriate filing status and enter the amount on Line 2. Married filing combined - $100,000 Single, Head of Household, Married Filing Separate, and Qualifying Widower - $85,000 . . . . . . . . . . . . . . . . . . . . | **2** | 85,000. 00 | | | | |
| | 3 | Subtract Ln 2 from Ln 1 and enter on Ln 3. If Line 2 is greater than Ln 1, enter $0 . | **3** | 0. 00 | | | | |
| | 4 | Enter **taxable** social security benefits for each spouse from federal Form 1040A, Line 14b or federal Form 1040, Line 20b . . . . . . . . | | | **4 Y** | 00 | **4 S** | 00 |
| | 5 | Enter **taxable** social security **disability** benefits for each spouse from federal Form 1040A, Line 14b or federal Form 1040, Line 20b . . | | | **5 Y** | 00 | **5 S** | 00 |
| | 6 | Multiply Line 4 or Line 5 by 50% . . . . . . . . . . . . . . . . . . . | | | **6 Y** | 00 | **6 S** | 00 |
| | 7 | Add Lines 6Y and 6S . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | | | **00** | |
| | 8 | **Total social security/social security disability**, subtract Line 3 from Line 7. If Line 3 is greater than Line 7, enter $0 . . . . . . . . . . . | **8** | 0. 00 | | | | |

**TOTAL PENSION AND SOCIAL SECURITY/SOCIAL SECURITY DISABILITY EXEMPTION**

| Total Pension Exemption and Social Security / Social Security Disability Exemption. Add Line 14 (Section A), Line 9 (Section B), and Line 8 (Section C) and enter here and on Form MO-1040, Line 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **TOTAL EXEMPTION** | 0. 00 |
|---|---|---|

MOIA0612  12/29/09

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2009** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 – Dec 31, 2009, or other tax year beginning , 2009, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

**Use the IRS label. Otherwise, please print or type.**

| Your first name | MI | Last name | | Your social security number |
| Daniel | J | Flentke | | 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 |

If a joint return, spouse's first name · MI · Last name — Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. — Apartment no.
4631 Rosa Ave

▲ **You must enter your social security number(s) above.** ▲

City, town or post office. If you have a foreign address, see instructions. State ZIP code
Saint Louis MO 63116-0000

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . ► ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b ► 1

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ► ☐

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ► 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | 34,576. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . | 9a | |
| b | Qualified dividends (see instrs) . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . | 10 | 616. |
| 11 | Alimony received. . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . 15a | b Taxable amount (see instrs) . | 15b | |
| 16a | Pensions and annuities . . . 16a | b Taxable amount (see instrs) . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) . . . . | 19 | |
| 20a | Social security benefits . . . . . 20a | b Taxable amount (see instrs) . . | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . ► | 22 | 35,192. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) . . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| 31a | Alimony paid b Recipient's SSN. . ► | 31a | |
| 32 | IRA deduction (see instructions) . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction (see instructions) . . . . . . | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . . | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ► | 37 | 35,192. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** FDIA0112 09/17/09 Form **1040** (2009)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 35,192. |

**Standard Deduction for —**
- **People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see instructions.**
- **All others:**

Single or Married filing separately, **$5,700**

Married filing jointly or Qualifying widow(er), **$11,400**

Head of household, **$8,350**

| | | | | |
|---|---|---|---|---|
| 39a | Check if: ☐ **You** were born before January 2, 1945, ☐ Blind. **Total boxes** ☐ **Spouse** was born before January 2, 1945, ☐ Blind. **checked** ► 39a | | | |
| b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b ☐ | | | |
| 40a | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 40a | 13,924. |
| b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ► 40b ☐ | | | |
| 41 | Subtract line 40a from line 38 | 41 | 21,268. |
| 42 | **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 42 | 3,650. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 17,618. |
| 44 | **Tax** (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 44 | 2,226. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 ► | 46 | 2,226. |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| 49 | Education credits from Form 8863, line 29 | 49 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| 51 | Child tax credit (see instructions) | 51 | |
| 52 | Credits from Form: **a** ☐ 8396 **b** ☐ 8839 **c** ☐ 5695 | 52 | |
| 53 | Other crs from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 53 | |
| 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ► | 55 | 2,226. |

| | | | | |
|---|---|---|---|---|
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes: **a** ☐ AEIC payments **b** ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55-59. This is your **total tax** ► | 60 | 2,226. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 3,483. | |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credit. Attach Schedule M | 63 | 400. | |
| | 64a | **Earned income credit (EIC)** | 64a | | |
| | b | Nontaxable combat pay election . . . ► 64b | | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 | | |
| | 67 | First-time homebuyer credit. Attach Form 5405 | 67 | | |
| | 68 | Amount paid with request for extension to file (see instructions) | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 69 | | |
| | 70 | Credits from Form: **a** ☐ 2439 **b** ☐ 4136 **c** ☐ 8801 **d** ☐ 8885 | 70 | | |
| | 71 | Add lns 61-63, 64a, & 65-70. These are your **total pmts** ► | 71 | 3,883. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** | 72 | 1,657. |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | 73a | 1,657. |
| | ► b | Routing number   081000210   ► c Type: ☒ Checking ☐ Savings | | |
| | ► d | Account number   7390449259 | | |
| | 74 | Amount of line 72 you want **applied to your 2010 estimated tax** ► 74 | | |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 60. For details on how to pay, see instructions ► | 75 | |
| | 76 | Estimated tax penalty (see instructions) 76 | | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . ☐ **Yes.** Complete the following.    ☒ **No** Designee's name ►    Phone no. ►    Personal identification number (PIN) ► | |

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Manager | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

| | | | |
|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ►    Self-Prepared | | EIN | |
| | | | Phone no. | |

Form **1040** (2009)

| SCHEDULE A (Form 1040) | Itemized Deductions | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040.    ► See Instructions for Schedule A (Form 1040). | | **2009** Attachment Sequence No. **07** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| Daniel J Flentke | 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 |

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | **1** | Medical and dental expenses (see instructions) . . . . . . . . . . . . . . . | **1** | | |
| | **2** | Enter amount from Form 1040, line 38 . . . **2** | | | |
| | **3** | Multiply line 2 by 7.5% (.075) . . . . . . . . . . . . . . . . . | **3** | | |
| | **4** | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . | | **4** | |
| **Taxes You Paid** (See instructions.) | **5** | State and local (check only one box): | | | |
| | **a** | ☒ Income taxes, or | | | |
| | **b** | ☐ General sales taxes . . . . . . . . . . . . . . . . | **5** | 2,332. | |
| | **6** | Real estate taxes (see instructions) . . . . . . . . . . . . . . . | **6** | 1,495. | |
| | **7** | New motor vehicle taxes from line 11 of the worksheet on page 2. Skip this line if you checked box 5b . . . . . . . . . . . . . . | **7** | | |
| | **8** | Other taxes. List type and amount ► Personal Property & Other taxes _ _ _ _ _ _ 86. | **8** | 86. | |
| | **9** | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **9** | 3,913. |
| **Interest You Paid** | **10** | Home mtg interest and points reported to you on Form 1098 . . . . . . . . . | **10** | 9,297. | |
| | **11** | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **11** | | |
| **Note.** Personal interest is not deductible. | **12** | Points not reported to you on Form 1098. See instrs for spcl rules . . . . . . . | **12** | | |
| | **13** | Qualified mortgage insurance premiums (see instructions) . . . . . | **13** | 714. | |
| | **14** | Investment interest. Attach Form 4952 if required. (See instrs.) . . . . . . . . . . . . . . . . . . . . . . | **14** | | |
| | **15** | Add lines 10 through 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **15** | 10,011. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | **16** | Gifts by cash or check. If you made any gift of $250 or more, see instrs . . . . . . . . . . . . . . . . . . . . . . | **16** | | |
| | **17** | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | | |
| | **18** | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . | **18** | | |
| | **19** | Add lines 16 through 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **19** | |
| **Casualty and Theft Losses** | **20** | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . . . . . . . . . | | **20** | |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | **21** | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ | **21** | | |
| | **22** | Tax preparation fees . . . . . . . . . . . . . . . . . . . . . . . | **22** | | |
| | **23** | Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **23** | | |
| | **24** | Add lines 21 through 23 . . . . . . . . . . . . . . . . . . . . . . | **24** | | |
| | **25** | Enter amount from Form 1040, line 38 . . . **25** | | | |
| | **26** | Multiply line 25 by 2% (.02) . . . . . . . . . . . . . . . . . . . | **26** | | |
| | **27** | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . . . . . . | | **27** | |
| **Other Miscellaneous Deductions** | **28** | Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **28** | |
| **Total Itemized Deductions** | **29** | Is Form 1040, line 38, over $166,800 (over $83,400 if married filing separately)? | | | |
| | | ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40a. | ► | **29** | 13,924. |
| | | ☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | |
| | **30** | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | | |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**    FDIA0301  11/20/09    Schedule A (Form 1040) 2009

**Worksheet for Line 7 — New motor vehicle taxes**

*Before you begin:*    ✓ You cannot take this deduction if the amount on Form 1040, line 38, is equal to or greater than $135,000 ($260,000 if married filing jointly).
✓ See the instructions for line 7.

Use this worksheet to figure the amount to enter on line 7.

(Keep a copy for your records.)

| | | | |
|---|---|---|---|
| **1** | Enter the state and local sales and excise taxes you paid in 2009 for the purchase of any new motor vehicle(s) **after** February 16, 2009 . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | Enter the purchase price (before taxes) of the new motor vehicle(s) . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Is the amount on line 2 more than $49,500? | | |
| | ☒ **No.** Enter the amount from line 1. | . . . . . . . . . . . . . . . . . . . **3** | |
| | ☐ **Yes.** Figure the portion of the tax from line 1 that is attributable to the first $49,500 of the purchase price of each new motor vehicle and enter it here (see instructions). | | |
| **4** | Enter the amount from Form 1040, line 38 . . . . . . . . . . . | **4** | 35,192. |
| **5** | Enter the total of any — | | |
| | • Amounts from Form 2555, lines 45 and 50; Form 2555-EZ, line 18; and Form 4563, line 15, and • Exclusion of income from Puerto Rico | **5** | |
| **6** | Add lines 4 and 5 . . . . . . . . . . . . . . . . . . . . . . . | **6** | 35,192. |
| **7** | Enter $125,000 ($250,000 if married filing jointly). . . . . . . . | **7** | 125,000. |
| **8** | Is the amount on line 6 more than the amount on line 7? | | |
| | ☒ **No.** Enter the amount from line 3 above on Schedule A, line 7. **Do not** complete the rest of this worksheet. | | |
| | ☐ **Yes.** Subtract line 7 from line 6 . . . . . . . . . . . . . . | **8** | |
| **9** | Divide the amount on line 8 by $10,000. Enter the result as a decimal (rounded to at least three places). If the result is 1.000 or more, enter 1.000 . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Multiply line 3 by line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **10** |
| **11** | **Deduction for new motor vehicle taxes.** Subtract line 10 from line 3. Enter the result here and on Schedule A, line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** |

Schedule **A** (Form 1040) 2009

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2008** (99) | IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2008, or other tax year beginning , 2008, ending , 20

**Label** (See instructions.)

Use the IRS label. Otherwise, please print or type.

Your first name MI Last name: Daniel J Flentke

Your social security number: 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

If a joint return, spouse's first name MI Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.: 4631 Rosa Ave  Apartment no.

City, town or post office. If you have a foreign address, see instructions.: Saint Louis  State: MO  ZIP code: 63116-0000

You **must** enter your social security number(s) above. ▲ ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . ▶ ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

No. of children on 6c who:
• lived with you .
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above .
Add numbers on lines above . ▶ 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . | 7 | 37,919.
8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . | 8a |
b Tax-exempt interest. **Do not** include on line 8a . . . . . . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . | 9a |
b Qualified dividends (see instrs) . . . . . . . . . . . | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . . . . | 10 | 674.
11 Alimony received. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . | 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . ▶ ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . | 14 |
15a IRA distributions . . . . . . | 15a | b Taxable amount (see instrs) . | 15b |
16a Pensions and annuities . . . | 16a | b Taxable amount (see instrs) . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . | 19 |
20a Social security benefits . . . . | 20a | b Taxable amount (see instrs) . . | 20b |
21 Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . ▶ | 22 | 38,593.

**Adjusted Gross Income**

23 Educator expenses (see instructions) . . . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . . . . . | 26 |
27 One-half of self-employment tax. Attach Schedule SE . . . . . | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 |
29 Self-employed health insurance deduction (see instructions) . . . . . . | 29 |
30 Penalty on early withdrawal of savings . . . . . . . . . | 30 |
31a Alimony paid b Recipient's SSN . . . ▶ | 31a |
32 IRA deduction (see instructions) . . . . . . . . . . . | 32 |
33 Student loan interest deduction (see instructions) . . . . . . | 33 |
34 Tuition and fees deduction. Attach Form 8917 . . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . . | 35 |
36 Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 |
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ▶ | 37 | 38,593.

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** FDIA0112 10/13/08 Form **1040** (2008)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . | 38 | 38,593. |

| | | | | |
|---|---|---|---|---|
| | 39 a | Check if: | You were born before January 2, 1944, | Blind. | **Total boxes** | | |
| | | | Spouse was born before January 2, 1944, | Blind. | checked ▶ | 39 a | |

**Standard Deduction for —**
- **•** People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions.
- **•** All others:

Single or Married filing separately, $5,450

Married filing jointly or Qualifying widow(er), $10,900

Head of household, $8,000

| | | | |
|---|---|---|---|
| **b** If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ | 39 b | | |
| **c** Check if standard deduction includes real estate taxes or disaster loss (see instructions) . . . . . ▶ | 39 c | | |
| 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) . . . . . . . . . . . | 40 | 13,739. |
| 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 24,854. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d . . . . . . . . . . . . . . | 42 | 3,500. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43 | 21,354. |
| 44 | **Tax** (see instrs). Check if any tax is from:   **a** ☐ Form(s) 8814   **b** ☐ Form 4972 . . . . . . . . . . . . . . . . | 44 | 2,805. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . . . . . . . | 45 | |
| 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 46 | 2,805. |

| | | | | |
|---|---|---|---|---|
| 47 | Foreign tax credit. Attach Form 1116 if required . . . . . . . | 47 | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . | 48 | | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R . . . . | 49 | | |
| 50 | Education credits. Attach Form 8863 . . . . . . . . . . . . . . | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 . . . | 51 | | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required . . . . . . | 52 | | |
| 53 | Credits from Form:  **a** ☐ 8396  **b** ☐ 8839  **c** ☐ 5695 . . . | 53 | | |
| 54 | Other crs from Form:  **a** ☐ 3800  **b** ☐ 8801  **c** ☐ | 54 | | |

| | | | | |
|---|---|---|---|---|
| 55 | Add lines 47 through 54. These are your **total credits** . . . . . . . . . . . . . . . . . . . . | 55 | |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- . . . . . . . . . . . . ▶ | 56 | 2,805. |

| | | | | |
|---|---|---|---|---|
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . | 57 | |
| | 58 | Unreported social security and Medicare tax from Form:  **a** ☐ 4137  **b** ☐ 8919 . . . . . . . . . . . | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . . . . . . | 59 | |
| | 60 | Additional taxes:  **a** ☐ AEIC payments   **b** ☐ Household employment taxes. Attach Schedule H . . . . . . | 60 | |
| | 61 | Add lines 56-60. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 61 | 2,805. |

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . . . | 62 | 4,563. | |
| If you have a qualifying child, attach Schedule EIC. | 63 | 2008 estimated tax payments and amount applied from 2007 return . . . . | 63 | | |
| | 64 a | **Earned income credit (EIC)** . . . . . . . . . . . . . . . . . | 64 a | | |
| | | **b** Nontaxable combat pay election . . . ▶ | 64 b | | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) . . . | 65 | | |
| | 66 | Additional child tax credit. Attach Form 8812 . . . . . . . . . . | 66 | | |
| | 67 | Amount paid with request for extension to file (see instructions) . . . . . . | 67 | | |
| | 68 | Credits from Form:  **a** ☐ 2439  **b** ☐ 4136  **c** ☐ 8801  **d** ☐ 8885 | 68 | | |
| | 69 | First-time homebuyer credit. Attach Form 5405 . . . . . . . . . | 69 | | |
| | 70 | Recovery rebate credit (see worksheet) . . . . . . . . . . . . | 70 | 0. | |
| | 71 | Add lines 62 through 70. These are your **total payments** . . . . . . . . . . . . . . . . . . . . ▶ | 71 | 4,563. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** . . . . . . . . . | 72 | 1,758. |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 73 a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here . . ▶ ☐ | 73 a | 1,758. |
| | | ▶ **b** Routing number . . . . . 081000210   ▶ **c** Type: ☒ Checking   ☐ Savings | | |
| | | ▶ **d** Account number . . . . . 7390449259 | | |
| | 74 | Amount of line 72 you want **applied to your 2009 estimated tax** . . . . ▶ | 74 | |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see instructions . . . . . . . . . ▶ | 75 | |
| | 76 | Estimated tax penalty (see instructions) . . . . . . . . . . . . | 76 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . .  ☐ **Yes. Complete the following.**   ☒ **No**<br>Designee's name ▶ _____   Phone no. ▶ _____   Personal identification number (PIN) ▶ _____ |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature ▶ | Date | Your occupation<br>Manager | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. ▶ | Date | Spouse's occupation | |

| | | |
|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶  Self-Prepared | | EIN _____ |
| | | Phone no. _____ |

Form **1040** (2008)

| SCHEDULE A | **Itemized Deductions** | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2008**

Attachment
Sequence No.  **07**

Name(s) shown on Form 1040

Daniel J Flentke

Your social security number

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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . . . . . . . . . | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 . . . **2** | | | |
| | 3 | Multiply line 2 by 7.5% (.075) . . . . . . . . . . . . . . . | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . | | 4 | |
| **Taxes You Paid** | 5 | State and local **(check only one box):** | | | |
| | a | [X] Income taxes, or | | | |
| | b | [ ] General sales taxes | 5 | 2,022. | |
| (See instructions.) | 6 | Real estate taxes (see instructions) . . . . . . . . . . . . . . . | 6 | 1,685. | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . | 7 | 22. | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | 3,729. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 . . . . . . . . . | 10 | 9,286. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | | |
| | | _____ | | | |
| | | _____ | | | |
| | | _____ | | | |
| | | _____ | 11 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules . . . . . . . | 12 | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) . . . . . | 13 | 724. | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) . . . . . . . . . . | 14 | | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 15 | 10,010. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs . . . . . . . . . . | 16 | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . | 17 | | |
| | 18 | Carryover from prior year . . . . . . . . . . . . . . . | 18 | | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . | | 20 | |
| | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.)  ► _____ | 21 | | |
| | 22 | Tax preparation fees . . . . . . . . . . . . . . . | 22 | | |
| (See instructions.) | 23 | Other expenses — investment, safe deposit box, etc. List type and amount  ► _____ | 23 | | |
| | 24 | Add lines 21 through 23 . . . . . . . . . . . . . . . | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 . . . **25** | | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . . . . . . . | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . . . . . . | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► _____ | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $159,950 (over $79,975 if married filing separately)? | | | |
| | | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | | |
| | | [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | ► | 29 | 13,739. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**         FDIA0301   11/10/08         Schedule **A** (Form 1040) 2008

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Daniel J Flentke | 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 |

## Estimated Tax Payments for 2008 (If more than 4 payments for any state or locality, see Tax Help)

| | Federal | | State | | | Local | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | ID | Date | Amount | ID |
| **1** | 04/15/08 | | 04/15/08 | | | 04/15/08 | | |
| **2** | 06/16/08 | | 06/16/08 | | | 06/16/08 | | |
| **3** | 09/15/08 | | 09/15/08 | | | 09/15/08 | | |
| **4** | 01/15/09 | | 01/15/09 | | | 01/15/09 | | |
| **5** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Tot Estimated Payments . . .** | | | | | | | | |

| Tax Payments Other Than Withholding (If multiple states, see Tax Help) | | | Federal | | State | ID | Local | ID |
|---|---|---|---|---|---|---|---|---|
| **6** | Overpayments applied to 2008 . . . . | | | | | | | |
| **7** | Credited by estates and trusts . . . . | | | | | | | |
| **8** | **Totals** Lines 1 through 7 . . . . . . | | | | | | | |
| **9** | 2008 extensions . . . . . . . . . . . . | | | | | | | |

| Taxes Withheld From: | | | | Federal | | State | | Local |
|---|---|---|---|---|---|---|---|---|
| **10** | Forms W-2 . . . . . . . . . . . . . . . . . . . . . | | | 4,563. | | 1,404. | | |
| **11** | Forms W-2G . . . . . . . . . . . . . . . . . . . | | | | | | | |
| **12** | Forms 1099-R . . . . . . . . . . . . . . . . . . | | | | | | | |
| **13** | Forms 1099-MISC and 1099-G . . . . . . . . . . | | | | | | | |
| **14** | Schedules K-1 . . . . . . . . . . . . . . . . . | | | | | | | |
| **15** | Forms 1099-INT, DIV and OID . . . . . . . . . . | | | | | | | |
| **16** | Social Security and Railroad Benefits . . . . . . . | | | | | | | |
| **17** | Form 1099-B . . . . . . . | St | Loc | | | | | |
| **18 a** | Other withholding . . . . | St | Loc | | | | | |
| **b** | Other withholding . . . . | St | Loc | | | | | |
| **c** | Other withholding . . . . | St | Loc | | | | | |
| **19** | **Total Withholding** Lines 10 through 18c . . . . . | | | 4,563. | | 1,404. | | |
| **20** | **Total Tax Payments for 2008** . . . . . . . . . . | | | 4,563. | | 1,404. | | |

| Prior Year Taxes Paid In 2008 (If multiple states or localities, see Tax Help) | | State | ID | Local | ID |
|---|---|---|---|---|---|
| **21** | Tax paid with 2007 extensions . . . . . . . . . . . . . . | | | | |
| **22** | 2007 estimated tax paid after 12/31/07 . . . . . . . . | | | | |
| **23** | Balance due paid with 2007 return . . . . . . . . . . . | | | 618. | SL |
| **24** | Other (amended returns, installment payments, etc) . . | | | | |

# State and Local Tax Deduction Worksheet

**2008**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Daniel J Flentke | 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 |

## State and Local Income Taxes

**State income taxes:**

| | | | |
|---|---|---|---|
| 1 | State income tax withheld. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 1,404. |
| 2 | 2008 state estimated taxes paid in 2008 . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | 2007 state estimated taxes paid in 2008 . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Amount paid with 2007 state application for extension . . . . . . . . . . . . . . . | **4** | |
| 5 | Amount paid with 2007 state income tax return . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Overpayment on 2007 state income tax return applied to 2008 tax . . . . . . . . . | **6** | |
| 7 | Other amounts paid in 2008 (amended returns, installment payments, etc.) . . . . | **7** | |
| 8 | State estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . . . | **8** | |
| | **Local income taxes:** | | |
| 9 | Local income tax withheld . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | 2008 local estimated taxes paid in 2008 . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | 2007 local estimated taxes paid in 2008 . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Amount paid with 2007 local application for extension . . . . . . . . . . . . . . . | **12** | |
| 13 | Amount paid with 2007 local income tax return . . . . . . . . . . . . . . . . . . . . | **13** | 618. |
| 14 | Overpayment on 2007 local income tax return applied to 2008 tax . . . . . . . . . | **14** | |
| 15 | Other amounts paid in 2008 (amended returns, installment payments, etc.) . . . . | **15** | |
| 16 | Local estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . . . | **16** | |
| | **Other:** | | |
| 17 | | **17** | |
| 18 | **Total** Add lines 1 through 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | 2,022. |
| 19 | State and local refund allocated to 2008. . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Nondeductible state income tax from line 28 . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | **Total reductions** Add lines 19 and 20. . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total state and local income tax deduction** Line 18 less line 21 . . . . . . . . . | **22** | 2,022. |

## Nondeductible State Income Tax (Hawaii Only)

| | | | |
|---|---|---|---|
| 23 | Nontaxable federal employee cost of living allowance . . . . . . . . . . . . . . . . | **23** | |
| 24 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | |
| 25 | Add lines 23 and 24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **25** | |
| 26 | Nondeductible percent.  Line 23 divided by line 25 . . . . . . . . . . . . . . . . . | **26** | % |
| 27 | Hawaii state income tax included in line 18 . . . . . . . . . . . . . . . . . . . . . . | **27** | |
| 28 | Nondeductible Hawaii state income tax.  Multiply line 26 by line 27. . . . . . . . . | **28** | |

# Federal Carryover Worksheet    **2008**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Daniel J Flentke | 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 |

**2007 State and Local Income Tax Information** (See Tax Help)

| (a)<br>State or<br>Local ID | (b)<br>Paid With<br>Extension | (c)<br>Estimates Pd<br>After 12/31 | (d)<br>Total With-<br>held/Pmts | (e)<br>Paid With<br>Return | (f)<br>Total Over-<br>payment | (g)<br>Applied<br>Amount |
|---|---|---|---|---|---|---|
| MO | | | 1,863. | | 674. | |
| SL | | | | 618. | | |
| | | | | | | |
| | | | | | | |
| **Totals . .** | | | 1,863. | 618. | 674. | |

## Other Tax and Income Information

| | | | 2007 | 2008 |
|---|---|---|---|---|
| **1** | Filing status . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 1  Single | 1  Single |
| **2** | Number of exemptions for blind or over 65 (0 - 4). . . . . . . . . | **2** | | |
| **3** | Itemized deductions after limitation. . . . . . . . . . . . . . . . | **3** | 13,894. | 13,739. |
| **4** | Check box if required to itemize deductions . . . . . . . . . . . . | **4** | | |
| **5** | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . | **5** | 46,793. | 38,593. |
| **6** | Tax liability for Form 2210 or Form 2210-F . . . . . . . . . . . | **6** | 4,030. | 2,805. |
| **7** | Alternative minimum tax. . . . . . . . . . . . . . . . . . . . . . | **7** | | |
| **8** | Federal overpayment applied to next year estimated tax. . . . . | **8** | | |

**QuickZoom to the IRA Information Worksheet for IRA information (see Tax Help)** . . . . . . . ►

## Excess Contributions

| | | | 2007 | 2008 |
|---|---|---|---|---|
| **9 a** | Taxpayer's excess Archer MSA contributions as of 12/31 . . . . | **9 a** | | |
| **b** | Spouse's excess Archer MSA contributions as of 12/31 . . . . . | **b** | | |
| **10 a** | Taxpayer's excess Coverdell ESA contributions as of 12/31. . . | **10 a** | | |
| **b** | Spouse's excess Coverdell ESA contributions as of 12/31. . . . | **b** | | |
| **11 a** | Taxpayer's excess HSA contributions as of 12/31 . . . . . . . . | **11 a** | | |
| **b** | Spouse's excess HSA contributions as of 12/31 . . . . . . . . . | **b** | | |

## Loss and Expense Carryovers

| | | | 2007 | 2008 |
|---|---|---|---|---|
| **12 a** | Short-term capital loss. . . . . . . . . . . . . . . . . . . . . . . | **12 a** | | |
| **b** | AMT Short-term capital loss . . . . . . . . . . . . . . . . . . . . | **b** | | |
| **13 a** | Long-term capital loss . . . . . . . . . . . . . . . . . . . . . . . | **13 a** | | |
| **b** | AMT Long-term capital loss . . . . . . . . . . . . . . . . . . . . | **b** | | |
| **14 a** | Net operating loss available to carry forward . . . . . . . . . . . | **14 a** | | |
| **b** | AMT Net operating loss available to carry forward . . . . . . . . | **b** | | |
| **15 a** | Investment interest expense disallowed . . . . . . . . . . . . . . | **15 a** | | |
| **b** | AMT Investment interest expense disallowed . . . . . . . . . . . | **b** | | |
| **16** | Nonrecaptured net Section 1231 losses from: **a** 2008. . . | **16 a** | | |
| | **b** 2007. . . | **b** | | |
| | **c** 2006. . . | **c** | | |
| | **d** 2005. . . | **d** | | |
| | **e** 2004. . . | **e** | | |
| | **f** 2003. . . | **f** | | |

Daniel J Flentke                                                    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

| Loss and Expense Carryovers (cont'd) | | | 2007 | 2008 |
|---|---|---|---|---|
| 17 | AMT Nonrecap'd net Sec 1231 losses from: | **a** 2008... **17 a** | | |
| | | **b** 2007... **b** | | |
| | | **c** 2006... **c** | | |
| | | **d** 2005... **d** | | |
| | | **e** 2004... **e** | | |
| | | **f** 2003... **f** | | |

| Credit Carryovers | | | 2007 | 2008 |
|---|---|---|---|---|
| 18 | General business credit . . . . . . . . . . . . . . . . . . . . . . . | 18 | | |
| 19 | Adoption credit from: **a** 2008 . . . . . . . . . . . . . . . . | 19 a | | |
| | **b** 2007 . . . . . . . . . . . . . . . | b | | |
| | **c** 2006 . . . . . . . . . . . . . . . | c | | |
| | **d** 2005 . . . . . . . . . . . . . . . | d | | |
| | **e** 2004 . . . . . . . . . . . . . . . | e | | |
| | **f** 2003 . . . . . . . . . . . . . . . | f | | |
| 20 | Mortgage interest credit from: **a** 2008 . . . . . . . . . . . | 20 a | | |
| | **b** 2007 . . . . . . . . . . . | b | | |
| | **c** 2006 . . . . . . . . . . . | c | | |
| | **d** 2005 . . . . . . . . . . . | d | | |
| 21 | Credit for prior year minimum tax . . . . . . . . . . . . . . . . . | 21 | | |
| 22 | District of Columbia first-time homebuyer credit . . . . . . . . . | 22 | | |
| 23 | Residential energy efficient property credit . . . . . . . . . . . . | 23 | | |
| 24 | Amount overpaid less earned income credit . . . . . . . . . . . . | 24 | 3,003. | |

| Other Carryovers | | | 2007 | 2008 |
|---|---|---|---|---|
| 25 | Section 179 expense deduction disallowed . . . . . . . . . . . | 25 | | |
| 26 | Excess **a** Taxpayer (Form 2555, line 46) . . . . . . . | 26 a | | |
| | foreign **b** Taxpayer (Form 2555, line 48) . . . . . . . | b | | |
| | housing **c** Spouse (Form 2555, line 46) . . . . . . . | c | | |
| | deduction: **d** Spouse (Form 2555, line 48) . . . . . . . | d | | |

## Santa Barbara Bank & Trust Refund Processing Agreement ('Agreement')

Name:   Daniel J Flentke

Social Security No.:   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

This Agreement contains important terms, conditions and disclosures about the processing of your refund by Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A. ('SBBT'). Read this Agreement carefully before accepting its terms and conditions, and print a copy and/or retain this information electronically for future reference.

1. **Use Of Pronouns.** As used in this Agreement, the words 'you' and 'your' refer to the applicant or both the applicant and joint applicant if the 2008 federal income tax return is a joint return (individually and collectively, 'Applicant'). The words 'we,' 'us' and 'our' refer to SBBT.

2. **Authorization to Release Personal Information.** You authorize the Internal Revenue Service ('IRS') to disclose any information to SBBT related to the funding of your 2008 tax refund. You also authorize Intuit, as the transmitter of your electronically filed tax return, to disclose your tax return and contact information to SBBT for use in connection with the refund processing services being provided pursuant to this Agreement. Neither Intuit nor SBBT will disclose or use your tax return information for any other purpose, except as permitted by law. SBBT will not use your tax information or contact information for any marketing purpose. To view the SBBT Privacy Policy applicable to this Agreement, see Section 12 below.

3. **No Requirement To Have SBBT Process Your Refund In Order To File Electronically.** You understand that SBBT charges a refund processing fee to deduct Intuit's fees from your refund. You further understand that your tax year 2008 federal income tax return can be filed electronically, and your IRS refund direct deposited, without using SBBT's refund processing service by, instead, paying the applicable TurboTax filing fees to Intuit by credit or debit card at the time you file your 2008 federal income tax return.

### 4. Summary of Terms

| | |
|---|---:|
| Expected Federal Refund. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,758.00 |
| Less SBBT Refund Processing Fee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 29.95 |
| Less Electronic Filing Transmission Fee and/or Service Fee for web users . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 64.90 |
| Less Additional Products and Services Purchased . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | |
| **Expected Proceeds (1)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,663.15 |

(1) This is only an estimate. The amount will be reduced by any applicable sales taxes.

5. **Temporary Deposit Account Authorization.** You hereby authorize SBBT to establish a temporary deposit account ('Deposit Account') for the purpose of receiving your tax year 2008 federal income tax refund from the IRS. SBBT must receive an acknowledgement from the IRS that your return has been electronically filed and accepted for processing before the Deposit Account can be opened. You authorize SBBT to deduct from your Deposit Account the following amounts: (i) the SBBT refund processing fee; (ii) the fees and charges related to the preparation, processing and transmission of your tax return; and, (iii) amounts to pay for additional products and services purchased plus applicable taxes. You authorize SBBT to disburse the balance of the Deposit Account to you after making all authorized deductions or payments.

6. **Acknowledgements.** (a) You understand that: (i) SBBT cannot guarantee the amount of your tax year 2008 federal income tax refund or the date it will be issued, and (ii) SBBT is not affiliated with the transmitter of the tax return (Intuit) and does not warrant the accuracy of the software used to prepare the tax return. (b) You agree that Intuit is not acting as your agent and is not under any fiduciary duty with respect to the processing of your refund by SBBT.

7. **Truth in Savings Disclosure.** The Deposit Account is being opened for the purpose of receiving your (both spouses if this is a jointly filed return) tax year 2008 federal tax refund. There is no cost to you for opening the Deposit Account. No other deposits may be made to the Deposit Account. No withdrawals will be allowed from the Deposit Account until all fees, charges, disbursements and payments authorized by this Agreement have been paid. No interest is payable on the deposit; thus, the annual percentage yield and interest rate are 0%. The Deposit Account will be closed after all authorized deductions have been made and any remaining balance has been disbursed to you. Questions or concerns about the Deposit Account should be directed to: SANTA BARBARA BANK & TRUST, attn: Refund Processing Department, P.O. Box 1030, Solana Beach, CA 92075, or to SBBT via the Internet at http://cisc.sbbtral.com.

8. **Direct Deposit Information.** The balance of your refund will be disbursed to you electronically by ACH Direct Deposit to your personal bank account designated below. If a joint return is filed, the bank account may be a joint account or the individual account of either spouse.

**DIRECT DEPOSIT ACCOUNT TYPE:**   [X] Checking   [ ] Savings

**RTN #:**  081000210_              **ACCOUNT #:**  7390449259 _ _ _ _ _ _ _

**Note: To insure that there are no delays in receiving your refund, please contact your financial institution to confirm that you are using the correct RTN (routing) and account number.** If you or your representative enter your personal bank account information incorrectly and your deposit is returned to SBBT, the refund balance minus $5 SBBT handling fee will be disbursed to you via an SBBT cashier's check mailed to the address on your tax return. If the direct deposit is not returned to SBBT, you will be responsible for the loss.

**9. Electronic Fund Transfers:** The Federal Electronic Fund Transfer Act provides you with certain rights and obligations regarding the funds that will be electronically deposited into and transferred from your Deposit Account with SBBT. If SBBT does not complete an electronic fund transfer to or from the Deposit Account on time or in the correct amount according to this Agreement, SBBT will be liable for your losses or damages. There are some exceptions, however. SBBT will not be liable, for instance, if: through no fault of SBBT, you do not have enough available funds in the Deposit Account to make the transfer; circumstances beyond SBBT's control (such as fire, flood, water damage, power failure, strike, labor dispute, computer breakdown, civil unrest, governmental action, acts of terrorism, telephone line disruption or a natural disaster) delay the transfer despite reasonable precautions taken by SBBT; the funds in the Deposit Account are subject to legal process or are otherwise not available for withdrawal; the information supplied by you or a third party is incorrect, incomplete, ambiguous or untimely; or, SBBT has reason to believe the transaction may not be authorized by you. If you believe that there is an error or if you have a question about your Deposit Account, you will write to Santa Barbara Bank & Trust, P.O. Box 1030, Solana Beach, California 92075, or call SBBT at 818-717-7228, or communicate with it via the Internet by logging on to http://cisc.sbbtrtal.com, and provide SBBT with your name, a description or explanation of the error, and the dollar amount of the suspected error or the transfer you are unsure about. SBBT will determine whether the error occurred within 10 business days after it hears from you and will correct any error promptly. SBBT will tell you the results within three business days after completing its investigation. If SBBT decides that there was no error, it will send you a written explanation. You may ask for copies of the documents that SBBT used in its investigation. SBBT's business days are Monday through Friday, excluding holidays.

**10. Compensation.** In addition to any fees paid directly by you to Intuit, SBBT will pay a portion of SBBT's refund processing fee to Intuit in consideration of and pursuant to their agreement relating to Intuit's provision of various programming, testing, data processing, transmission, systems maintenance, status reporting and other software, technical and communications service.

**11. Governing Law.** The enforcement and interpretation of this Agreement and the transactions contemplated herein shall be governed by the laws of the State of California applicable to contracts executed and to be performed entirely in the State of California by residents of the State of California, without regard to the conflicts of laws, and, to the extent applicable, by the laws of the United States of America, including the Electronic Signatures in Global and National Commerce Act.

**12. Santa Barbara Bank & Trust Privacy Policy.**

**Privacy Policy.** To help the government fight the funding of terrorism and money laundering, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. SBBT will obtain information from and about you in connection with the opening of the Deposit Account.

Federal law requires SBBT to provide you with this statement. In this Privacy Policy, 'Confidential Information' means non-public personally identifiable information about you. This notice applies only to individuals who are using, or have used in the past, SBBT's refund processing services. SBBT may change (add to, delete or amend) the terms of this Privacy Policy at any time, giving you such notice as may then be required by law.

**Confidential Information SBBT collects.** We collect Confidential Information from you, Intuit and the IRS in connection with your refund processing in order to identify you, set up your temporary Deposit Account, and process your refund. This may include information such as your name, address, date of birth, social security number and personal bank account information. SBBT also collects information from the IRS concerning your refund deposit.

**Information SBBT shares and with whom.** We may disclose your Confidential Information to nonaffiliated third parties as permitted by law. However, we will not use or disclose your Confidential Information that we receive from Intuit or the IRS for marketing purposes. We also may disclose Confidential Information with your consent.

**Security procedures SBBT uses to protect your Confidential Information.** Inside SBBT, your information is accessible only to employees who need the information in order to process your product request or answer your questions. SBBT has a formal Code of Ethics and train its employees on their responsibility to maintain the privacy of your Confidential Information. SBBT also maintains physical, electronic and procedural safeguards that comply with federal standards to guard your Confidential Information.

**Questions?** If you have any questions regarding this Privacy Policy, please call 800-717-7228.

**YOUR AGREEMENT**

By selecting the 'I agree' button in TurboTax: (i) You authorize SBBT to receive your 2008 federal tax refund from the IRS and to make the deductions from your refund described in the Agreement, (ii) You agree to receive all Communications electronically in accordance with the 'Consent to Conduct Business Electronically' section of the License Agreement for Tax Year 2008 TurboTax(R) Software and Services, as the term 'Communications' is defined therein, (iii) You consent to the release of your 2008 refund deposit information and application information as described in Section 2 of this Agreement, and (iv) You acknowledge that you have reviewed, and agree to be bound by, the Agreement's terms and conditions. You understand that, if you change your tax year 2008 federal tax return information in a way that affects the amount of your refund, you must review and accept the Agreement again. If this is a joint return, selecting 'I agree' indicates that both spouses agree to be bound by the terms and conditions of the Agreement.

ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING
TAXPAYER:  Daniel J Flentke
PRIMARY SSN: 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


FEDERAL RETURN SUBMITTED:    Your return was electronically transmitted on 01/29/2009
FEDERAL RETURN ACCEPTANCE DATE:
_____

Your return was electronically transmitted on 01/29/2009

The Intuit Electronic Postmark shows the date and time Intuit received
your federal tax return. The Intuit Electronic Postmark documents the
filing date of your income tax return, and the electronic postmark
information should be kept on file with your tax return and other
tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:


1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the
federal return, and is deemed the filing date if the date of the
electronic postmark is on or before the date prescribed for filing of the
federal individual income tax return.


TIMELY FILING:
For your federal return to be considered filed on time, your return must
be postmarked on or before midnight April 15, 2009. Intuit's electronic
postmark is issued in the Pacific Time (PT) zone. If you are not filing
in the PT zone, you will need to add or subtract hours from the Intuit
Electronic Postmark time to determine your local postmark time. For
example, if you are filing in the Eastern Time (ET) zone and you
electronically file your return at 9 AM on April 15, 2009, your Intuit
electronic postmark will indicate April 15, 2009, 6 AM. If your federal
tax return is rejected, the IRS still considers it filed on time if the
electronic postmark is on or before April 15, 2009, and a corrected
return is submitted and accepted before April 20, 2009. If your return is
submitted after April 20, 2009, a new time stamp is issued to reflect
that your return was submitted after the IRS deadline and, consequently,
is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be
electronically postmarked by midnight October 15, 2009. If your federal
tax return is rejected, the IRS will still consider it filed on time if
the electronic postmark is on or before October 15, 2009, and the
corrected return is submitted and accepted by October 20, 2009.


2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date
will be provided by the Intuit Electronic Filing Center. This date is
proof that the IRS accepted the electronically filed return.

Daniel J Flentke                    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

SMART WORKSHEET FOR: Form 1040: Individual Tax Return

**Tax Smart Worksheet**

**A**  Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2,805.
    Check if from:
**1**  Tax table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |X|
**2**  Tax Computation Worksheet (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |__|
**3**  Schedule D Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |__|
**4**  Qualified Dividends and Capital Gain Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . |__|
**5**  Schedule J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |__|
**6**  Form 8615 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |__|
**7**  Foreign Earned Income Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |__|
**B**  Additional tax from Form 8814 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**C**  Additional tax from Form 4972 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**D**  Tax from additional Form(s) 4972 . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**E**  Recapture tax from Form 8863 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**F**  IRC Section 197(f)(9)(B)(ii) election for an additional tax . . . . . . . . . . . . . . _____
**G**  **Tax**. Add lines A through F. Enter the result here and on line **44** . . . . . . . . . _____  2,805.

SMART WORKSHEET FOR: Schedule A: Itemized Deductions

**Qualified Mortgage Insurance Premiums Smart Worksheet**

**A**  Qualified Mortgage Insurance Premiums
**1**  **Principal Residence - Enter** the total premiums you paid in 2008 for
    qualified mortgage insurance for a contract entered into after 2006 . . . . . . . . . .  724.
**2**  Qualified mortgage insurance premiums from Schedule E Worksheet . . . . . . . . . _____
**3**  Less qualified mortgage insurance premiums deducted on Form 8829
**4**  Total qualified mortgage insurance premiums . . . . . . . . . . . . . . . . . . . . . . . .  724.
**B**  Amount from Form 1040, line 38 . . . . . . . . . . . . . . . . . . 38,593.
**C**  $100,000 ($50,000 if married filing separately) . . . . . . . . . . . 100,000.
**D**  Is the amount on Line B more than the amount on line C?
    |X| **No.**  The deduction is not limited. The amount from
             line A above goes on Schedule A, line 13.
    |__| **Yes.**  Line C subtracted from line B. If the result is not a
             multiple of $1,000 ($500 if married filing separately),
             it is increased to the next multiple of $1,000
             ($500 if married filing separately). . . . . . . . . . . . _____
**E**  line D divided by $10,000 ($5,000 if married filing separately). The result
    is a decimal. If the result is 1.0 or more then 1.0. . . . . . . . . . . . . . . . . . . . . _____
**F**  Line A multiplied by line E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**G**  Qualified mortgage insurance premiums deduction. Line F subtracted
    from line A. The result goes on Schedule A, line 13. . . . . . . . . . . . . . . . . . . . . _____

KEEP FOR YOUR RECORDS

# Electronic Filing Instructions for your 2008 Missouri Tax Return
**Important: Your taxes are not finished until all required steps are completed.**



Daniel J Flentke                           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
4631 Rosa Ave
Saint Louis, MO  63116-0000

| | |
|---|---|
| **Balance Due/ Refund** | Your Missouri state tax return (Form MO-1040) shows a refund due to you in the amount of $616.00. Your tax refund should be direct deposited into your account within 8 to 14 days after your return is accepted: Account Number: 7390449259 Routing Transit Number: 081000210. |
| **Where's My Refund?** | Before you call the Missouri Department of Revenue with questions about your refund, give them 8 to 14 days processing time from the date your return is accepted. If then you have not received your refund, or the amount is not what you expected, contact the Missouri Department of Revenue directly at 573-751-3505. |
| **No Signature Document Needed** | No signature form is required since you signed your return electronically. |
| **What You Need to Keep** | Your Electronic Filing Instructions (this form)<br>Printed copy of your state and federal returns<br>EF Acknowledgement and General Info<br>You must mail your city (Kansas City and St Louis) returns as they cannot be filed electronically |
| **2008 Missouri Tax Return Summary** | Taxable Income        $    16,877.00<br>Total Tax             $       788.00<br>Total Payments/Credits $     1,404.00<br>Amount to be Refunded  $       616.00 |

 MISSOURI DEPARTMENT OF REVENUE **2008 FORM MO-1040**
# INDIVIDUAL INCOME TAX RTN — LONG FORM

FOR CALENDAR YEAR JAN 1 - DEC 31, 2008, OR FISCAL YEAR BEGINNING
2008, ENDING

**AMENDED RETURN — CHECK HERE** ☐
**NAME AND ADDRESS**  SOFTWARE VENDOR CODE ► **030**

| SOCIAL SECURITY NUMBER | SPOUSE'S SOCIAL SECURITY NUMBER |
|---|---|
| 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 | |

| NAME (LAST) | (FIRST) | MI | JR, SR | |
|---|---|---|---|---|
| Flentke, Daniel J | | | | ☐ DECEASED IN 2008 |
| SPOUSE'S (LAST) | (FIRST) | MI | JR, SR | ☐ DECEASED IN 2008 |

| IN CARE OF NAME (ATTORNEY, EXECUTOR, PERSONAL REPRESENTATIVE, ETC) | COUNTY OF RESIDENCE | SCHOOL DIST NO. |
|---|---|---|
| | STCT | 483 |

| PRESENT ADDRESS (INCLUDE APARTMENT NUMBER OR RURAL ROUTE) | CITY, TOWN, OR POST OFFICE, STATE, AND ZIP CODE |
|---|---|
| 4631 Rosa Ave | Saint Louis    MO 63116-0000 |

You may contribute to any one or all of the trust funds on Line 45. See instructions for a description of each trust fund, as well as trust fund codes to enter on Line 45.

☐ Children's  ☐ Veterans  ☐ Elderly Home Delivered Meals  ☐ Missouri National Guard  ☐ Workers' Memorial  ☐ Childhood Lead Testing  ☐ Missouri Military Family Relief  ☐ General Revenue  ☐ After School Retreat

## PLEASE CHECK THE APPROPRIATE BOXES THAT APPLY TO YOURSELF OR YOUR SPOUSE AS OF DECEMBER 31, 2008

| AGE 62 THROUGH 64 | AGE 65 OR OLDER | BLIND | 100% DISABLED | NON-OBLIGATED SPOUSE |
|---|---|---|---|---|
| ☐ YOURSELF | ☐ YOURSELF | ☐ YOURSELF | ☐ YOURSELF | ☐ YOURSELF |
| ☐ SPOUSE | ☐ SPOUSE | ☐ SPOUSE | ☐ SPOUSE | ☐ SPOUSE |

**INCOME**

| | | | Yourself | | Spouse |
|---|---|---|---|---|---|
| 1 | Federal adjusted gross income from your 2008 federal return (See worksheet) | 1Y | 38,593.00 | 1S | .00 |
| 2 | Total additions (from Form MO-A, Part 1, Line 6) | 2Y | .00 | 2S | .00 |
| 3 | Total income — Add Lines 1 and 2 | 3Y | 38,593.00 | 3S | .00 |
| 4 | Total subtractions (from Form MO-A, Part 1, Line 18) | 4Y | 674.00 | 4S | .00 |
| 5 | Missouri adjusted gross income — Subtract Line 4 from Line 3 | 5Y | 37,919.00 | 5S | .00 |
| 6 | Total Missouri adjusted gross income — Add columns 5Y and 5S | 6 | 37,919.00 | | |
| 7 | Income percentages — Divide columns 5Y and 5S by total on Line 6. (Must equal 100%.) | 7Y | 100. % | 7S | % |

**EXEMPTIONS AND DEDUCTIONS**

| 8 | Pension and Social Security/Social Security disability exemption (from Form MO-A, Part 3) | 8 | .00 |
|---|---|---|---|

9 Mark your filing status box below and enter the appropriate exemption amount on Line 9

☒ **A** Single — $2,100 (See Box B before checking.)
☐ **B** Claimed as a dependent on another person's federal tax return — $0.00
☐ **C** Married filing joint federal and combined Missouri — $4,200
☐ **D** Married filing separate — $2,100
☐ **E** Married filing separate (spouse NOT filing — $4,200
☐ **F** Head of household — $3,500
☐ **G** Qualifying widow(er) with dependent child — $3,500

| | | 9 | 2,100.00 |
|---|---|---|---|
| 10 | Tax from federal return. (Do not enter amount from your Form W-2(s) — Do Not Enter Federal Tax Withheld.) • Federal Form 1040, Line 56 minus Lines 45 and 64a; or • Federal Form 1040A, Line 35 minus Line 40a and alternative minimum tax on Line 28; or • Federal Form 1040EZ, Line 11 minus Line 8a | 10 | 2,805.00 |
| 11 | Other tax from federal return — **Attach copy of your federal return** (pages 1 and 2) | 11 | .00 |
| 12 | Total tax from federal return — Add Lines 10 and 11 | 12 | 2,805.00 |
| 13 | **Federal tax deduction — Enter amount from Line 12 not to exceed $5,000 for individual filer; $10,000 for combined filers** | 13 | 2,805.00 |
| 14 | Missouri standard deduction OR itemized deductions. Single or Married Filing Separate — **$5,450**; Head of Household — **$8,000**; married Filing a Combined Return or Qualifying Widow(er) — **$10,900**; If you are age 65 or older, blind, claimed as a dependent, or you claimed an additional standard deduction, see your federal return or instructions. If itemizing, see Form MO-A, Part 2 | 14 | 16,137.00 |
| 15 | **Number of dependents from Federal Form 1040 OR 1040A, Line 6c (DO NOT INCLUDE YOURSELF OR SPOUSE.)** ___ x $1,200 = | 15 | .00 |
| 16 | Number of dependents on Line 15 who are 65 years of age or older and do not receive Medicaid or state funding (DO NOT INCLUDE YOURSELF OR SPOUSE.) ___ x $1,000 = | 16 | .00 |
| 17 | Long-term care insurance deduction | 17 | .00 |
| 18 | Health care sharing ministry deduction | 18 | .00 |
| 19 | Total deductions — Add Lines 8, 9, 13, 14, 15, 16, 17, and 18 | 19 | 21,042.00 |
| 20 | Subtotal — Subtract Line 19 from Line 6 | 20 | 16,877.00 |

(Line 15/16: **Do not include yourself or spouse.**)

| 21 | Multiply Line 20 by appropriate percentages (%) on Lines 7Y and 7S | 21Y | 16,877.00 | 21S | .00 |
|---|---|---|---|---|---|
| 22 | Enterprise zone or rural empowerment zone income modification | 22Y | .00 | 22S | .00 |
| 23 | Subtract Line 22 from Line 21. Enter here and on Line 24. | 23Y | 16,877.00 | 23S | .00 |

MO 860-1094 IN (09-2008)     **For Privacy Notice, see the instructions.**     MOIA0112  12/10/08

|  |  |  | Yourself | | Spouse | |
|---|---|---|---|---|---|---|
| **T A X** | 24 | Taxable income amount from Lines 23Y and 23S. . . . . . . . . . . . . . . . . | 24Y | 16,877. 00 | 24S | 00 |
| | 25 | Tax. (See tax table in the instructions.) . . . . . . . . . . . . . . . . . . . | 25Y | 788. 00 | 25S | 00 |
| | 26 | Resident credit — **Attach Form MO-CR and other states' income tax return(s). OR** . . . . . | 26Y | 00 | 26S | 00 |
| | 27 | Missouri income percentage — Enter 100% unless you are completing Form MO-NRI. **Attach Form MO-NRI and a copy of your federal return if less than 100%.** Check the box if you or your spouse is a professional entertainer or a member of a professional athletic team. ☐ YOURSELF ☐ SPOUSE | 27Y | 100.000 % | 27S | 100.000 % |
| | 28 | Balance — Subtract Line 26 from Line 25; OR Multiply Line 25 by percentage on Line 27 . . . . . . . . . . . . . . . . . . . | 28Y | 788. 00 | 28S | 0. 00 |
| | 29 | Other taxes (Check box and attach federal form indicated.) ☐ Lump sum distribution (Form 4972) ☐ Recapture of low income housing credit (Form 8611) . . . . . . . . . . | 29Y | 00 | 29S | 00 |
| | 30 | Subtotal — Add Lines 28 and 29 . . . . . . . . . . . . . . . . . . . . . | 30Y | 788. 00 | 30S | 0. 00 |
| **P A Y M E N T S / C R E D I T S** | 31 | Total tax — Add Lines 30Y and 30S . . . . . . . . . . . . . . . . . . . . | 31 | | | 788. 00 |
| | 32 | MISSOURI tax withheld — **Attach Form W-2(s) and/or Form 1099(s)** . . . . . . . . | 32 | | | 1,404. 00 |
| | 33 | 2008 Missouri estimated tax payments (include overpayment from 2007 applied to 2008). . . . . . . | 33 | | | 00 |
| | 34 | Missouri tax payments for nonresident partners or S corporation shareholders — **Attach Form MO-2NR** . . . | 34 | | | 00 |
| | 35 | Missouri tax payments for nonresident entertainers — **Attach Form MO-2ENT** . . . . . . . . . . | 35 | | | 00 |
| | 36 | Amount paid with Missouri extension of time to file (Form MO-60) . . . . . . . . . . . | 36 | | | 00 |
| | 37 | Miscellaneous tax credits (from Form MO-TC, Line 13) — **Attach Form MO-TC** . . . . . . . . | 37 | | | 00 |
| | 38 | Property tax credit — **Attach Form MO-PTS** . . . . . . . . . . . . . . . . | 38 | | | 00 |
| | 39 | Total payments and credits. Add Lines 32 through 38. . . . . . . . . . . . . . | 39 | | | 1,404. 00 |

**Skip Lines 40-42 if you are not filing an amended return.**

|  |  |  |  |  |
|---|---|---|---|---|
| **A M E N D E D** | 40 | Amount paid on original return . . . . . . . . . . . . . . . . . . . . . . | 40 | 00 |
| | 41 | Overpayment as shown (or adjusted) on original return . . . . . . . . . . . . . . . | 41 | 00 |
| **R E T U R N** | | INDICATE REASON(S) FOR AMENDING:   MM/DD/YY<br>☐ A  Federal audit. . . . . . . . . . . . . . . .  Enter date of IRS report<br>☐ B  Net operating loss carryback. . . . . . . . . . . .  Enter year of loss<br>☐ C  Investment tax credit carryback . . . . . . . . . . .  Enter year of credit<br>☐ D  Correction other than A, B, or C . . . . . .  Enter date of federal amended return, if filed | | |
| | 42 | Amended Return — total payments and credits. Add Line 40 to Line 39 or subtract Line 41 from Line 39 | 42 | 00 |

| **R E F U N D   O R   A M O U N T   D U E** | 43 | If Line 39, or if amended return, Line 42, is larger than Line 31, enter difference (amount of **OVERPAYMENT**) here . . | 43 | 616. 00 |
|---|---|---|---|---|
| | 44 | Amount of Line 43 to be applied to your 2009 estimated tax . . . . . . . . . . . . . . | 44 | 00 |
| | 45 | Enter the amount of your donation in the trust fund boxes to the right. See instructions for trust fund codes ▸ | ☐ Children's | ☐ Veterans | ☐ Elderly Home Delivered Meals | ☐ Missouri National Guard | ☐ Workers' Memorial | ☐ Childhood Lead Testing | ☐ Missouri Military Family Relief Fund | ☐ General Revenue | ☐ After School Retreat | Addl. Trust Fund Code (See Instrs) | Addl. Trust Fund Code (See Instrs) |
| | 46 | Overpayment to be refunded to you. Subtract Lines 44 and 45 from Line 43 and enter here. **Sign below** and mail return to: **Department of Revenue, P.O. Box 3222, Jefferson City, MO 65105-3222** . . . . . **REFUND** | 46 | 616. 00 |
| | 47 | If Line 31 is larger than Line 39 or Line 42, enter the difference (amount of **UNDERPAYMENT**) here . . . . . . . | 47 | 00 |
| | 48 | Underpayment of estimated tax penalty — **Attach Form MO-2210.** Enter penalty amount here . . . . . . | 48 | 00 |
| | 49 | Total amount due — Add Lines 47 and 48 and enter here. **Sign below** and mail return and payment to: **Department of Revenue, P.O. Box 3370, Jefferson City, MO 65105-3370.** Please write your social security number(s) and daytime phone number on your check or money order (U.S. funds only). Make payable to Missouri Director of Revenue . . . . . . . . . . . . . . . . . . . **AMOUNT YOU OWE** | 49 | 00 |

**If you pay by check, you authorize the Department of Revenue to process the check electronically. Any check returned unpaid may be presented again electronically.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he/she has any knowledge. As provided in Chapter 143, RSMo, a penalty of up to $500 shall be imposed on any individual who files a frivolous return. I also declare under penalties of perjury that I employ no illegal or unauthorized aliens as defined under federal law and that I am not eligible for any tax exemption, credit or abatement if I employ such aliens.

| **S I G N A T U R E** | I authorize the Director of Revenue or delegate to discuss my return and attachments with the preparer or any member of the preparer's firm . . . ☐ YES ☐ NO | E-MAIL ADDRESS | | PREPARER'S TELEPHONE |
|---|---|---|---|---|
| | SIGNATURE | DATE | PREPARER'S SIGNATURE<br>SELF-PREPARED | FEIN, SSN, OR PTIN |
| | SPOUSE'S SIG (If filing combined, BOTH must sign) | DAYTIME TELEPHONE | PREPARER'S ADDRESS AND ZIP CODE | DATE |



MISSOURI DEPARTMENT OF REVENUE
# INDIVIDUAL INCOME TAX ADJUSTMENTS

**2008**
FORM
**MO-A**

Attachment Sequence No. 1040-01

**ATTACH TO FORM MO-1040.**
**ATTACH YOUR FEDERAL RETURN. See instructions to assist you in completing this form.**

| LAST NAME, FIRST NAME AND INITIAL | SOCIAL SECURITY NUMBER |
|---|---|
| Flentke, Daniel J | 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 |
| SPOUSE'S **LAST NAME**, FIRST NAME AND INITIAL | SPOUSE'S SOCIAL SECURITY NUMBER |

## PART 1 — MISSOURI MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME (SEE INSTRUCTIONS.)

### ADDITIONS

| | | | Y – YOURSELF | S – SPOUSE |
|---|---|---|---|---|
| 1 | Interest on state and local obligations other than Missouri source (reduced by related expenses if expenses were over $500) . . . . . . . | 1 Y | 00 | 1 S | 00 |
| 2 | ☐ Partnership; ☐ Fiduciary; ☐ S corporation; ☐ Net Operating Loss (Carryback/Carryforward); ☐ Other (description) _____ . . . . . . . | 2 Y | 00 | 2 S | 00 |
| 3 | Nonqualified distribution received from a qualified 529 plan (higher education savings program) withdrawn early or not used for qualified higher education expenses . . . . . . | 3 Y | 00 | 3 S | 00 |
| 4 | Food Pantry contributions included on federal Schedule A . . . . . . . . | 4 Y | 00 | 4 S | 00 |
| 5 | Nonresident Property Tax . . . . . . . . . . . . . . . . . . . . . . . | 5 Y | 00 | 5 S | 00 |
| 6 | TOTAL ADDITIONS — Add Lines 1, 2, 3, 4, and 5. Enter here and on Form MO-1040, Line 2. . . . . . . . . . . . . . . . . . . . . . . . . . | 6 Y | 00 | 6 S | 00 |

### SUBTRACTIONS

| | | | Y – YOURSELF | S – SPOUSE |
|---|---|---|---|---|
| 7 | Interest from exempt federal obligations included in federal adjusted gross income (reduced by related expenses if expenses were over $500). **Attach a detailed list or all Federal Form 1099(s)**. . . . . . . . . . . . . . . . . . . . . | 7 Y | 00 | 7 S | 00 |
| 8 | Any state income tax refund included in federal adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . . | 8 Y | 674. 00 | 8 S | 00 |
| 9 | ☐ Partnership; ☐ Fiduciary; ☐ S corporation; ☐ Railroad retirement benefits; ☐ Net Operating Loss; ☐ Military (nonresident) ☐ Combat pay included in federal adjusted gross income; ☐ Other (description) _____ **Attach supporting documentation** . . . . . . . . . . . . . | 9 Y | 00 | 9 S | 00 |
| 10 | Exempt contributions made to a qualified 529 plan (higher education savings program) . . . . . . . . . . . . . . . | 10 Y | 00 | 10 S | 00 |
| 11 | Qualified Health Insurance Premiums . . . . . . . . . . . . . . . | 11 Y | 00 | 11 S | 00 |
| 12 | Missouri depreciation adjustment (Section 143.121, RSMo) ☐ Sold or disposed property previously taken as addition modification. . . . . . . . . . . . . . . . . . . . | 12 Y | 00 | 12 S | 00 |
| 13 | TOTAL SUBTRACTIONS — Add Lines 7, 8, 9, 10, 11 & 12. Enter here and on Form MO-1040, Line 4 . . . . . . . . . | 13 Y | 674. 00 | 13 S | 00 |

## PART 2 — MISSOURI ITEMIZED DEDUCTIONS — Complete this section only if you itemize deductions on your federal return.
Attach a copy of your Federal Form 1040 (pages 1 and 2) and federal Schedule A.

| | | | | |
|---|---|---|---|---|
| 1 | Total federal itemized deductions from Federal Form 1040, Line 40. . . . . . . . . | | 1 | 13,739. 00 |
| 2 | 2008 (FICA) — yourself — Social security . . . . . $ 3,081. + Medicare $ 721. . . . | | 2 | 3,802. 00 |
| 3 | 2008 (FICA) — spouse — Social security . . . . . $ + Medicare $ . . . | | 3 | 00 |
| 4 | 2008 Railroad retirement tax — yourself (Tier I and Tier II) . . . $ + Medicare $ . . | | 4 | 00 |
| 5 | 2008 Railroad retirement tax — spouse (Tier I and Tier II) . . . $ + Medicare $ . . | | 5 | 00 |
| 6 | 2008 Self-employment tax — Amount from federal Form 1040, Line 27. . . . . . . . | | 6 | 00 |
| 7 | TOTAL — Add Lines 1 through 6. . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | 17,541. 00 |
| 8 | State and local income taxes — **See instructions** . . . . . . . . . . . . . . . | 8 | 2,022. 00 | | |
| 9 | Earnings taxes included in Line 8 . . . . . . . . . . . . . . . . | 9 | 618. 00 | | |
| 10 | Net state income taxes — Subtract Line 9 from Line 8 or enter Line 8 from the worksheet below . . . . | | 10 | 1,404. 00 |
| 11 | MISSOURI ITEMIZED DEDUCTIONS — Subtract Line 10 from Line 7. Enter here and on Form MO-1040, Line 14 . . . . . . . | | 11 | 16,137. 00 |

**NOTE: IF LINE 11 IS LESS THAN YOUR FEDERAL STANDARD DEDUCTION, SEE INSTRUCTIONS.**

| | | | |
|---|---|---|---|
| | **Complete this worksheet only if your federal adjusted gross income from federal Form 1040, Line 37 is more than $159,950 ($79,975 if married filing separate). If your federal adjusted gross income is less than or equal to these amounts, do not complete this worksheet.** Attach a copy of your federal Itemized Deduction Worksheet (in the federal Schedule A instructions). | | |
| WORKSHEET FOR PART 2 / STATE AND LOCAL TAXES LINE 10 INCOME | 1 Enter amount from federal Itemized Deduction Worksheet, Line 3 (see the federal Schedule A instructions.) If $0 or less, enter '0'. . . . . . | 1 | 00 |
| | 2 Enter amount from federal Itemized Deduction Worksheet, Line 11 (see Federal Schedule A instructions). . . . . . . . . . | 2 | 00 |
| | 3 State and local income taxes from federal Form 1040, Schedule A, Line 5 . . . . . . | 3 | 00 |
| | 4 Earnings taxes included in federal Form 1040, Schedule A, Line 5 . . . . . . . . | 4 | 00 |
| | 5 Subtract Line 4 from Line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 00 |
| | 6 Divide Line 5 by Line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | % |
| | 7 Multiply Line 2 by Line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 00 |
| | 8 Subtract Line 7 from Line 5. Enter here and on Form MO-A, Part 2, Line 10 . . . . | 8 | 00 |

**For Privacy Notice, see instructions.**

MO 860-1881 IN (09-2008)                MOIA0612  12/10/08

**IF YOU CLAIM A PENSION OR SOCIAL SECURITY/SOCIAL SECURITY DISABILITY EXEMPTION, YOU MUST ATTACH A COPY OF YOUR FEDERAL RETURN (PAGES 1 AND 2) AND 1099-R(S), AND/OR SSA-1099(S).**

**PUBLIC PENSION CALCULATION — Public pensions are pensions received from any federal, state, or local government.**

| | | | Y — YOURSELF | S — SPOUSE |
|---|---|---|---|---|
| 1 | Enter your Missouri Adjusted Gross Income from Form MO-1040, Ln 6, less taxable social security benefits from federal Form 1040A, line 14b or federal Form 1040, Line 20b . . . | 1 | | 37,919.\|00 |
| 2 | Select the appropriate filing status and enter amount on Line 2. Married filing combined — $100,000; Single, Head of Household, Married Filing Separate, and Qualifying Widower — $85,000 . . . . . . | 2 | | 85,000.\|00 |
| 3 | Subtract Line 2 from Line 1 and enter on Line 3. If line 2 is greater than Line 1, enter $0 . | 3 | | 0.\|00 |
| 4 | Enter your total SS benefits from federal Form 1040A, Line 14a or fed Form 1040, Line 20a . | **4 Y** | \|00 | **4 S** \|00 |
| 5 | Enter your **taxable** SS benefits from federal Form 1040A, Line 14b or Fed Form 1040, Line 16b | **5 Y** | \|00 | **5 S** \|00 |
| 6 | **Non taxable social security benefits,** subtract Line 5 from Line 4 . . . | **6 Y** | \|00 | **6 S** \|00 |
| 7 | Enter **taxable** pension for each spouse from **public sources** from federal Form 1040A, Line 12b or federal Form 1040, Line 16b (public pensions and pensions from other than private sources) . . . . . . . . | **7 Y** | \|00 | **7 S** \|00 |
| 8 | Multiply Line 7 by 35% . . . . . . . . . . . . . . . . . . . . . . . | **8 Y** | \|00 | **8 S** \|00 |
| 9 | If amount on Line 8 is greater than $26,220 (maximum social security benefit), enter . . $26,220. If amount on Line 8 is less than $26,220, enter amount from Line 8 . . . . | **9 Y** | \|00 | **9 S** \|00 |
| 10 | Subtract Line 6 from Line 9. If Line 6 is greater than Line 9, enter $0 . . . . | **10 Y** | 0.\|00 | **10 S** \|00 |
| 11 | Enter pension amount from Line 7 or $6,000, whichever is less . . . . . | **11 Y** | 0.\|00 | **11 S** \|00 |
| 12 | Enter Line 10 or Line 11, whichever is greater . . . . . . . . . . . . . | **12 Y** | 0.\|00 | **12 S** \|00 |
| 13 | Add amounts on Lines 12Y and 12S . . . . . . . . . . . . . . . . | 13 | | 0.\|00 |
| 14 | **Total public pension,** subtract Line 3 from Ln 13. If Ln 3 is greater than Ln 13, enter $0 . | 14 | | 0.\|00 |

**PRIVATE PENSION CALCULATION — Private pensions are annuities, pensions, 401(K) plans, deferred compensation plans, self-employed retirement plans, and IRA's funded by a private source.**

| | | | Y — YOURSELF | S — SPOUSE |
|---|---|---|---|---|
| 1 | Enter your Missouri Adjusted Gross Income from Form MO-1040, Ln 6. . | 1 | | 37,919.\|00 |
| 2 | Enter your **taxable** SS benefits from federal Form 1040A, Ln 14b or Fed Form 1040, Ln 20b | 2 | | \|00 |
| 3 | Subtract Line 2 from Line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | | 37,919.\|00 |
| 4 | Select the appropriate filing status and enter the amount on Line 4: Married filing combined: $32,000; Single, Head of Household and Qualifying Widower: $25,000; Married Filing Separate: $16,000 . . . . . . . . . . . . . . . . . . . . | 4 | | 25,000.\|00 |
| 5 | Subtract Line 4 from Line 3. If Line 4 is greater than Line 3, enter $0 . . . . | 5 | | 12,919.\|00 |
| 6 | Enter **taxable** pension for each spouse from **private sources** from federal Form 1040A, Line 11b and 12b, or federal Form 1040, Line 15b and 16b . . . . . . . . . . . . . . . . . . . . . . . | **6 Y** | \|00 | **6 S** \|00 |
| 7 | Enter the amounts from Line 6Y and 6S or $6,000, whichever is less . . . | **7 Y** | 0.\|00 | **7 S** \|00 |
| 8 | Add Lines 7Y and 7S . . . . . . . . . . . . . . . . . . . . . . . | 8 | | 0.\|00 |
| 9 | **Total private pension,** subtract Ln 5 from Ln 8. If Ln 5 is greater than Ln 8, enter $0 . . | 9 | | 0.\|00 |

**SOCIAL SECURITY OR SOCIAL SECURITY DISABILITY CALCULATION — To be eligible for social security deduction you must be 62 years of age by December 31 and have marked the 62 and older box on page 1 of Form MO-1040. Age limit does not apply to social security disability deduction.**

| | | | Y — YOURSELF | S — SPOUSE |
|---|---|---|---|---|
| 1 | Enter your Missouri Adjusted Gross Income from Form MO-1040, Ln 6. . . | 1 | | 37,919.\|00 |
| 2 | Select the appropriate filing status and enter the amount on Line 2. Married filing combined - $100,000 Single, Head of Household, Married filing separate, and Qualifying Widower - $85,000 . . . . . . . . . . . . . . . . . . . . | 2 | | 85,000.\|00 |
| 3 | Subtract Ln 2 from Ln 1 and enter on Ln 3. If Line 2 is greater than Line 1, enter $0. . . . | 3 | | 0.\|00 |
| 4 | Enter **taxable** social security benefits for each spouse from federal Form 1040A, Line 14b or federal Form 1040, Line 20b . . . . . . . . . . | **4 Y** | \|00 | **4 S** \|00 |
| 5 | Enter **taxable** social security disability benefits for each spouse from federal Form 1040A, Line 14b or federal Form 1040, Line 20b . . . . . | **5 Y** | \|00 | **5 S** \|00 |
| 6 | Multiply Line 4 or Line 5 by 35% . . . . . . . . . . . . . . . . . . | **6 Y** | \|00 | **6 S** \|00 |
| 7 | Add Lines 6Y and 6S . . . . . . . . . . . . . . . . . . . . . . . | 7 | | \|00 |
| 8 | **Total social security/social security disability,** subtract Line 3 from Line 7. If Line 3 is greater than Line 7, enter $0 . . . . . . . . . | 8 | | 0.\|00 |

**TOTAL PENSION AND SOCIAL SECURITY/SOCIAL SECURITY DISABILITY EXEMPTION**

| | | |
|---|---|---|
| Total Pension Exemption and Social Security / Social Security Disability Exemption. Add Line 14 (Public Pension Calculation), Line 9 (Private Pension Calculation), and Line 8 (Social Security Calculation) and enter here and on Form MO-1040, Line 8 . . . . . . . . . . . . . . . | **TOTAL EXEMPTION** | 0.\|00 |

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2008** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2008, or other tax year beginning , 2008, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

**Use the IRS label. Otherwise, please print or type.**

Your first name: Daniel MI: J Last name: Flentke

Your social security number: 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

If a joint return, spouse's first name MI Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
4631 Rosa Ave

Apartment no.

City, town or post office. If you have a foreign address, see instructions.
Saint Louis State MO ZIP code 63116-0000

You **must** enter your social security number(s) above. ▲ ▲

**Presidential Election Campaign**

Checking a box below will not change your tax or refund.

▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions). . . . . . . . . . ▶ ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a. . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . . 1

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

No. of children on 6c who:
• lived with you . . .
• did not live with you due to divorce or separation (see instrs) .
Dependents on 6c not entered above .
Add numbers on lines above . ▶ 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 1

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . | 7 | 37,919.
8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . | 8a |
b Tax-exempt interest. **Do not** include on line 8a . . . . . . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . | 9a |
b Qualified dividends (see instructions) . . . . . . . | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . . . . . . | 10 | 674.
11 Alimony received. . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . | 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ . . . . | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . | 14 |
15a IRA distributions . . . . . . | 15a | b Taxable amount (see instrs) . | 15b |
16a Pensions and annuities . . . . | 16a | b Taxable amount (see instrs) . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 |
20a Social security benefits . . . . | 20a | b Taxable amount (see instrs) . . | 20b |
21 Other income . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . ▶ | 22 | 38,593.

**Adjusted Gross Income**

23 Educator expenses (see instructions) . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . . | 25 |
26 Moving expenses. Attach Form 3903. . . . . . | 26 |
27 One-half of self-employment tax. Attach Schedule SE . . . . . | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 |
29 Self-employed health insurance deduction (see instructions) . . . . . . | 29 |
30 Penalty on early withdrawal of savings . . . . . . . . | 30 |
31a Alimony paid b Recipient's SSN. . . ▶ | 31a |
32 IRA deduction (see instructions) . . . . . . . | 32 |
33 Student loan interest deduction (see instructions) . . . . . . | 33 |
34 Tuition and fees deduction. Attach Form 8917 . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903. . . . . . | 35 |
36 Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . | 36 |
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . ▶ | 37 | 38,593.

BAA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** FDIA0112 10/13/08 Form **1040** (2008)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | **38** | 38,593. |

**39a** Check if: ☐ **You** were born before January 2, 1944, ☐ Blind. **Total boxes**
      ☐ **Spouse** was born before January 2, 1944, ☐ Blind. checked ► **39a** ☐

**Standard Deduction for –**
• People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $5,450
Married filing jointly or Qualifying widow(er), $10,900
Head of household, $8,000

  **b** If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► **39b** ☐
  **c** Check if standard deduction includes real estate taxes or disaster loss (see instructions) . . . . ► **39c** ☐

| | | | |
|---|---|---|---|
| **40** | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) . . . . . . . . . . | **40** | 13,739. |
| **41** | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 24,854. |
| **42** | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d . . . . . . . . . . | **42** | 3,500. |
| **43** | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . | **43** | 21,354. |
| **44** | **Tax** (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 . . . . . . . . . . . . . . . | **44** | 2,805. |
| **45** | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . . . | **45** | |
| **46** | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **46** | 2,805. |

| | | | |
|---|---|---|---|
| 47 | Foreign tax credit. Attach Form 1116 if required . . . . . . | **47** | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . | **48** | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R . . . . | **49** | |
| 50 | Education credits. Attach Form 8863 . . . . . . . . . | **50** | |
| 51 | Retirement savings contributions credit. Attach Form 8880 . . . | **51** | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required . . . . . . . | **52** | |
| 53 | Credits from Form: **a** ☐ 8396 **b** ☐ 8839 **c** ☐ 5695 | **53** | |
| 54 | Other crs from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | **54** | |

| | | | |
|---|---|---|---|
| 55 | Add lines 47 through 54. These are your **total credits** . . . . . . . . . . . . . . . | **55** | |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- . . . . . . . . . . . ► | **56** | 2,805. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . | **57** | |
| | 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 . . . . . . . . | **58** | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . . . . | **59** | |
| | 60 | Additional taxes: **a** ☐ AEIC payments **b** ☐ Household employment taxes. Attach Schedule H . . . . | **60** | |
| | 61 | Add lines 56-60. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . ► | **61** | 2,805. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . . . | **62** | 4,563. | |
| If you have a qualifying child, attach Schedule EIC. | 63 | 2008 estimated tax payments and amount applied from 2007 return . . . . | **63** | | |
| | **64a** | **Earned income credit (EIC)** . . . . . . . . . . . . . . . . . . . | **64a** | | |
| | | **b** Nontaxable combat pay election . . ► | **64b** | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) . . . | **65** | | |
| | 66 | Additional child tax credit. Attach Form 8812 . . . . . . . . . | **66** | | |
| | 67 | Amount paid with request for extension to file (see instructions) . . . . . . | **67** | | |
| | 68 | Credits from Form: **a** ☐ 2439 **b** ☐ 4136 **c** ☐ 8801 **d** ☐ 8885 | **68** | | |
| | 69 | First-time homebuyer credit. Attach Form 5405 . . . . . . . . | **69** | | |
| | 70 | Recovery rebate credit (see worksheet) . . . . . . . . . . . | **70** | 0. | |

| | | | |
|---|---|---|---|
| 71 | Add lines 62 through 70. These are your **total payments** . . . . . . . . . . . . . . . . . . ► | **71** | 4,563. |

| | | | |
|---|---|---|---|
| **Refund** | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** . . . . . . . | **72** | 1,758. |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | **73a** | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here . . ► ☐ | **73a** | 1,758. |

  ► **b** Routing number . . . . 081000210   ► **c** Type: ☒ Checking ☐ Savings
  ► **d** Account number . . . . . 7390449259

| | | | |
|---|---|---|---|
| | 74 | Amount of line 72 you want **applied to your 2009 estimated tax** . . . . ► | **74** | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see instructions . . . . . . . . ► | **75** | |
| | 76 | Estimated tax penalty (see instructions) . . . . . . . . . . . . | **76** | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . ☐ **Yes.** Complete the following. ☒ **No** |
|---|---|

Designee's name ►      Phone no. ►      Personal identification number (PIN) ►

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ►     Date     Your occupation: Manager     Daytime phone number

Spouse's signature. If a joint return, **both** must sign. ►     Date     Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ►     Date     Check if self-employed ☐     Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ►    Self-Prepared     EIN     Phone no.

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2008**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Daniel J Flentke

Your social security number

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

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . . . . . . . . . | 1 | | | |
| | 2 | Enter amount from Form 1040, line 38 . . . | 2 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075). . . . . . . . . . . . . . . . | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . | | | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box): | | | | |
| | a | [X] Income taxes, or | | | | |
| | b | [ ] General sales taxes | | 5 | 2,022. | |
| (See instructions.) | 6 | Real estate taxes (see instructions) . . . . . . . . . . . . . . | 6 | 1,685. | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . | 7 | 22. | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . | | | 9 | 3,729. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 . . . . . . . . | 10 | 9,286. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _____ _____ _____ _____ | 11 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules . . . . . . | 12 | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) . . . . . | 13 | 724. | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) . . . . . . . . . . | 14 | | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . . . | | | 15 | 10,010. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs . . . . . | 16 | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . . | 17 | | |
| | 18 | Carryover from prior year . . . . . . . . . . . . | 18 | | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . . . . . | | | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . . | | | 20 | |
| **(See instructions.)** | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____ _____ | 21 | | |
| | 22 | Tax preparation fees . . . . . . . . . . . . . . . . . | 22 | | |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► _____ | 23 | | |
| | 24 | Add lines 21 through 23 . . . . . . . . . . . . . | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 . . . | 25 | | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . . . . | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . . . . | | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► _____ _____ | | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $159,950 (over $79,975 if married filing separately)? | | | | |
| | | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | ► | 29 | 13,739. |
| | | [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | | |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**

FDIA0301 11/10/08

Schedule A (Form 1040) 2008

# MEANS TEST

NAME: _____    DATE: _____

EMPLOYER: _____

| | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| JAN | | | | | | | | | |
| FEB | | | | | | | | | |
| MAR | | | | | | | | | |
| APRL | | | | | | | | | |
| MAY | | | | | | | | | |
| JUNE | | | | | | | | | |
| JULY | | | | | | | | | |
| AUG | | | | | | | | | |
| SEPT | | | | | | | | | |
| OCT | | | | | | | | | |
| NOV | | | | | | | | | |
| DEC | | | | | | | | | |

## CARGO SALES, INC.

Check #: 085926

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period: 10/24/10 to: 10/30/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 32.00 | 684.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 8.00 | 171.00 | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

Year-to-Date: Gross 41120.00  FWT 2833.57  SWT 955.00  OASDI 2344.84  SDI 0.00  MED 548.39  SUI 0.00

## CARGO SALES, INC.

Check #: 086004

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period: 10/24/10 to: 10/30/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.08 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | VOLEYE | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO | 350.00 |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.78 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| Net Pay | 323.22 | Gross Pay | | 350.00 | Total Tax | 26.78 | | |

Year-to-Date: Gross 41470.00  FWT 2833.57  SWT 955.00  OASDI 2366.54  SDI 0.00  MED 553.47  SUI 0.00

## CARGO SALES, INC.

Check #: 085804

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period: 10/17/10 to: 10/23/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

Year-to-Date: Gross 40265.00  FWT 2758.29  SWT 930.00  OASDI 2296.48  SDI 0.00  MED 537.08  SUI 0.00

## CARGO SALES, INC.

**Check #:** 085695

**Employee ID:** FLENTKE     **Employee Name:** DANIEL J FLENTKE     ***-**-9616

| Pay period : 10/10/10 to : 10/16/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross   39410.00   FWT   2683.01   SWT   905.00

OASDI   2248.12   SDI   0.00

MED   525.77   SUI   0.00

---

## CARGO SALES, INC.

**Check #:** 085303

**Employee ID:** FLENTKE     **Employee Name:** DANIEL J FLENTKE     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

| Pay period : 09/19/10 to : 09/25/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross   36495.00   FWT   2457.17   SWT   830.00

OASDI   2081.34   SDI   0.00

MED   486.77   SUI   0.00

---

## CARGO SALES, INC.

**Check #:** 086050

**Employee ID:** FLENTKE     **Employee Name:** DANIEL J FLENTKE     ***-**-9616

| Pay period : 10/31/10 to : 11/06/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross   42325.00   FWT   2908.85   SWT   980.00

OASDI   2414.90   SDI   0.00

MED   564.78   SUI   0.00

## CARGO SALES, INC.

**Check #:** 086610

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  ***-**-9616

| Pay period : 12/05/10 to : 12/11/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross 46950.00 FWT 3285.25 SWT 1105.00
OASDI 2678.40 SDI 0.00
MED 626.40 SUI 0.00

## CARGO SALES, INC.

**Check #:** 086507

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  ***-**-9616

| Pay period : 11/28/10 to : 12/04/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross 46095.00 FWT 3209.97 SWT 1080.00
OASDI 2630.04 SDI 0.00
MED 615.09 SUI 0.00

## CARGO SALES, INC.

**Check #:** 086455

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  ***-**-9616

| Pay period : 11/21/10 to : 11/27/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.07 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | VOLEYE | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 350.00 |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.77 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| Net Pay | 323.23 | Gross Pay | | 350.00 | Total Tax | 26.77 | | |

**Year-to-Date:** Gross 45240.00 FWT 3134.69 SWT 1055.00
OASDI 2581.68 SDI 0.00
MED 603.78 SUI 0.00

## CARGO SALES, INC.

Check #: 086381

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period : 11/21/10 to : 11/27/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 24.00 | 513.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 8.00 | 171.00 | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 8.00 | 171.00 | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

Year-to-Date: Gross 44890.00  FWT 3134.69  SWT 1055.00
OASDI 2559.98  SDI 0.00
MED 598.71  SUI 0.00

## CARGO SALES, INC.

Check #: 086263

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period : 11/14/10 to : 11/20/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

Year-to-Date: Gross 44035.00  FWT 3059.41  SWT 1030.00
OASDI 2511.62  SDI 0.00
MED 587.40  SUI 0.00

## CARGO SALES, INC.

Check #: 086230

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period : 11/07/10 to : 11/13/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

Year-to-Date: Gross 43180.00  FWT 2984.13  SWT 1005.00
OASDI 2463.26  SDI 0.00
MED 576.09  SUI 0.00

## CARGO SALES, INC.

Check #: 086050

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period : 10/31/10 to : 11/06/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

Year-to-Date: Gross  42325.00  FWT 2908.85  SWT 980.00
OASDI 2414.90  SDI 0.00
MED 564.78  SUI 0.00

## CARGO SALES, INC.

Check #: 086004

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period : 10/24/10 to : 10/30/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.08 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | VOLEYE | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 350.00 |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.78 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| Net Pay | 323.22 | Gross Pay | | 350.00 | Total Tax | 26.78 | | |

Year-to-Date: Gross  41470.00  FWT 2833.57  SWT 955.00
OASDI 2366.54  SDI 0.00
MED 553.47  SUI 0.00

## CARGO SALES, INC.

Check #: 085926

Employee ID: FLENTKE  Employee Name: DANIEL J FLENTKE  ***-**-9616

| Pay period : 10/24/10 to : 10/30/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 32.00 | 684.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 8.00 | 171.00 | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

Year-to-Date: Gross  41120.00  FWT 2833.57  SWT 955.00
OASDI 2344.84  SDI 0.00
MED 548.39  SUI 0.00

# CARGO SALES, INC.

**Check #** 085804

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    \*\*\*-\*\*-9616

| Pay period : 10/17/10 to : 10/23/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| **Net Pay** | **556.51** | **Gross Pay** | | **855.00** | **Total Tax** | **159.95** | | |

**Year-to-Date:** Gross  40265.00   FWT  2758.29   SWT  930.00
                            OASDI  2296.48   SDI  0.00
                            MED  537.08   SUI  0.00

---

# CARGO SALES, INC.

**Check #** 085695

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    \*\*\*-\*\*-9616

| Pay period : 10/10/10 to : 10/16/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| **Net Pay** | **556.51** | **Gross Pay** | | **855.00** | **Total Tax** | **159.95** | | |

**Year-to-Date:** Gross  39410.00   FWT  2683.01   SWT  905.00
                            OASDI  2248.12   SDI  0.00
                            MED  525.77   SUI  0.00

---

# CARGO SALES, INC.

**Check #** 085534

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 09/26/10 to : 10/02/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.07 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | VOLEYE | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 350.00 |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.77 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| **Net Pay** | **323.23** | **Gross Pay** | | **350.00** | **Total Tax** | **26.77** | | |

**Year-to-Date:** Gross  37700.00   FWT  2532.45   SWT  855.00
                            OASDI  2151.40   SDI  0.00
                            MED  503.15   SUI  0.00

## CARGO SALES, INC.

**Check #:** 085456

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  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

| Pay period : 09/26/10 to : 10/02/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 32.00 | 684.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 8.00 | 171.00 | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross  37350.00  FWT 2532.45  SWT 855.00
OASDI 2129.70  SDI 0.00
MED 498.08  SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 085303

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  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

| Pay period : 09/19/10 to : 09/25/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross  36495.00  FWT 2457.17  SWT 830.00
OASDI 2081.34  SDI 0.00
MED 486.77  SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 085188

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  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

| Pay period : 09/12/10 to : 09/18/10 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -159.95 | Misc | | | | | | |
| Deducts | -138.54 | Other | | | | | | |
| Net Pay | 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross  35640.00  FWT 2381.89  SWT 805.00
OASDI 2032.98  SDI 0.00
MED 475.46  SUI 0.00

## CARGO SALES, INC.

**Check #:** 085074

| Employee ID: FLENTKE | Employee Name: DANIEL J FLENTKE | 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 |
|---|---|---|

| Pay period : 09/05/10 to : 09/11/10 | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross 855.00 | Reg | 32.00 | 684.00 | FWT | 75.28 | 401K EMP | 0.00 |
| Other 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -59.60 |
| Tips 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips 0.00 | Vac | 0.00 | | SWT | 25.00 | VOLEYE | -3.94 |
| | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal 855.00 | Hol | 8.00 | 171.00 | SUI | 0.00 | | |
| | Comm | | | | | | |
| Taxes -159.95 | Misc | | | | | | |
| Deducts -138.54 | Other | | | | | | |
| Net Pay 556.51 | Gross Pay | | 855.00 | Total Tax | 159.95 | | |

**Year-to-Date:** Gross 34785.00

| FWT | 2306.61 | SWT | 780.00 |
|---|---|---|---|
| OASDI | 1984.62 | SDI | 0.00 |
| MED | 464.15 | SUI | 0.00 |

## CARGO SALES, INC.

**Check #:** 078828

| Employee ID: FLENTKE | Employee Name: DANIEL J FLENTKE | 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 |
|---|---|---|

| Pay period : 08/23/09 to : 08/29/09 | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross 855.00 | Reg | 40.00 | 855.00 | FWT | 59.81 | 401K EMP | -94.05 |
| Other 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -54.35 |
| Tips 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips 0.00 | Vac | 0.00 | | SWT | 21.00 | VOLEYE | -3.94 |
| | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | Comm | | | | | | |
| Taxes -140.48 | Misc | | | | | | |
| Deducts -227.34 | Other | | | | | | |
| Net Pay 487.18 | Gross Pay | | 855.00 | Total Tax | 140.48 | | |

**Year-to-Date:** Gross 34371.88

| FWT | 2466.49 | SWT | 821.00 |
|---|---|---|---|
| OASDI | 1986.91 | SDI | 0.00 |
| MED | 464.68 | SUI | 0.00 |

## CARGO SALES, INC.

**Check #:** 078914

| Employee ID: FLENTKE | Employee Name: DANIEL J FLENTKE | 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 |
|---|---|---|

| Pay period : 08/23/09 to : 08/29/09 | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips 0.00 | OT2 | 0.00 | | MED | 5.07 | 401KLOAN | 0.00 |
| Cash Tips 0.00 | Vac | 0.00 | | SWT | 0.00 | VOLEYE | 0.00 |
| | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 350.00 |
| Subtotal 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | Comm | | | | | | |
| Taxes -26.77 | Misc | | | | | | |
| Deducts 0.00 | Other | | 350.00 | | | | |
| Net Pay 323.23 | Gross Pay | | 350.00 | Total Tax | 26.77 | | |

**Year-to-Date:** Gross 34721.88

| FWT | 2466.49 | SWT | 821.00 |
|---|---|---|---|
| OASDI | 2008.61 | SDI | 0.00 |
| MED | 469.75 | SUI | 0.00 |

## CARGO SALES, INC.

**Check #:** 078723

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 08/16/09 to 08/22/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 59.81 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -54.35 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 21.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -140.48 | Misc | | | | | | |
| Deducts | -227.34 | Other | | | | | | |
| **Net Pay** | **487.18** | **Gross Pay** | | **855.00** | **Total Tax** | **140.48** | | |

**Year-to-Date:** Gross 33516.88   FWT 2406.68   SWT 800.00
OASDI 1938.55   SDI 0.00
MED 453.37   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 078616

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 08/09/09 to 08/15/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 32.00 | 684.00 | FWT | 59.81 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -54.35 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 21.00 | VOLEYE | -3.94 |
| | | Sick | 8.00 | 171.00 | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -140.48 | Misc | | | | | | |
| Deducts | -227.34 | Other | | | | | | |
| **Net Pay** | **487.18** | **Gross Pay** | | **855.00** | **Total Tax** | **140.48** | | |

**Year-to-Date:** Gross 32661.88   FWT 2346.87   SWT 779.00
OASDI 1890.19   SDI 0.00
MED 442.06   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 078517

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 08/02/09 to 08/08/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 59.81 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -54.35 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 21.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -140.48 | Misc | | | | | | |
| Deducts | -227.34 | Other | | | | | | |
| **Net Pay** | **487.18** | **Gross Pay** | | **855.00** | **Total Tax** | **140.48** | | |

**Year-to-Date:** Gross 31806.88   FWT 2287.06   SWT 758.00
OASDI 1841.83   SDI 0.00
MED 430.75   SUI 0.00

## CARGO SALES, INC.

**Check #:** 078398

**Employee ID:** FLENTKE   **Employee Name:** DANIEL J FLENTKE   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

**Pay period : 07/26/09 to : 08/01/09**

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 59.81 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -54.35 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 21.00 | VOLEYE | -3.94 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 0.00 |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -140.48 | Misc | | | | | | |
| Deducts | -227.34 | Other | | | | | | |
| **Net Pay** | **487.18** | **Gross Pay** | | **855.00** | **Total Tax** | **140.48** | | |

**Year-to-Date:** Gross 30601.88   FWT 2227.25   SWT 737.00
OASDI 1771.77   SDI 0.00
MED 414.36   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 078470

**Employee ID:** FLENTKE   **Employee Name:** DANIEL J FLENTKE   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

**Pay period : 07/26/09 to : 08/01/09**

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.08 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | VOLEYE | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | CARALLO' | 350.00 |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.78 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| **Net Pay** | **323.22** | **Gross Pay** | | **350.00** | **Total Tax** | **26.78** | | |

**Year-to-Date:** Gross 30951.88   FWT 2227.25   SWT 737.00
OASDI 1793.47   SDI 0.00
MED 419.44   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 078295

**Employee ID:** FLENTKE   **Employee Name:** DANIEL J FLENTKE   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

**Pay period : 07/19/09 to : 07/25/09**

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 60.91 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 21.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -141.58 | Misc | | | | | | |
| Deducts | -220.02 | Other | | | | | | |
| **Net Pay** | **493.40** | **Gross Pay** | | **855.00** | **Total Tax** | **141.58** | | |

**Year-to-Date:** Gross 29746.88   FWT 2167.44   SWT 716.00
OASDI 1723.41   SDI 0.00
MED 403.05   SUI 0.00

## CARGO SALES, INC.

**Check #:** 078193

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 07/12/09 to : 07/18/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 60.91 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 21.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -141.58 | Misc | | | | | | |
| Deducts | -220.02 | Other | | | | | | |
| Net Pay | 493.40 | Gross Pay | | 855.00 | Total Tax | 141.58 | | |

**Year-to-Date:** Gross 28891.88    FWT 2106.53    SWT 695.00    OASDI 1675.05    SDI 0.00    MED 391.74    SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 078092

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 07/05/09 to : 07/11/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 60.91 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 21.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -141.58 | Misc | | | | | | |
| Deducts | -220.02 | Other | | | | | | |
| Net Pay | 493.40 | Gross Pay | | 855.00 | Total Tax | 141.58 | | |

**Year-to-Date:** Gross 28036.88    FWT 2045.62    SWT 674.00    OASDI 1626.69    SDI 0.00    MED 380.43    SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 076632

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 03/29/09 to : 04/04/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 72.16 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 53.01 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.39 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -162.56 | Misc | | | | | | |
| Deducts | -145.02 | Other | | | | | | |
| Net Pay | 547.42 | Gross Pay | | 855.00 | Total Tax | 162.56 | | |

**Year-to-Date:** Gross 15016.88    FWT 1170.38    SWT 372.00    OASDI 875.25    SDI 0.00    MED 204.69    SUI 0.00

## CARGO SALES, INC.

**Check #:** 076520

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 03/22/09 to : 03/28/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 72.16 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 53.01 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.40 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 25.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -162.57 | Misc | | | | | | |
| Deducts | -145.02 | Other | | | | | | |
| **Net Pay** | **547.41** | **Gross Pay** | | **855.00** | **Total Tax** | **162.57** | | |

**Year-to-Date:** Gross 13811.88  FWT 1098.22  SWT 347.00
OASDI 800.54  SDI 0.00
MED 187.22  SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 076591

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 03/22/09 to : 03/28/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.08 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | CARALLO' | 350.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.78 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| **Net Pay** | **323.22** | **Gross Pay** | | **350.00** | **Total Tax** | **26.78** | | |

**Year-to-Date:** Gross 14161.88  FWT 1098.22  SWT 347.00
OASDI 822.24  SDI 0.00
MED 192.30  SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 076422

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 03/15/09 to : 03/21/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 81.40 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 53.01 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.39 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -172.80 | Misc | | | | | | |
| Deducts | -145.02 | Other | | | | | | |
| **Net Pay** | **537.18** | **Gross Pay** | | **855.00** | **Total Tax** | **172.80** | | |

**Year-to-Date:** Gross 12956.88  FWT 1026.06  SWT 322.00
OASDI 747.53  SDI 0.00
MED 174.82  SUI 0.00

## CARGO SALES, INC.

**Check #:** 076323

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 03/08/09 to 03/14/09 | | Earnings Type | Hours | Dollars | Taxes Type | Dollars | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| Gross | 855.00 | Reg | 32.00 | 684.00 | FWT | 70.15 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 22.00 | CARALLO' | 0.00 |
| | | Sick | 8.00 | 171.00 | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -151.82 | Misc | | | | | | |
| Deducts | -220.02 | Other | | | | | | |
| Net Pay | 483.16 | Gross Pay | | 855.00 | Total Tax | 151.82 | | |

**Year-to-Date:** Gross 12070.00   FWT 944.66   SWT 296.00   OASDI 692.54   SDI 0.00   MED 161.97   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 076398

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 03/08/09 to 03/14/09 | | Earnings Type | Hours | Dollars | Taxes Type | Dollars | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| Gross | 31.88 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 1.98 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.46 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 31.88 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -2.44 | Misc | | 31.88 | | | | |
| Deducts | 0.00 | Other | | | | | | |
| Net Pay | 29.44 | Gross Pay | | 31.88 | Total Tax | 2.44 | | |

**Year-to-Date:** Gross 12101.88   FWT 944.66   SWT 296.00   OASDI 694.52   SDI 0.00   MED 162.43   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 076229

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 03/01/09 to 03/07/09 | | Earnings Type | Hours | Dollars | Taxes Type | Dollars | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 70.15 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 22.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -151.82 | Misc | | | | | | |
| Deducts | -220.02 | Other | | | | | | |
| Net Pay | 483.16 | Gross Pay | | 855.00 | Total Tax | 151.82 | | |

**Year-to-Date:** Gross 11215.00   FWT 874.51   SWT 274.00   OASDI 644.18   SDI 0.00   MED 150.66   SUI 0.00

## CARGO SALES, INC.

**Check #:** 076190

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 02/22/09 to : 02/28/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.08 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | CARALLO | 350.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.78 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| Net Pay | 323.22 | Gross Pay | | 350.00 | Total Tax | 26.78 | | |

**Year-to-Date:**  Gross  10360.00   FWT 804.36   SWT 252.00
OASDI 595.82   SDI 0.00
MED 139.35   SUI 0.00

## CARGO SALES, INC.

**Check #:** 076119

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 02/22/09 to : 02/28/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 70.15 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 22.00 | CARALLO | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -151.82 | Misc | | | | | | |
| Deducts | -220.02 | Other | | | | | | |
| Net Pay | 483.16 | Gross Pay | | 855.00 | Total Tax | 151.82 | | |

**Year-to-Date:**  Gross  10010.00   FWT 804.36   SWT 252.00
OASDI 574.12   SDI 0.00
MED 134.27   SUI 0.00

## CARGO SALES, INC.

**Check #:** 076012

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 02/15/09 to : 02/21/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 855.00 | Reg | 40.00 | 855.00 | FWT | 70.15 | 401K EMP | -94.05 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 48.36 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 11.31 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 22.00 | CARALLO | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 855.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -151.82 | Misc | | | | | | |
| Deducts | -220.02 | Other | | | | | | |
| Net Pay | 483.16 | Gross Pay | | 855.00 | Total Tax | 151.82 | | |

**Year-to-Date:**  Gross  9155.00   FWT 734.21   SWT 230.00
OASDI 525.76   SDI 0.00
MED 122.96   SUI 0.00

## CARGO SALES, INC.

**Check #:** 075912

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  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

| Pay period : 02/08/09 to : 02/14/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 950.00 | Reg | 40.00 | 950.00 | FWT | 82.83 | 401K EMP | -104.50 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 54.25 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.69 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 950.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -175.77 | Misc | | | | | | |
| Deducts | -230.47 | Other | | | | | | |
| Net Pay | 543.76 | Gross Pay | | 950.00 | Total Tax | 175.77 | | |

**Year-to-Date:**  Gross  8300.00

| | FWT | 664.06 | SWT | 208.00 |
|---|---|---|---|---|
| | OASDI | 477.40 | SDI | 0.00 |
| | MED | 111.65 | SUI | 0.00 |

## CARGO SALES, INC.

**Check #:** 075805

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  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

| Pay period : 02/01/09 to : 02/07/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 950.00 | Reg | 40.00 | 950.00 | FWT | 82.83 | 401K EMP | -104.50 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 54.25 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.68 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 950.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -175.76 | Misc | | | | | | |
| Deducts | -230.47 | Other | | | | | | |
| Net Pay | 543.77 | Gross Pay | | 950.00 | Total Tax | 175.76 | | |

**Year-to-Date:**  Gross  7350.00

| | FWT | 581.23 | SWT | 182.00 |
|---|---|---|---|---|
| | OASDI | 423.15 | SDI | 0.00 |
| | MED | 98.96 | SUI | 0.00 |

## CARGO SALES, INC.

**Check #:** 075682

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE  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

| Pay period : 01/25/09 to : 01/31/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 950.00 | Reg | 32.00 | 760.00 | FWT | 82.83 | 401K EMP | -104.50 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 54.25 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.69 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 8.00 | 190.00 | SDI | 0.00 | | |
| Subtotal | 950.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -175.77 | Misc | | | | | | |
| Deducts | -230.47 | Other | | | | | | |
| Net Pay | 543.76 | Gross Pay | | 950.00 | Total Tax | 175.77 | | |

**Year-to-Date:**  Gross  6050.00

| | FWT | 498.40 | SWT | 156.00 |
|---|---|---|---|---|
| | OASDI | 347.20 | SDI | 0.00 |
| | MED | 81.20 | SUI | 0.00 |

## CARGO SALES, INC.

**Check #:** 075765

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 01/25/09 to : 01/31/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 350.00 | Reg | 0.00 | 0.00 | FWT | 0.00 | 401K EMP | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 21.70 | GROUP | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 5.08 | 401KLOAN | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 | CARALLO' | 350.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 350.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -26.78 | Misc | | | | | | |
| Deducts | 0.00 | Other | | 350.00 | | | | |
| Net Pay | 323.22 | Gross Pay | | 350.00 | Total Tax | 26.78 | | |

**Year-to-Date:** Gross 6400.00   FWT 498.40   SWT 156.00   OASDI 368.90   SDI 0.00   MED 86.28   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 075583

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 01/18/09 to : 01/24/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 950.00 | Reg | 40.00 | 950.00 | FWT | 82.83 | 401K EMP | -104.50 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 54.25 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.68 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 950.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -175.76 | Misc | | | | | | |
| Deducts | -230.47 | Other | | | | | | |
| Net Pay | 543.77 | Gross Pay | | 950.00 | Total Tax | 175.76 | | |

**Year-to-Date:** Gross 5100.00   FWT 415.57   SWT 130.00   OASDI 292.95   SDI 0.00   MED 68.51   SUI 0.00

---

## CARGO SALES, INC.

**Check #:** 075484

**Employee ID:** FLENTKE    **Employee Name:** DANIEL J FLENTKE    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

| Pay period : 01/11/09 to : 01/17/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 950.00 | Reg | 32.00 | 760.00 | FWT | 82.83 | 401K EMP | -104.50 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 54.25 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.69 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 8.00 | 190.00 | SDI | 0.00 | | |
| Subtotal | 950.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -175.77 | Misc | | | | | | |
| Deducts | -230.47 | Other | | | | | | |
| Net Pay | 543.76 | Gross Pay | | 950.00 | Total Tax | 175.77 | | |

**Year-to-Date:** Gross 4150.00   FWT 332.74   SWT 104.00   OASDI 238.70   SDI 0.00   MED 55.83   SUI 0.00

## CARGO SALES, INC.

**Check #:** 075382

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE   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

| Pay period : 01/04/09 to : 01/10/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 950.00 | Reg | 40.00 | 950.00 | FWT | 82.83 | 401K EMP | -104.50 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 54.25 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.69 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 950.00 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -175.77 | Misc | | | | | | |
| Deducts | -230.47 | Other | | | | | | |
| **Net Pay** | **543.76** | **Gross Pay** | | **950.00** | **Total Tax** | **175.77** | | |

**Year-to-Date:** Gross  3200.00

| | FWT | 249.91 | SWT | 78.00 |
|---|---|---|---|---|
| | OASDI | 184.45 | SDI | 0.00 |
| | MED | 43.14 | SUI | 0.00 |

## CARGO SALES, INC.

**Check #:** 075275

**Employee ID:** FLENTKE  **Employee Name:** DANIEL J FLENTKE   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

| Pay period : 12/28/08 to : 01/03/09 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 950.00 | Reg | 16.00 | 380.00 | FWT | 82.83 | 401K EMP | -104.50 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 54.25 | GROUP | -50.97 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 12.69 | 401KLOAN | -75.00 |
| Cash Tips | 0.00 | Vac | 16.00 | 380.00 | SWT | 26.00 | CARALLO' | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 950.00 | Hol | 8.00 | 190.00 | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -175.77 | Misc | | | | | | |
| Deducts | -230.47 | Other | | | | | | |
| **Net Pay** | **543.76** | **Gross Pay** | | **950.00** | **Total Tax** | **175.77** | | |

**Year-to-Date:** Gross  2250.00

| | FWT | 167.08 | SWT | 52.00 |
|---|---|---|---|---|
| | OASDI | 130.20 | SDI | 0.00 |
| | MED | 30.45 | SUI | 0.00 |

Certificate Number: 02910-MOE-CC-013375301



02910-MOE-CC-013375301

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 22, 2010</u>, at <u>1:56</u> o'clock <u>PM EST</u>, <u>Daniel Flentke</u> received from <u>InCharge Education Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Missouri</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 22, 2010</u>          By:     <u>/s/Matthew Chambers</u>

Name: <u>Matthew Chambers</u>

Title:   <u>Certified Bankruptcy Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Daniel Joseph Flentke
**Case type:** bk **Chapter:** 7 **Vol:** v **Judge:** Barry S. Schermer
**Date filed:** 05/02/1989
**Date terminated:** 09/19/1989

## Query

Alias
Associated Cases
Attorney
Case Summary
Creditor
Deadline/Schedule
Docket Report ...
Filers
History/Documents
Notice of Bankruptcy Case Filing
Party
Related Transactions
Status

Trustee
Claims Register
Creditor Mailing Matrix

$4:89-bk-41771$

# GOLDBERG LAW FIRM, LLC.
## 6901 Grabois Avenue, St. Louis, MO 63116

Licensed in:
Washington, D.C.
Missouri & Illinois

Phone: 314-771-1900
Fax:    314-771-1903

December 22, 2010

InCharge Education Foundation
PO Box   863906
Orlando, FL 32886

Re:    Daniel Flentke
       Pre-filing Counseling
       Debtor ID.: 868826

Dear Counselors:

Enclosed please find a draft in the amount of $30.00 for our client, Daniel

Flentke, for his pre-filing bankruptcy class. Thank you for your time and consideration in

this matter.

GOLDBERG LAW FIRM, LLC
Sincerely,

Dee-Dee Anthony
Paralegal for Nathan H. Goldberg
Attorney at Law

---

WESTERN UNION | MONEY ORDER

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado
Englewood, Colorado

QuikTrip.
(ISSUING AGENT)

A 512997 D 122210
T 1155 01
141961873640 L 000668

14-196187364

$ 30.00

PAY EXACTLY    THIRTY DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    Incharge Education          868826        ACCT. #

4631 Rosa Ave   PURCHASER'S ADDRESS  STL MO  63116       Daniel Flentke
                                                       PURCHASER'S SIGNATURE

⑆102100400⑆ 4014196187364⑆

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

AGT 512997 LOC 000668 DT 122210 $30.00 30DOLLARS AND NO CENTS

Payable to  Incharge Education

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.**

PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660

★ 1 4 1 9 6 1 8 7 3 6 4 ★

**D and L Management Services, Inc.**
**P.O.Box 283**
**DeSoto, Mo. 63020**
**(636)586-8226  (866)586-8226  Fax (636)586-8274**

Daniel Flentke
4631 Rosa Ave.
St. Louis, MO. 63116

July 20th, 2009

**Southwest Oral Surgery**
Account # 14787
Balance Due: $ 58.85

Dear Sir or Madam,

       According to our records, we have contacted you previously to get the above mentioned account resolved. We still have not received payment in full or satisfactory arrangements to pay the account.

Our client has now authorized us to report the account to the credit bureau. Please be advised that unless you contact this office immediately with satisfactory arrangements to pay the total due, we may begin the process to report the account to the credit bureau.

It is your option as to whether this action is taken. We are willing to work with you to get this resolved, however, we must have your cooperation. Please contact our office immediately, so arrangements can be made to pay the account.

**Make all checks and money orders payable to D and L Management Services, Inc., and include your account # before mailing to the above listed address.**

Sincerely,

David Jones
Account Manager

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

726 Exchange Street, Suite 700
Buffalo, New York 14210



**CAPITAL MANAGEMENT SERVICES, LP**
726 Exchange Street - Suite 700, Buffalo, NY 14210
Office Hours: M-Th 8 a.m. - 11 p.m. ET
Fri 8 a.m. - 10 p.m., Sat 8 a.m. - 4 p.m. ET
Toll Free: 1-800-355-3293, Fax: (716) 852-1620

Reference# 065015349

T23 P1******AUTO**MIXED AADC 140

Daniel J Flentke
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

Previous Creditor: JUNIPER
Current Creditor: Barclaycard US
Account #: 694616
AMOUNT ENCLOSED: _____
Balance: $1277.71

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

December 03, 2010

Dear Daniel J Flentke:

This company has been engaged by Barclaycard US to resolve your delinquent debt of $1277.71. Please submit your payment and make your check or money order payable to Capital Management Services, LP. to the above address.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different than the current creditor.

Our representatives are trained to offer assistance regarding this obligation. For payment arrangements or account inquiries, you may contact Capital Management Services, LP. at 726 Exchange Street, Suite 700, Buffalo, NY 14210 or call 1-800-355-3293 Mon. through Thurs. 8 am to 11 pm ET, Fri. 8 am to 10 pm ET, Sat. 8 am to 4 pm ET. You may also make payments online at: www.cms-trans.com.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

6313/G6                                                          Capman-90930.let    481240 * 01-Barclaycard US-004501-MO * 4432

PO BOX 15630
DEPT 02
WILMINGTON, DE 19850



Calls to or from this company may be monitored
or recorded for quality assurance.

# NCO FINANCIAL SYSTEMS, INC.

507 Prudential Road, Horsham, PA 19044

888-899-4780
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Nov 5, 2010

9381-263



EIA652
DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

| Creditor | Creditor's Acct # | Regarding | CurBalDue |
|---|---|---|---|
| BARCLAYS BANK DELAWARE | XXXXXXXXXXXX5240 | JUNIPER | 1277.71 |

The account(s) remain(s) unpaid. Please send payment to the address below.

To assure proper credit, please enclose the bottom portion of this letter, or a copy thereof, with your payment and/or correspondence.

You may also make payment by visiting us online at **www.ncofinancial.com**. Your unique registration code is CEIA6520-29FBIF. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

---

| Our Account # | Current Balance Due |
|---|---|
| EIA652 | $ 1277.71 |

DANIEL J FLENTKE

Payment Amount 

$

Check here if your address or phone number has
changed and provide the new information below.

Mail Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15372
WILMINGTON, DE 19850-5372

NCOP E
263

010200EIA6526000000320000000001277710



## Customer News

### IMPORTANT ACCOUNT INFORMATION

Your account remains past due and may be reported as past due to the credit bureaus. Please send at least the minimum payment due immediately. If you are experiencing financial difficulty and need to make a payment arrangement please call 1-888-232-0780.

### IMPORTANT ACCOUNT INFORMATION

Your account balance is nearing your Credit Line. As a result, Late Fees or Finance Charges could push your balance over the line. To avoid Overlimit fees, please be sure you stay below your line.

## MasterCard® Statement

Page 1 of 2

Primary Account Number Ending in: 5240
Statement Closing Date: October 05, 2009

www.juniper.com

### Account Summary

| Payment Due Date | October 30, 2009 | Previous Balance | | $742.53 |
|---|---|---|---|---|
| Minimum Payment Due | $76.41 | Payments | - | $0.00 |
| Credit Line | $850.00 | Credits | - | $0.00 |
| Credit Available | $49.09 | Purchases | + | $0.00 |
| Over Credit Line Amount | $0.00 | Balance Transfers/Checks | + | $0.00 |
| Cash Credit Line | $170.00 | Cash Advances | + | $0.00 |
| Cash Credit Available | $0.00 | Service Charges | + | $39.00 |
| Past Due Amount | $49.03 | Finance Charges | + | $19.38 |
| | | Current Balance | = | $800.91 |

### Transaction Activity for DANIEL J FLENTKE - card ending in 5240

**SERVICE CHARGES**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| 09/29 | 09/29 | LATE PAYMENT | $39.00 |

### Periodic Rate Finance Charge Summary

| | Average Daily Balance | Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE (APR) | Periodic Rate FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $760.58 | 0.0822% | 29.99% | $19.38 |
| Balance Transfers/Checks | $0.00 | 0.0822% | 29.99% | $0.00 |
| Cash Advance | $0.00 | 0.0822% | 29.99% | $0.00 |

| Effective ANNUAL PERCENTAGE RATE: | 29.99% |
|---|---|

The effective APR represents your total finance charges - including transaction fees such as cash advances and balance transfer fees expressed as a percentage. Daily Periodic Rate(s) and corresponding ANNUAL PERCENTAGE RATE(S) may vary. Please read the Important Information section of this statement.

Detach here. Please make checks payable to Card Services and send this payment coupon in the enclosed envelope. Please allow 7 days for the U.S. Postal Service to deliver your payment

## Payment Coupon

Make payments online at **www.juniper.com**

Check for address change. Complete form on the back.

| Amount Enclosed: | $ |
|---|---|

| Account Number | 5140-2180-0916-5240 |
|---|---|
| Minimum Payment Due | $76.41 |
| Current Balance | $800.91 |
| **Payment Due Date** | **October 30, 2009** |



Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

1026027 01 AT 0.357 **AUTO T0 1 3116 63116-123531 12 A1D0010201-P26053

 DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235



LTD Financial Services, L.P.
7322 Southwest Freeway, Suite 1600
Houston, Texas 77074
Phone: 713/773-3100
Fax: 713/414-2126

NOVEMBER 03, 2010

| CREDITOR: THE HOME DEPOT |
| CITIBANK (SOUTH DAKOTA) NA |
| ACCOUNT #: CHA 6035320297449538 |

REF NO: 013715634
BALANCE: $728.67

DANIEL J FLENTKE

4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

******************** SETTLEMENT IN FULL OFFER ********************

This letter is from LTD Financial Services L.P., a debt collection
company. This is an attempt to collect a debt and any information
obtained will be used for that purpose. Acceptance of this offer
will completely absolve you of this debt with the above named
creditor. You will owe **no more money** on this account.

If the discharged amount of your settlement is $600.00 or more
after the final payment of your settlement is received, the above
named creditor may be required to notify the IRS of that amount.
You will receive a copy of the 1099C form that will be filed with
the IRS. You should consult independent tax counsel of your own
choosing if you desire advice about any tax consequences that may
result from this settlement.

| PAYMENT PLAN 1 | PAYMENT PLAN 2 | PAYMENT PLAN 3 |
|---|---|---|
| Make 1 payment of $327.90 due 11/29/2010. | Make 3 payments of $133.59 with the first payment due 11/29/2010. Successive payments are due the 28th of each month. | Make 12 payments of $36.44 with the first payment due 11/29/2010. Successive payments are due the 28th of each month. |
| YOU SAVE: | YOU SAVE: | YOU SAVE: |

HOUSTON, TX, 77263-0788
P.O. BOX 630788
LTD FINANCIAL SERVICES, L.P.



# Account Statement

Send Notice of Billing Errors and
Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO BOX 653000, DALLAS TX 75265-3000

**Customer Service:**
**myhomedepotaccount.com**
**or 1-866-458-7683**
**Account: 6035 3202 9744 9538**

Mailed payments must be
received by 5:00 p.m.
Eastern Time on
FEBRUARY 09, 2010

| Closing Date | Next Closing Date | Credit Line | Credit Available | Payment Due Date | Minimum Payment Due |
|---|---|---|---|---|---|
| JANUARY 12, 2010 | FEBRUARY 09, 2010 | $0.00 | $0.00 | FEBRUARY 09, 2010 | $195.00 |

| | Opening Balance | Payments & Credits | Purchases/Other Charges | FINANCE CHARGES | New Balance |
|---|---|---|---|---|---|
| Revolving Balance† | $550.80 | $0.00 | $35.00 | $9.12 | $594.92 |
| Promotion Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Balance | $550.80 | $0.00 | $35.00 | $9.12 | $594.92 |

† Revolving Balance includes non-promotional transactions plus Promotions that have expired.

## CURRENT ACTIVITY

| Transaction Date | Location/Transactions | Amount |
|---|---|---|

We may be able to temporarily reduce your monthly payment and finance charge. Our Account Resolution Specialists are available to provide assistance. Please contact us at 1-866-752-0874, visit us online at myhomedepotaccount.com, or go to your local The Home Depot store.

Your late fee was based on an account balance of $550.80, which was your account balance on the late fee transaction date.

SEE BACK OF STATEMENT FOR INFORMATION ON GRACE PERIOD AND PROMOTIONAL OFFERS.

| | | | |
|---|---|---|---|
| 01/07 | LATE FEE | $ | 35.00 |
| 01/12 | *BILLED FINANCE CHARGES* | $ | 9.12 |

**ANNUAL PERCENTAGE RATE** on the account: 17.99%**

** The "ANNUAL PERCENTAGE RATE on the account" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| FINANCE CHARGE SUMMARY | Balance Subject to Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | Days in Billing Period | Periodic FINANCE CHARGES | Other FINANCE CHARGES |
|---|---|---|---|---|---|---|
| **Current Billing Period** | | | | | | |
| REGULAR REVOLVE CREDIT PLAN | $561.53 | 0.04928%(M) | 17.99% | 33 | $9.12 | - |



**Your tax refund can help make it happen.**

Many customers have resolved overdue amounts by using their tax refund money. It's simple and convenient. If you're not expecting a refund, we may have payment options available.

**Call 1-866-518-6159 today! We have payment options and plans that you may not be aware of. So it's important for you to call today.**

**This Account Issued by Citibank (South Dakota), N.A.**

Page 1 of 2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ⬆ Please detach here. - - - - - - - - - - -



| Your Account Number | New Balance | Payment Due Date | Amount Past Due | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 6035 3202 9744 9538 | $594.92 | FEBRUARY 09, 2010 | $144.00 | $195.00 | $ |

**Make Checks Payable to:**
HOME DEPOT CREDIT SERVICES

**Starting February 22, 2010, minimum monthly payments are required on new promotional purchases.**

60353202974495380059492001000000019500105

KBAVHD1 1 1/12/10 32939 A

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

HOME DEPOT CREDIT SERVICES
PO BOX 182676
COLUMBUS, OH 43218-2676

Print address changes above in blue or black ink.



1684 Woodlands Dr. Ste 150
Maumee OH 43537

⬆ Please send all correspondence to the above address

Telephone: 888-419-2387
December 15, 2010

Name : DANIEL J FLENTKE
Account Number : 19239246     PIN : T92468
Client Reference Number : 607345775
Client :  CREDIT FIRST NA CT     1148.44

You have not resolved this seriously past due account.  Do you intend to pay this bill?

This bill is not going to go away.  Send payment in full to avoid further steps to enforce collection.  If you wish to discuss this account you may contact us at the telephone number listed above.

By sending us a check or giving us your checking account information for payment, you authorize AllianceOne to collect funds electronically for the agreed dates and amounts, in which case your check may not be returned to you. We can also arrange for a direct debit from your checking account.

As of the date of this letter, you owe $1148.44.  Your account balance may be periodically increased due to the addition of accrued interest or other charges if so provided in your agreement with your original creditor.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

✂ Detach Bottom Portion And Return With Payment ✂

PO BOX 510987
LIVONIA MI 48151-6987
RETURN SERVICE REQUESTED



⬆ Mail return address only; send no letters

To contact us regarding your account, call.
888-419-2387

AllianceOne
Receivables Management, Inc

| Regarding |  |  |
| --- | --- | --- |
| CREDIT FIRST NA CT | 1148.44 | |
| Client Reference Number | Balance | Amount Enclosed |
| 607345775 | **$1148.44** | $          . |

⬇ Please make check or money order payable to:

S-ONAMFC10 L-3007 A-19239246 O-TO2
P1BYMU00213742 I13752

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 3102
SOUTHEASTERN PA 19398-3102

T02 000000607345775 19239246 5 00000000 0000114844 0000000000 4



**CreditFirst**
NATIONAL ASSOCIATION

BK-16 / Credit Operations
PO Box 81410
Cleveland, Ohio 44181-0410

November 10, 2009

003273
DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

Balance Due: $1,042.46
Minimum Due: $260.00
Due Date: 11/20/09

Reference: FIRESTONE COMPLETE AUTO CARE ACCOUNT #607345775

Dear Accountholder:

We have been very patient about your neglect of this account but it has now reached the point where more serious collection action must be considered.

Your past due account may be placed with a third party collection agency to take the necessary steps to recover the entire balance. Payment of $260.00 now or mutually acceptable payment arrangements can prevent this from occurring.

Please give this matter your immediate attention and contact us today at one of the numbers listed below.

Cleveland, Ohio residents: 216-362-3400
All other areas: 1-800-321-1150

Sincerely,

D.S Miller
Director of Credit Operations

007

UNITED COLLECTION BUREAU, INC.
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614

1-877-387-3432

December 10, 2009

Re: CITI MASTERCARD
Creditor: CITIBANK (SOUTH DAKOTA) NA

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

Account No:        5424180691042268
Service Date:
Balance Due:       $467.55

Unless you dispute the validity of this debt or any portion thereof, please make your payment to Citi at the remit address below or call our office for arrangements.

As of the date of this letter, you owe the above referenced balance. Because of interest charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after your check is received. For further information, write this office or call the above referenced number.

When calling our office at 1-877-387-3432, please refer to reference number 51163088.

Sincerely,
United Collection Bureau, Inc.

Business Hours:     8:30AM – 11:00PM Eastern Time Monday – Friday
                    8:30AM – 12:00PM Eastern Time Saturday

This is an attempt to collect a debt by UCB, Inc., a debt collector, and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

ICU027000CDN

PLEASE RETURN THIS PORTION WITH PAYMENT. DO NOT ATTACH CHECK TO STUB.

Re: CITI MASTERCARD
Creditor: CITIBANK (SOUTH DAKOTA) NA
Creditor Account No: 5424180691042268
UCB Account No:
Balance Due:       $467.55

PO BOX 140310
TOLEDO OH 43614

ADDRESS SERVICE REQUESTED

❑ Please check box if address shown is incorrect or insurance
   information has changed, and indicate change(s) on reverse side.

51163088-CDN        261222809

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

REMIT TO:

CITIBANK (SOUTH DAKOTA) NA
PO BOX 140310
TOLEDO OH 43614

3638

Have you been a victim of Identity Theft? CitiFinancial can help you. Call (314) 966-6020 today.

Send no payment. You're enrolled in AutoPay so payment is deducted from your checking account.

| | | | | |
|---|---|---|---|---|
| Past Due Loan Amount | $ 0.00 | Due Date | 10/01/09 | *Not a payoff balance; | **FOR STATEMENT INQUIRIES:** |
| | | Current Balance* | $ 10,160.25 | call us for details. | CitiFinancial |
| Loan Payment | $ 327.14 | Prior Balance | $ 10,281.85 | | 379 WATSON PLAZA |
| | | | | | ST LOUIS, MO 63126-1964 |
| **Total Payment Due** | $ 327.14 | | | | |
| | | | | | (314) 966-6020 |

## YOUR ACCOUNT ACTIVITY DURING THIS BILLING PERIOD

| DESCRIPTION | AS OF 09/11/09 | AMOUNT | APPLIED TO LATE CHARGE/FEES | APPLIED TO BALANCE | APPLIED TO INTEREST |
|---|---|---|---|---|---|
| Payment - THANK YOU | 09/01/09 | -327.14 | | -121.60 | -205.54 |



R55032
RSDI13

### TO APPLY FOR ADDITIONAL FUNDS, CALL
### (314) 966-6020
REFERENCE YOUR ACCOUNT NUMBER:
67250431-0106906

Credit Bureau Disputes: CitiFinancial, Credit Bureau Corrections Dept., 300 St. Paul Place, BSP13A, Baltimore, MD 21202; Bankruptcy Real Estate: CitiFinancial Bankruptcy Dept., P.O. Box 140069, Irving, TX 75014-0069; Bankruptcy Personal: CitiFinancial, Bankruptcy Dept., P.O. Box 140489, Irving, TX 75014-0489.

In Missouri: CitiFinancial Services, Inc.

OVERPAYMENT: The amount of any overpayment will be applied to reduce the outstanding principal balance. However, interest will continue to accrue on the new outstanding balance. A payment is required each month under the terms of your loan agreement.

CITIFINANCIAL SERVICES, INC.
379 WATSON PLAZA
ST LOUIS, MO 63126-1964        Account Number 67250431-0106906

Address Service Requested        **citi** financial℠

## YOUR PAYMENT COUPON

| | |
|---|---|
| Direct Debit Date | 10/01/09 |
| Regular Loan Payment Amount | $327.14 |
| Past Due Amount | |

**The Payment Due Will
Be Debited From Your
Account On Date Indicated**

For address or telephone corrections call:
1-314-966-6020

☐ Please check here to indicate mailing address / phone number changes and enter them on back of coupon.

S24098 Pri 08/09
Rev 03/05

**DIRECT DEBIT ADVICE FROM CITIFINANCIAL SERVICES, INC.**

Mail Payment To:   CitiFinancial
P.O. Box 6931
The Lakes, NV 88901-6931

01 01 111290 3
580
RS02

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

067250431010690600327140032714000000088901693103



2810 Southampton Road, Suite 10
Philadelphia, PA 19154-1207

15590884

17 25 00005176 A
784960

# TATE & KIRLIN ASSOCIATES

*2810 Southampton Road, Suite 10*
*Philadelphia, PA 19154-1207*
*Toll Free (877) 846-3931 • (267) 295-9114*



Daniel Flentke
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

November 17, 2010

| | |
|---|---|
| Creditor: | CITI FINANCIAL |
| Client Ref #: | 672009160142060 |
| Account#: | 15590884 |
| Total Due: | $9,544.59 |

## IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 50% of your balance or $4,772.30 to resolve this debt. This payment must be received in our office by December 8, 2010 or this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine if this settlement offer can be made in installments.

Please retain the upper portion of this letter for your records.

Yours truly,

*Thomas McNamee*

This is an attempt to collect a debt and any information obtained will be used for that purpose. Tate & Kirlin Associates is a professional debt collection agency.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

November 17, 2010
Daniel Flentke
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

**Please indicate any address changes below:**

Address: _____
City, State, Zip_____
Home Phone #: _____
Business Phone #: _____

If you are paying by check or money order, please make your payment payable to Citi.

| | |
|---|---|
| Creditor: | CITI FINANCIAL |
| Client Ref #: | 672009160142060 |
| Account#: | 15590884 |
| Total Due: | $9,544.59 |



**Tate & Kirlin Associates**
2810 Southampton Road, Suite 10
Philadelphia, PA 19154-1207

TCTI_S50
TNK wfd
784960

| | | | | | |
|---|---|---|---|---|---|
| Past Due Loan Amount | $ 4,291.44 | Due Date | 01/01/11 | *Not a payoff balance; call us for details. | **FOR STATEMENT INQUIRIES:** |
| Loan Payment | $ 327.14 | Current Balance* | $ 9,544.59 | | CitiFinancial<br>3950 REGENT BLVD, S2A-283 |
| | | Prior Balance | $ 9,544.59 | | IRVING, TX 75063-2244 |
| **Total Payment Due** | $ 4,618.58 | | | | (800) 346-3051 |

## YOUR ACCOUNT ACTIVITY DURING THIS BILLING PERIOD

| DESCRIPTION | AS OF 12/13/10 | AMOUNT | APPLIED TO LATE CHARGE/FEES | APPLIED TO BALANCE | APPLIED TO INTEREST |
|---|---|---|---|---|---|
| **** No Activity **** | | | | | |

56887

RSGE13

### www.citifinancial.com
### REFERENCE YOUR ACCOUNT NUMBER:
### 67200916-0142060

Credit Bureau Disputes: CitiFinancial, Credit Bureau Corrections Dept., 300 St. Paul Place, BSP13A, Baltimore, MD 21202; Bankruptcy Real Estate: CitiFinancial Bankruptcy Dept., P.O. Box 140069, Irving, TX 75014-0069; Bankruptcy Personal: CitiFinancial, Bankruptcy Dept., P.O. Box 140489, Irving, TX 75014-0489.

In Maryland: CitiFinancial, Inc. - NMLS No. 2807

OVERPAYMENT: The amount of any overpayment will be applied to reduce the outstanding principal balance. However, interest will continue to accrue on the new outstanding balance. A payment is required each month under the terms of your loan agreement.

---

CITIFINANCIAL
3950 REGENT BLVD, S2A-283
IRVING, TX 75063-2244

citi financial℠

**Account Number** 67200916-0142060

Address Service Requested

Please mail this coupon
with your payment.

### YOUR PAYMENT COUPON

| | |
|---|---|
| **Total Payment Due** | $4,618.58 |
| **Payment Due Date** | 01/01/11 |
| **Total Payment Amount Enclosed** | $ |

324298 Prt. 03/09
Rev. 03/05

Please check here to indicate mailing address / phone number changes and enter them on back of coupon.

Mail Payment To: CitiFinancial
P.O. Box 183172
Columbus, OH 43218-3172

01 02 169465 5
8
RS01

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

0672009160142060046185800327140000000043218317208

# HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
## ATTORNEYS AT LAW

RICHARD L. HEAVNER
J. GREGORY SCOTT
JAMES A. COALE
JULIE BEYERS
FAIQ MIHLAR *
MEREDITH PITTS
PATRICK RYKHUS
JOSHUA R. STEIMAN
JAMES LOWRY
KATIE WHITEHEAD
BRET COALE
JOSEPH R. WETZEL
HEATHER GIANINNO
*also licensed in Missouri

PLEASE REPLY TO:
P.O. BOX 740
DECATUR, IL 62525

**MAIN OFFICE**
111 EAST MAIN STREET, SUITE 200
DECATUR, IL 62523
TELEPHONE: (217) 422-1719
FAX: (217) 422-1754

**CHICAGO OFFICE**
60 WEST RANDOLPH, SUITE 200
CHICAGO, IL 60601
TELEPHONE: (312) 762-9244
FAX: (312) 762-9284

FEIN NO. 37-1258545

November 10, 2009

Daniel Flentke
4631 Rosa Avenue
St. Louis, MO 63116

Dear Mr. Flentke,

I represent CitiFinancial Services, Inc. to whom you owe the delinquent amount of $670.64. If you want to resolve this matter without a lawsuit, you must either pay CitiFinancial Services, Inc. the past due balance of **$670.64 by November 20, 2009**, or call Linda Czech at 214-966-6020 and work out arrangements for payment. Please note that if you wish to remit payment, said payment should be made to CitiFinancial Services, Inc., 379 Watson Plaza, Crestwood, MO 63126, 214-966-6020. If you do neither of these things, following 10 days from the date of this letter, I will be entitled to file a lawsuit against you for the collection of this debt.

Federal law gives you thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, I will assume that it is valid. If you do dispute it – by notifying me in writing to that effect – I will, as required by the law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor (CitiFinancial Services, Inc.), I will furnish you with that information too.

The law does not require me to wait until the end of the thirty-day period before suing you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you.

This is an attempt to collect a debt and any information obtained will be used for that purpose. Your prompt attention to this matter is appreciated.

Sincerely,

*Faiq Mihlar*

Faiq Mihlar

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

FM:smw
cc: Linda Czech – CitiFinancial Services, Inc.

| Past Due Loan Amount | $ 3,964.30 | Due Date | | 12/01/10 | *Not a payoff balance; | FOR STATEMENT INQUIRIES: |
|---|---|---|---|---|---|---|
| | | Current Balance* | $ 9,544.59 | | call us for details. | CitiFinancial |
| Loan Payment | $ 327.14 | Prior Balance | $ 9,544.59 | | | 3950 REGENT BLVD, S2A-283 IRVING, TX 75063-2244 |
| Total Payment Due | $ 4,291.44 | | | | | (800) 346-3051 |

## YOUR ACCOUNT ACTIVITY DURING THIS BILLING PERIOD

| DESCRIPTION | AS OF 11/11/10 | AMOUNT | APPLIED TO LATE CHARGE/FEES | APPLIED TO BALANCE | APPLIED TO INTEREST | |
|---|---|---|---|---|---|---|
| **** No Activity **** | | | | | | |

20504

RSGE13

## www.citifinancial.com
### REFERENCE YOUR ACCOUNT NUMBER:
67200916-0142060

Credit Bureau Disputes: CitiFinancial, Credit Bureau Corrections Dept., 300 St. Paul Place, BSP13A, Baltimore, MD 21202; Bankruptcy Real Estate: CitiFinancial Bankruptcy Dept., P.O. Box 140069, Irving, TX 75014-0069; Bankruptcy Personal: CitiFinancial, Bankruptcy Dept., P.O. Box 140489,Irving, TX 75014-0489.

In Maryland: CitiFinancial, Inc. - NMLS No. 2807

OVERPAYMENT: The amount of any overpayment will be applied to reduce the outstanding principal balance. However, interest will continue to accrue on the new outstanding balance. A payment is required each month under the terms of your loan agreement.

---

CITIFINANCIAL
3950 REGENT BLVD, S2A-283
IRVING, TX 75063-2244

**Account Number 67200916-0142060**

citi financial℠

Address Service Requested

Please mail this coupon
with your payment.

Mail Payment To: CitiFinancial
P.O. Box 183172
Columbus, OH 43218-3172

### YOUR PAYMENT COUPON

| Total Payment Due | $4,291.44 |
|---|---|
| Payment Due Date | 12/01/10 |

S24098 PH. 03/09
Rev. 03/05

| Total Payment Amount Enclosed | $ |
|---|---|

☐ Please check here to indicate mailing address / phone number changes and enter them on back of coupon.

01 02   127654  4
8
RS01

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

067200916014206004291440032714000000004321831720 9

David R. Gamache
Edward J. Myers
James F. Mueller
Mary K. Mazanec
Craig A. Overstreet
Raymond P. Bozarth
Sara A. Monks
Donald A. Horowitz
Donald C. Tippett *
Jennifer A. Cook *
Brian R. Betner
Matthew J. Kallial

* Licensed in Arkansas

Law Offices
## GAMACHE & MYERS, P.C.
1000 Camera Avenue Suite A
Crestwood (St. Louis), MO 63126
314-835-6602      314-835-6604 (fax)

September 21, 2010

**SEND ALL CORRESPONDENCE TO ST. LOUIS MO OFFICE**

Arkansas Office

103B N. College
Fayetteville, AR 72701
866-651-2022
866-651-2024 (fax)

Missouri Of Counsel
Mayer S. Klein, Member of
Frankel, Rubin, Bond, Dubin, Seigel & Klein,
P.C.

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

RE:   CAPITAL ONE BANK (USA) NA

**OUR FILE NO.:** 10104790

Dear Sir/Madam:

In reviewing your account today, there appears to be an **unpaid balance** of $841.12.

Our client would be willing to **settle** your account for $714.95, provided this amount is paid **within 10 days** from the date of this letter.  We are not obligated to renew this offer.

If you are unable to pay the above settlement, please call us at the telephone number shown above **within 10 days** to discuss payment options.

Sincerely yours,

GAMACHE & MYERS, P.C.

By: _____
DAVID R. GAMACHE

D323A/LMA
File #: 10104790

**"THIS COMMUNICATION IS FROM A DEBT COLLECTOR, IN AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE."**



Jun. 18 - Sep. 17, 2010

**VISA PLATINUM**  4862-3625-0023-6958

| NEW BALANCE | PAYMENT DUE | DUE DATE |
|---|---|---|
| $839.47 | $839.47 | Past Due |

**IMPORTANT ACCOUNT UPDATES**
Your full balance is due. Any payment you make will reduce your balance and help pay off your debt faster. The amount you owe may differ if you've entered into a separate payment agreement.

**Available Credit: $0.00**

| Previous Balance | | Payments and Credits | | Fees | | Interest Charged | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $801.78 | − | $0.00 | + | $0.00 | + | $37.69 | = | $839.47 |

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR DANIEL J FLENTKE #6958**

**FEES**

| | | Total Fees This Period | $0.00 |
|---|---|---|---|
| | | Total Fees This Year | $195.00 |

**INTEREST CHARGED**

| 1 | 17 JUL | INTEREST CHARGE | $12.29 |
|---|---|---|---|
| 2 | 17 AUG | INTEREST CHARGE | $12.70 |
| 3 | 17 SEP | INTEREST CHARGE | $12.70 |
| | | Total Interest This Period | $37.69 |
| | | Total Interest This Year | $111.89 |

# Help is Available.
## Just pick up the phone.



**Call 1-800-258-9319** and a specially trained agent will
be happy to help you check your balance and make payments.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Interest Bearing | 19.600% | $762.91 | $37.69 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SOLUTIONS TO MAKE YOUR PAYMENT ONLINE

1 4862362500236958 17 0839470000000839474



**Account Number: 4862-3625-0023-6958**

| Due Date | New Balance | Amount Enclosed |
|---|---|---|
| Past Due | $839.47 | . |

## Manage your account online.



Visit **www.capitalone.com/solutions** to manage
your account online. Have information at your
fingertips 24/7 without picking up the phone.

DANIEL J FLENTKE
4631 ROSA AVE       45692
SAINT LOUIS, MO 63116-1235      D205

Capital One Bank (USA), N.A.
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

# TATE & KIRLIN ASSOCIATES

2810 Southampton Road
Philadelphia, PA 19154-1207

15576507

37 91 00007965 A
781950

*2810 Southampton Road*
*Philadelphia, PA 19154-1207*
*Toll Free (877) 846-3731 • (267) 295-9112*
*www.paytka.com*



Daniel J Flentke
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

November 9, 2010

| | |
|---|---|
| Creditor: | HSBC FINANCE CORPORATION |
| *Previous Creditor:* | BENEFICIAL |
| Client Ref #: | 55170700603452 |
| Account#: | 15576507 |
| Total Due: | $10,491.30 |

## IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 45% of your balance or $4,721.09 to resolve this debt. This payment must be received in our office by November 30, 2010 or this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine if this settlement offer can be made in installments.

You may also make a payment on your account at **www.paytka.com**.
To access the website use Customer #: **15576507**

Please retain the upper portion of this letter for your records.

Yours truly,

*Thomas McNamee*

This is an attempt to collect a debt and any information obtained will be used for that purpose. Tate & Kirlin Associates is a professional debt collection agency.

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

November 9, 2010
Daniel J Flentke
4631 ROSA AVE
SAINT LOUIS, MO 63116-1235

**Please indicate any address changes below**:

Address: _____

City, State, Zip_____

Home Phone #: _____

Business Phone #: _____

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |||
|---|---|---|
| **VISA** | CARD NUMBER | EXP. DATE |
| | SIGNATURE | |
| MasterCard | AMOUNT | CVV/CID (3-Digit Verification Code on Back of Card) |

| | |
|---|---|
| Creditor: | HSBC FINANCE CORPORATION |
| Previous Creditor: | BENEFICIAL |
| Client Ref #: | 55170700603452 |
| Account#: | 15576507 |
| Total Due: | $10,491.30 |



**Tate & Kirlin Associates**
2810 Southampton Road
Philadelphia, PA 19154-1207

S45
TNK.wfd
781950



**NCB Management Services Incorporated**
*Professional Collections &
Recoveries Management*
1.800.828.1110

DATE: 01-05-2010

DEAR DANIEL J FLENTKE,

YOUR DELINQUENT ACCOUNT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.

YOU ARE DIRECTED TO ADDRESS ALL FUTURE CORRESPONDENCE AND PAYMENTS
CONCERNING THIS ACCOUNT TO NCB MANAGEMENT SERVICES, INC.

PLEASE USE THE ENCLOSED SELF-ADDRESSED ENVELOPE AND PUT YOUR FILE
NUMBER IN THE MEMO PORTION OF YOUR CHECK TO ENSURE PROPER CREDIT
TO YOUR ACCOUNT.

SINCERELY,

NCB MANAGEMENT SERVICES, INC.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU
DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS
DEBT IS VALID.   IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS OF RECEIVING THIS
NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE
WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT, IF ANY, AND MAIL
YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING
WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME
AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. THIS
COMMUNICATION IS FROM A DEBT COLLECTOR. THE PURPOSE OF THIS LETTER IS TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. AS OF THE DATE OF THIS LETTER,
YOU OWE $9,807.83. BECAUSE OF INTEREST, LATE CHARGES, AND OTHER CHARGES ASSESSED BY YOUR
CREDITOR THAT MAY VARY FROM DAY TO DAY, THE AMOUNT DUE ON THE DAY YOU PAY MAY BE
GREATER. HENCE, IF YOU PAY THE AMOUNT SHOWN ABOVE, AN ADJUSTMENT MAY BE NECESSARY AFTER
WE RECEIVE YOUR CHECK, IN WHICH EVENT WE WILL INFORM YOU.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

HOURS:  MON-THUR (9AM-9PM)   FRI (9AM-6PM)   SAT (9AM-1PM)   EASTERN TIME
NCB MANAGEMENT SERVICES, INC.  •  PO BOX 1099  •  LANGHORNE, PA  19047

PLEASE MAIL PAYMENT AND THE BOTTOM PORTION IN THE ENCLOSED SELF-ADDRESSED ENVELOPE TO ENSURE PROPER CREDIT

For Payment and Correspondence:
NCB Management Services Inc.
PO Box 1099
Langhorne, PA   19047

ADDRESS SERVICE REQUESTED

DANIEL J FLENTKE
FILE# : 1003149752 - NCB MANAGEMENT SERVICES, INC.
CLIENT: BENEFICIAL
ACCT# : 55170716532143
STATEMENT BALANCE : $9,807.83 AS OF 01-05-2010

AMOUNT OF PAYMENT ENCLOSED  $_____

2172

#BWNKVHS
#10031497520# 1003149752NCBI01
DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS, MO   63116-1235

NCB MANAGEMENT SERVICES, INC.
PO BOX 1099
LANGHORNE, PA   19047

**Prepared for:** **DANIEL J FLENTKE**

**Account Number:** 4264 2826 0150 **2757**

**January 2010 Statement**
Credit Line: **$2,900.00**
Cash or Credit Available:



## WorldPoints

### Account Information

#### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $3,340.78 |
| Payments and Credits | − | $0.00 |
| Purchases and Adjustments | + | $39.00 |
| Periodic Rate **Finance Charges** | + | $94.86 |
| Transaction Fee **Finance Charges** + | — | $0.00 |
| New Balance Total | | $3,474.64 |

#### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 34 |
| Closing Date | 01/05/10 |
| Payment Due Date | 02/01/10 |
| Current Payment Due | $167.00 |
| Past Due Amount + | $522.00 |
| **Total Minimum Payment Due** | **$689.00** |

**Customer Service**
*For Information on Your Account Visit:*
**www.bankofamerica.com**
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 12/29 | | 12/29 | 12/29 | 3340 | | 39.00 |

### Important Information About Your Account

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| **Balance Transfers** | | 0.082164% V | 29.99% | S | $0.00 |
| **Cash Advances** | — | 0.082164% V | 29.99% | S | $2,824.69 |
| **Purchases** | | 0.082164% V | 29.99% | S | $570.98 |

**Annual Percentage Rate** for this Billing Period: **29.99%**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

**APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect)**

04      00347464000689000000950000042642826015 02757

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

SS 0108  BN 628 517 1    12120 #®01 AT 0.357
DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information

| | |
|---|---|
| **ACCOUNT NUMBER:** | 4264 2826 0150 **2757** |
| **NEW BALANCE TOTAL:** | $3,474.64 |
| **PAYMENT DUE DATE:** | 02/01/10 |

**TOTAL MINIMUM PAYMENT DUE**
**$689.00**

**Enter Payment Amount Enclosed:**
**$**

*Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA*





⑆ 5240 22250 ⑆   08872601502757 ⑆

**PO BOX 440290**
**AURORA CO 80044-0290**

# CREDITORS
## FINANCIAL GROUP, LLC
**Toll Free: 1-877-298-2251**

Reference No. 7719251  B98

RE: Your account with our client
BANK OF AMERICA

Date of Service: 04-30-10
Account: 4264282999795229
Total Due: $3861.59

Date: 12-06-10

01-M1                    *A-01-65P-AM-12279-57

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235



CREDITORS FINANCIAL GROUP, LLC
PO BOX 440290
AURORA CO 80044-0290

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

---

**ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED**
**WILL BE ASSESSED A $20.00 PROCESSING FEE.**

The above claim for $3861.59 has been placed with our office for collection.

At this time we are asking that you kindly forward your check or money order, made payable to - Creditors Financial Group, in the enclosed envelope. Should you have any additional questions or wish to make payment arrangements please contact our office at the toll free number listed above.

Respectfully,

Creditors Financial Group

Unless you, the consumer, notify this collection agency within thirty (30) days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this collection agency. If you, the consumer, notify this collection agency in writing within thirty (30) days after receipt of this notice, that the debt or any portion thereof is disputed, this collection agency will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this collection agency. Upon your written request within thirty (30) days after receipt of this notice this collection agency will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This correspondence has been sent by a professional debt collector.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTON PRACTICES ACT, SEE
WWW.COLORADOATTORNEYGENERAL.GOV/CA

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Creditors Financial Group, LLC**
3131 South Vaughn Way Ste 110
Aurora, CO 80014

**Office Hours:**
Monday - Thursday    7:00 am - 7:00 pm
Friday               7:00 am - 5:00 pm
Saturday             7:00 am - 12:00 Noon
Sunday               Closed

CFG

4285 Genesee Street
Cheektowaga, NY 14225-1943

**NORTHSTAR
LOCATION SERVICES, LLC**

1-888-820-0963
Hours Mon-Thur 8AM-10PM EST,
Fri 8AM-8PM, Sat 8AM-4PM EST

October 25, 2010

| Creditor: | Bank of America, N.A. |
|---|---|
| Account Number: | ************5229 |
| Balance Due: | $3,861.59 |
| Amount Remitted: | $ |

201000000697425-B2N     *A-01-9PQ-AM-08846-41

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT.
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

---

*To ensure proper credit, return this portion with your payment.*

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Bank of America, N.A. | ************5229 | $3,861.59 | |

*****Savings Opportunity*****

Dear DANIEL J FLENTKE:

My name is Nick Hinman, the Department Director for Bank of America at our office. I wanted to take this time to share with you that you may be eligible for a savings opportunity. To find out if you qualify for a settlement for an amount less than the balance due, contact me within 24 hours of receipt of this letter and we will review your account immediately.

Bank of America may be required by law to report this settlement to one or more taxing authorities. The Bank makes no representation about tax consequences this may have or any reporting requirements that may be imposed on the Bank. You should consult independent tax counsel of your own choosing if you desire advice about any tax consequences which may result from this settlement.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-888-820-0963
- MoneyGram ExpressPayment
- Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-888-820-0963 or direct dial our Remittance Department at 1-888-820-0963 to make your payment.

Sincerely,

Nick Hinman
Department Director


**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
Media

Payment website: https://www.gotonls.com

# BAY AREA CREDIT SERVICE LLC.

1901 W 10th St, Antioch CA 94509

**(877) 405-3352**

| OFFICE HOURS: | Mon. • Fri. | 5:00 a.m. • 9:00 p.m. PST |
| | Saturday | 5:00 a.m. - 2:00 p.m. PST |

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

| | |
|---|---|
| Creditor: | AT&T - MISSOURI |
| Account #: | 85593461 |
| Client Account #: | 3523141603149 |
| Past Due Balance: | $ 187.50 |
| Contractual Collection Charges: | $ 0.00 |
| Interest: | $ 0.00 |
| **TOTAL DUE:** | **$ 187.50** |

NOVEMBER 2, 2010

---

## PAST DUE ACCOUNT

We have sent you a notice asking you for payment on the debt listed above and we have not heard from you. Please contact us regarding this debt. Our representatives will assist you in resolving this matter.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Sincerely,
BAY AREA CREDIT SERVICE LLC.

If you feel you are or have been a victim of Theft of Identity, please call AT&T at 1-866-718-2011.

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

ATTSW-2-I

---

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE.

## PAYMENT REMITTANCE

You may call Bay Area Credit Service LLC. at (877) 405-3352 to make payment by check, credit or debit card or mail your payment to BAY AREA CREDIT SERVICE LLC., P.O. BOX 468449, ATLANTA GA 31146.
If you wish to make a payment on the web go to: www.bayareacredit.com/pay

| | |
|---|---|
| NAME: | DANIEL J FLENTKE |
| Creditor: | AT&T - MISSOURI |
| Account #: | 85593461 |
| Client Account # | 3523141603149 |
| **Total Due:** | **$ 187.50** |

PLEASE SEND ALL PAYMENTS AND
CORRESPONDENCE TO THE ADDRESS BELOW:

**PAYING BY VISA OR MASTERCARD, FILL OUT BELOW**

VISA ☐     MasterCard ☐

Credit Card # :

Name :

Signature :

| AMOUNT | EXP |
|---|---|

BAY AREA CREDIT SERVICE LLC.
P.O. BOX 468449
ATLANTA GA 31146

ATTSW-2-I

**AMOUNT ENCLOSED    $**

S-SFHOVS10  L-**ATTSW-2-I** A-3523141603149     P1A64O00200957 I01826

00992010170400

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116 - 1235

**Page** 1 of 2
**Account Number** 314 352-1603 149 3
**Billing Date** Sep 13, 2010

**Web Site** **att.com**



# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 220.85 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 220.85 |
| Current Charges | 33.35CR |
| **Total Amount Due** | **$187.50** |
| Current Charges Due in Full by | Oct 12, 2010 |
| FINAL BILL | |

## Billing Summary

Billing Questions? Visit **att.com/billing**

| | |
|---|---|
| **Plans and Services** | 33.35CR |
| 1 800 288-2020 | |
| Payment Arrangements: | |
| 1 800 616-1171 | |
| Service Changes: | |
| 1 800 288-2020 | |
| Repair Services: | |
| 1 800 246-8464 | |
| **Total Current Charges** | **33.35CR** |

## AT&T Benefits

- The big price break you've been waiting for. Get AT&T U-verse TV with DVR at one of our lowest prices ever. Geographic and service restrictions apply. Call 1.800.983.8426 or go online at: att.com/valueofUverse today.

## Plans and Services

**Additions and Changes to Service**
This section of your bill reflects charges and credits resulting from account activity.

| Item No. Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|
| **Activity on Sep 3, 2010** | | | |
| **Order No. D841365** | | | |
| **Services Disconnected** | | | |
| (Monthly Charges were Billed in Advance and are Prorated from Aug 11, 2010 through Sep 16, 2010) | | | |
| 1. Credit for service from Aug 11 thru Sep 16 | 1 | 23.18CR | 27.81CR |

| **Surcharges and Other Fees** | | | |
|---|---|---|---|
| 2. MO Universal Service Fund | | | .05CR |
| 3. Special Municipal Charge | | | 2.26CR |
| **Total Surcharges and Other Fees** | | | **2.31CR** |

| **Taxes** | | | |
|---|---|---|---|
| 4. Federal Excise Tax | | | .87CR |
| 5. Federal (Non-regulated & Toll Charges) | | | .00 |
| 6. State and Local (Local Charges) | | | 2.36CR |
| 7. State and Local (Non-regulated & Toll Charges) | | | .00 |
| **Total Taxes** | | | **3.23CR** |

| **Total Plans and Services** | | | **33.35CR** |
|---|---|---|---|

7514.1.3.349 1 AT 0.357

DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

Thank you for being a valued AT&T customer! When you send us a check as payment, you give a one time authorization to clear your check electronically. Electronic payments may clear the same day we receive the payment. Your original check will not be returned. If we cannot post the transaction electronically, we will present an image copy of your check for payment. If you do not wish to participate in AT&T's check conversion program please call 1 800-245-3080. If you want to save time and stamps, sign-up for auto payment at www.att.com/stoppaper using your checking account or credit card. It's easy, secure, and convenient!



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 1022-AC16915 |
| Plaintiff/Petitioner:<br> CAPITAL ONE BANK USA NA | Plaintiff's/Petitioner's Attorney/Address:<br>IRWIN JAMES FRANKEL<br>9300 DIELMAN INDUST DR,<br>Ste 100<br>SAINT LOUIS, MO 63132<br>(314) 754-6111 |
| Defendant/Respondent:<br>DANIEL J FLENTKE | Date, Time and Location of Court Appearance:<br>**04-JAN-2011, 09:30 AM**<br>**Division 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** |
| Nature of Suit:<br>AC Breach of Contract | |
| | (Date File Stamp) |

## Associate Division Summons

| | |
|---|---|
| The State of Missouri to: **DANIEL J FLENTKE**<br>         **Alias:** | |

**4631 ROSA AVE**
**SAINT LOUIS, MO 63116**

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

_    **November 18, 2010**
         Date

Mariano Favazza
Circuit Clerk

         Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name ) _____ (title).

☐ other_____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

|  | Subscribed and sworn to before me on _____ (date). |
|---|---|
| *(Seal)* | My commission expires: _____          _____ |
| | Date                                        Notary Public |

---

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $ ._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
### ASSOCIATE JUDGE DIVISION
### STATE OF MISSOURI

CAPITAL ONE BANK (USA) N.A.     )
                                    )
                                    )   **Case No:**   1022-AC 16915

       **Plaintiff**            )   **Division:**

vs.                               )

DANIEL J FLENTKE            )

4631 Rosa Ave,               )

Saint Louis, MO 63116-1235    )

(CITY)                        )
                                      )

       **Defendant(s).**      )

### PETITION ON BREACH OF CONTRACT

Comes now Plaintiff and for its cause of action herein states that:

1. Plaintiff CAPITAL ONE BANK (USA) N.A. is a nationally chartered banking association duly organized and existing under and by virtue of law.

2. Defendant DANIEL J FLENTKE  is a resident of ST. LOUIS CITY, State of Missouri.

3. Plaintiff and Defendant entered into a contract for the extension of credit from Plaintiff to Defendant under which the Defendant agreed to pay per the terms of the contract, a copy of which is attached hereto and made a part of this petition by reference.

4. Defendant is indebted to Plaintiff for attorney's fees as provided for in the contract attached hereto.

This communication is from debt collector attempting to collect a debt, and any information obtained will be used  for that purpose.

Page 1 of 3

5. Plaintiff has performed, or substantially performed, all of its obligations, and conditions precedent, if any, under said contract.

6. Defendant has breached the contract by failing to make payments to Plaintiff as required by the contract, and Plaintiff has therefore been damaged in the amount of $2268.99.

7. The above balance was due, and demand for payment was made, on or before October 13, 2010.

This communication is from debt collector attempting to collect a debt, and any information obtained will be used  for that purpose.

WHEREFORE, Plaintiff prays for judgment against Defendant in the sum of $2268.99 plus interest of $192.39, together with interest thereon at the rate of 14.60 percent per annum from October 13, 2010, for reasonable attorney's fees and for Court costs herein expended.

KRAMER & FRANK, P.C.

By_____
IRWIN JAMES FRANKEL, MBE# 24777
Attorney for Plaintiff
9300 Dielman Ind. Dr., Ste 100
St. Louis, MO 63132-2205
Telephone: (314) 991-1177
Fax:       (314) 991-0485
E-mail: 92410687@lawusa.com

**CONTACT PERSON:**        **PAY ONLINE:**
**HEATHER KING**           **http://www.kfpay.com**
**(314) 991-1835 ext 6186 File Code: 92410687**

This communication is from debt collector attempting to collect a debt, and any information obtained will be used  for that purpose.
Page 3 of 3

# CUSTOMER AGREEMENT

Welcome to Capital One. We are pleased to have your credit card account. This Customer Agreement contains information about your account. Please read it and keep it for your records. Your contract with us for the card and account ("the Agreement") consists of this Customer Agreement, together with any changes to this Customer Agreement that we make as provided below, the Security Account (if applicable), the Security Account Assignment Agreement (if applicable), Capital One Privacy Notice, any account disclosures provided and delivered to you prior to or at the time your account opened, including disclosures pursuant to requirements of Truth in Lending Act (hereinafter "TILA Account Disclosures"), as well as any subsequent notices of changes to these documents, and any and all documents that include your signature (including any electronic or digital signature) on any application, sales slip or other evidence of indebtedness on your account. In this Agreement the words "you," "your" and "yours" refer to each person who signed the application for the account (each, a "joint accountholder") and to anyone else who is authorized to use the account in any way (each, an "Authorized User"). Except as specifically stated herein, each of you is individually and jointly obligated under this Agreement. The words "we," "us" and "our" mean Capital One Bank and its successors, assigns, agents and/or authorized representatives. If the application for the account stated that the account will be a "Security Account," this means the funds you have pledged to us to secure your account. This Agreement and the Security Account Assignment Agreement (if applicable) do not apply to any other Capital One Bank account that you may have, either now or in the future, except as provided in the Arbitration Provision below. Unless you have entered into a Security Account Assignment Agreement with us, the account is unsecured. Except as provided in the Security Account Assignment Agreement (if applicable), the account is not secured by any other property, regardless of the terms of any other contract to which you and we are subject. We can delay enforcing any of our rights under this Agreement without losing them. The card is and remains our property, and you will surrender it to us at any time upon request.

## Assignment

We may transfer your account, the Security Account (if applicable), the Security Account Assignment Agreement (if applicable) and/or our rights under this Agreement to an assignee. The assignee will take over your account under this Agreement, the Security Account (if applicable) and the Security Account Assignment Agreement (if applicable) with respect to the agreements and interests transferred. The assignee may or may not be an affiliate of Capital One Bank. You must pay the assignee and otherwise perform all of your obligations under these agreements. You may not transfer your account or your rights under this Agreement, the Security Account (if applicable) or the Security Account Assignment Agreement (if applicable) to any person or entity without our express prior written consent. Subject to the preceding sentence, this Agreement will be binding and inure to the benefit of your and our respective successors, agents and/or representatives.

## Using Your Account

You can make purchases and obtain cash advances (if cash advances are an option for your account) by using your card, account number and any account access checks (including Purchase Checks, Convenience Checks, Special Transfer Checks and other similar checks) that we may send to you. Additionally, you may request a stop payment on account access checks, but we reserve the right to charge you a fee for such services. When we provide you with account access checks, we will tell you whether they will be treated as purchases, cash advances or balance transfers. Unless we tell you otherwise, Convenience Checks will always be treated as cash advances. We may schedule different segments for your account, such as a purchase segment, a cash advance segment and a special transfers segment. Each segment may be subject to terms and conditions that are different from those that are applicable to other segments.

Our liability, if any, for any wrongful dishonor of an account access check is limited to your actual damages and shall not include any consequential damages, and in no event will it exceed the amount of the check.

You agree not to use the card or account in connection with any Internet or illegal gambling transactions, but any Internet or illegal gambling transactions to which you engage with the card or account nevertheless will be subject to this Agreement and the Security Account Assignment Agreement (if applicable).

Your card and account may only be used for valid and lawful purposes. If you use, or authorize someone else to use, the card or account for any unlawful or impermissible purpose, you will be responsible for such use and may be required to reimburse us and MasterCard International Incorporated "MasterCard" or Visa USA, Inc. "Visa," as applicable, or their successors for all amounts or expenses that we or they pay as a result of such unlawful or impermissible use. In any event, any unlawful or impermissible transaction in which you engage with the card or account nevertheless will be subject to this Agreement and the Security Account Assignment Agreement (if applicable). You agree that we are not responsible if anyone refuses to honor your card or account.

If you had a prior credit card or other account with us, or such an account or balance of such an account was transferred to us or one of our affiliates, and you agreed to reinstate the balance of the prior account in the form of your new account, the new account will accrue finance charges from the date that the new account is opened.

Authorized Users are not financially responsible for the account. An Authorized User may use a credit card, can request certain account information and can request to be removed from the account. Subject to our discretion, an authorized user may not be able to initiate certain actions on the account. You agree to provide us with information identifying any person you authorize to use your account, including their name, address, date of birth and other identifying information we may request.

## Exchange Rate

If you make a transaction in currency other than U.S. dollars, VISA International or MasterCard International will convert the charge or credit into a U.S. dollar amount in accordance with their operating regulations or conversion procedures in effect at the time the transaction is processed. VISA International's regulations and procedures provide that effective April 2, 2005, the exchange rate between the transaction currency and the billing currency used for processing international transactions is either (1) a rate selected by VISA from the range of acceptable rates in wholesale currency markets for the applicable central processing date, which rate may vary from the rate VISA itself receives or (2) the government mandated rate in effect on the applicable central processing date. MasterCard International's regulations and procedures provide the currency conversion rate it uses is either (1) a wholesale market rate or (2) a government mandated rate in effect on the day of the central processing date.

## Cash Equivalent Transactions

If cash advances are an option for your account, you can use your account to purchase certain items that we regard as "cash equivalent transactions." All cash equivalent transactions will be treated as cash advances and will be billed to the cash advance segment of your account. Cash equivalent transactions include, without limitation, the purchase of wire transfer money orders, bets, lottery tickets, casino gaming chips and other similar products or services. Nothing in this paragraph will be interpreted to validate any transaction that is unlawful or impermissible.

## Your Credit Limit

Your initial credit limit will be disclosed when your account is opened (or activated). Either initially, or at any later time, we may establish different credit limits that apply to different segments of your account (such as purchases, cash advances and special transfers). Your account will allow the balance of your account (including all transactions, finance charges and other fees or charges), or the balance of the applicable segments of your account, to exceed the applicable credit limits. If you have been given the option to increase your credit limit by adding funds to your Security Account (if applicable), we reserve the right not to increase your credit limit if the additional funds are provided while your account is in default. We may increase or decrease your credit limits at any time without prior notice to you, may temporarily increase or decrease your credit limits at any time without prior notice to you, may limit the credit limit for cash advances or may take away your ability to obtain cash advances. We may honor transactions in excess of your credit limit, even if those transactions result in an over limit fee, and those transactions and fees will be subject to this Agreement and the Security Account Assignment Agreement (if applicable). Any transactions honored in excess of your credit limit will not result in an increase of your credit limit unless we expressly notify you otherwise.

## Additional Benefits and Services

From time to time, we may offer you benefits and services with your account. These benefits and services may be provided by us or third parties. Unless expressly made a part of this Agreement, and except as provided in the Arbitration Provision below, any such benefits and services are not a part of this Agreement, and are subject only to the terms and conditions outlined in the benefits or services brochure and other official documents provided to you with respect to the benefits and services. We may adjust, add, or delete benefits or services at any time in accordance with the brochures or documents you receive. In addition, any such benefits or services offered to you in the most current version of the "Guide to Benefits" shall replace and supersede the benefits and services of the same type in any prior versions of the "Guide to Benefits," without further notice. Except as provided by applicable law, we are not liable for benefits or services provided by third parties or the actions or omissions of those third parties.

## Making Payments

Your promise to pay us and are liable for all amounts due resulting from the authorized use of your card or account, including any finance charges and other charges due under the terms of this Agreement. Payments must be made in U.S. dollars. Payments made by a check, money order or other negotiable instrument (an "item") must be in a form acceptable to us and be drawn on a U.S. financial institution. We may allocate payments and other credits and proceeds among the various segments of your account, and to charges and principal due within each segment, in any way we determine, including balances (including new transactions) with lower annual percentage rates (APRs) before balances with higher APRs.

Payments you mail to us at the address for payment stated on your periodic statement will be credited to your account as of the business day we receive it, provided (1) you send the remittance coupon portion of your periodic statement and your check in the remittance envelope provided and (2) your payment is received in our processing center by the time indicated on your periodic statement. Please allow at least five (5) business days for payment delivery. Payments received by us at any other location or in any other form may not be credited as of the day we receive them. Our business days are Monday – Saturday, excluding holidays. Credit availability may be delayed in our sole discretion to ensure payment is good funds. If we accept a payment at some other place, we may delay the crediting of the payment for up to five (5) days. This may cause you to incur late payment fees and additional finance charges, and may result in your account being declared to be in default.

Any minimum payment that is due will be stated in your periodic statement. You must pay at least the minimum payment due by the date stated in your periodic statement to avoid a late payment fee. However, you may pay more than the minimum payment or pay the balance in full. In any case, finance charges will continue to be assessed during billing periods that you carry a balance regardless of whether or not your statement shows a minimum payment due. We can accept late payments or partial payments, or items marked "payment in full" or other similar language, or payments with a request to apply the payment in a particular manner, without losing any of our rights under this Agreement, including our right to receive payment in full. No payment shall operate as an accord and satisfaction without our prior written approval. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to Capital One, P.O. Box 85010, Richmond, VA 23285-5010. You will not make payments from funds obtained from the account or any other credit account with us. If your payment is made to any other address, we may accept the payment without losing any of our rights.

When you send us a check(s) to make payment on your account, you authorize us to make a one-time electronic transfer from your bank account for the amount of the check as indicated by numerical digits. This authorization applies in all check(s) received by us during the billing period even if sent by someone else, who you agree is your agent and was provided with these disclosures in advance. This authorization is not restricted by the date on the check and includes resubmissions. We will not be bound by any restrictive legend or condition appearing on the face or reverse side of the check. If we cannot process the electronic transfer, you authorize us to make a charge against your bank account by processing the check, substitute check, draft or similar instrument.

We may adjust your account as appropriate to correct errors, returned items, rejected debits and similar matters.

We may, in our sole discretion, offer an expedited payment service. You are not required to use this service. When you authorize us to process a demand draft, electronic ACH debit or other expedited payment method for your account, we may charge you an expedited payment fee in an amount disclosed to you at the time of the service. We are not responsible for any dishonor of the payment by your depository institution and may retain the fee in the event of such dishonor. If you give your account number or other account information to another person to make a payment for you or to act on your behalf, you agree that we may process your account with that person and process the payment as if it were made by you. You further agree that you will be responsible for all consequences of payment or non-payment by such party, including expedited payment, return payment, late payment and over limit fees. We reserve the right to refuse to accept payment on your behalf or to permit another person to act on your behalf.

Periodic Statement. Each month that you have a credit or debit balance of more than $1 in your account, we will send you a periodic statement as and when required by applicable law. The periodic statement will show all transactions billed to your account during the billing period. The billing period is the time from one statement closing date through and including the next statement closing date. The statement closing date determines the month of a specific billing period. For example, your January billing period is the billing period with the January statement closing date in January.

## Finance Charge

You will be assessed finance charges as previously disclosed to you as part of the TILA Account Disclosures or as we will disclose to you if required by applicable law.

## Temporary Reduction in Finance Charge

We reserve the right to not assess any or all finance charges for any given billing period without waiving the right to assess such finance charges in a future billing period.

## Other Fees and Charges

The following fees will be billed to the purchase segment of your account and will be treated as a purchase and applied against your available credit limit, unless otherwise specified, in every billing period in which they apply: (i) A late payment fee will be assessed if we do not receive your payment in time for it to be credited, as provided in this Agreement, by the date stated in your periodic statement; (ii) an over limit fee will be assessed if the balance of your account (or any segment of

**Cash Advance Fee.** ...

**Membership Fee.** ...

**Transfer Fee.** ...

**Foreign Transactions Charge.** ...

**Credit Bureau Information.** ...

**Security Interest.** ...

**Future Offers.** ...

**Default.** ...

**Account Closure and Suspension of Credit Privileges.** ...

**Changes in Terms.** ...

**Governing Law.** WE MAKE THE DECISION TO GRANT CREDIT, OPEN AN ACCOUNT AND ISSUE YOU A CREDIT CARD FROM OUR OFFICES IN VIRGINIA. ...

**Waivers.** ...

**Lost or Stolen Cards or Account Access Checks.** ...

**Communications.** ...

**ARBITRATION. PLEASE SEE ENCLOSED "ARBITRATION PROVISION." PLEASE NOTE THAT THE TERMS INCLUDED IN THE ARBITRATION PROVISION ARE PART OF YOUR CUSTOMER AGREEMENT.**

© 2004 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

# ARBITRATION AGREEMENT

**IMPORTANT: THIS ARBITRATION PROVISION IS A PART OF YOUR CUSTOMER AGREEMENT**

You and we agree that either you or we may, at either party's sole election, require that any Claim (as defined below) be resolved by binding arbitration.

**IF YOU OR WE ELECT ARBITRATION OF A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO PURSUE THAT CLAIM IN COURT OR BEFORE A JUDGE OR JURY OR TO PARTICIPATE IN A CLASS ACTION OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDINGS, EXCEPT AS SET FORTH BELOW, THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT, INCLUDING THE RIGHT TO CONDUCT DISCOVERY OR TO APPEAL, MAY BE LIMITED OR UNAVAILABLE IN ARBITRATION. THE FEES ASSOCIATED WITH ARBITRATION MAY BE HIGHER THAN THE FEES ASSOCIATED WITH COURT PROCEEDINGS.**

**Special Definitions for this Arbitration Provision.** For the purposes of this arbitration provision ("Arbitration Provision"), the following definition shall apply in addition to the definitions set forth in your Customer Agreement ("Agreement").

"Claim" means any claim, controversy or dispute of any kind or nature between you and us.

A. This definition includes, without limitation, any Claim that in any way arises from or relates to:
- the Agreement and any of its terms (including any prior agreements between you and us) or between you and any other entity from which we acquired your account)
- this Arbitration Provision (including whether any Claim is subject to arbitration)
- the establishment, operation or termination of your account
- any disclosures, advertisements, promotions or other communications relating to your account, whether they occurred before or after your account was opened
- any transactions or attempted transactions involving your account
- any billing or collections matters relating to your account
- any posting of transactions (including payments or credits) to your account
- any goods or services charged to your account
- any fees, labeled or other charges assessed to your account, or their calculation
- any products, services or benefits programs related to or offered in connection with your account (including any insurance, debt cancellation or extended service contracts and any programs, rebates, rewards, sweepstakes, memberships, discounts or coupons) whether or not we offered, introduced, sold or provided them
- our receipt, use or disclosure of any information about you or your account
- any other matters relating to your account or your relationship with us.

B. This definition also includes, without limitation, any Claim:
- regardless of how or when it is brought (for example, as an initial claim, counterclaim, cross-claim, interpleading or third-party claim)
- based on any theory of state or damages (including money damages and any form of specific performance or injunctive, declaratory or other equitable action)
- based on any theory of law or equity (including contract, tort, fraud, constitution, statute, regulation, ordinance or wrongful acts or omissions of any type, whether negligent, reckless or intentional)
- made by you or by anyone connected with you or claiming through you for you (including a co-applicant or authorized user of your account, your agent, your representative, your heirs or a trustee in bankruptcy)
- for which we may be directly or indirectly liable under any theory, including respondeat superior or agency (even if we are not properly named at the time the Claim is made)
- now in existence or that may arise in the future, regardless of when the facts and circumstances that give rise to the Claim occurred or when the Claim accrued
- made as part of a class action, private attorney general action, or other representative or collective action which Claim shall proceed on an individual basis as set forth more fully in this Arbitration Provision.

**Arbitration Administrators.** One of the following arbitration administrators ("Administrator" or, collectively, "Administrators") will administer the arbitration:

JAMS
1920 Main St., Ste. 300
Irvine, CA 92614
www.jamsadr.com

American Arbitration Ass'n
335 Madison Ave., Floor 10
New York, NY 10017-4605
www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
www.arbitration-forum.com

You may contact any of the Administrators to obtain information about arbitration, arbitration rules and procedures, fee schedules and claims forms.

**Election and Initiation of Arbitration.** You or we may elect arbitration under this Arbitration Provision with respect to any Claim, even if the Claim is part of a lawsuit brought in court. You or we may make a motion or request in court to compel arbitration of any Claim brought as part of any lawsuit. We will not elect or initiate arbitration of any Claim brought in a small claims court (or the equivalent), so long as the Claim remains in that court, is made solely on behalf of an individual or joint account holder and is not made as part of a class action, private attorney general action or other representative or collective action.

The and we must follow the rules of the Administrators to initiate arbitration. If you initiate arbitration, you may choose one of the Administrators, and you must mail us any notice required by the Administrator to P.O. Box 85504, Richmond, VA 23285-5504. If we initiate arbitration, we will choose one of the Administrators, and we will mail you any notice required by the Administrator to your last-known billing address. If we have initiated arbitration, we will change the Administrator at your request if you notify us in writing at the above address within fifteen days of the date of any notice we send you of our initiation of arbitration.

**Procedures and Law Applicable in Arbitration.** This Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by and enforceable under the Federal Arbitration Act (the "FAA"). Questions about whether any Claim is subject to arbitration shall be resolved by interpreting this Arbitration Provision in the broadest way it may be enforced, consistent with the FAA and the terms of this Arbitration Provision. The arbitrator will apply substantive law consistent with the FAA and applicable statutes of limitations, but the validity and enforcement of any class action waiver in a question for a court of competent jurisdiction, not an arbitrator, to decide. The arbitrator may award any damages or other relief permitted by applicable substantive law (but will not have power to review the enforceability or severability of the paragraph "No Consolidation or Joinder of Parties," below), but the award shall determine the rights and obligations of only the named parties and only with respect to the Claims in arbitration. The rules and procedures of the Administrator, which you may obtain from the Administrator, shall govern the arbitration unless they conflict with this Arbitration Provision, in which case this Arbitration Provision will apply. The arbitrator will not be bound by, and this Arbitration Provision shall not be subject to, the federal, state or local rules of procedure and evidence that would apply in any court, or to rules of local laws that relate to arbitration proceedings. You or we may have a hearing in arbitration. Any arbitration hearing that you attend will take place at a location in the federal judicial district that includes your last-known billing address or at some other place upon which you and we agree. You or we may be represented by counsel. If you or we request, the arbitrator will honor claims of privilege recognized under applicable law and will use best efforts to protect confidential information (including through the use of protective orders). The arbitrator will make any award in writing and, at the timely request of either party, will provide a written statement of reasons for the award.

**Costs.** The party initiating arbitration will pay the initial filing fee. You may seek a waiver of the initial filing fee or any of the Administrator's other fees (collectively, "Administrator's Fees") under any applicable rules of the Administrator. If you seek, but do not qualify for, a waiver, we will consider any written request by you for us to pay or reimburse you for all or part of the Administrator's Fees. We also will pay or reimburse you for all or part of the Administrator's Fees if the arbitrator determines there is good reason for us to do so. We will pay any fees and costs we are required to pay by law. Otherwise, and except as provided in this Agreement, you and we will bear all of our respective fees and costs (including the Administrator's Fees and the fees and costs relating to attorneys, experts and witnesses), regardless of who prevails. Allocation of fees and costs relating to appeals in arbitration will be handled in the same manner.

**No Consolidation or Joinder of Parties.** The arbitration of any Claim must proceed on an individual basis, even if the Claim has been asserted in a court as a class action, private attorney general action or other representative or collective action. Unless all parties consent, neither you nor we may join, consolidate or otherwise bring Claims related to two or more accounts, individuals or accountholders in the same arbitration. Also, unless all parties consent, neither you nor we may pursue a class action, private attorney general action or other representative or collective action in arbitration, nor may you or we pursue such actions in Court if any party has elected arbitration. Neither you nor we will have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim as to which arbitration has been elected.

**Judgment, Enforcement, Finality and Appeal.** The arbitrator's decision will be final and binding after fifteen days unless you or we seek an appeal of the award by mailing a written request to the Administrator. The appeal panel, which will consist of three arbitrators, will consider all factual and legal issues anew, will conduct the appeal in the same manner as the initial arbitration and will make decisions based on the vote of the majority. The panel's decision will be final and binding. Any final decision of the arbitrator or of the appeal panel is subject to judicial review only as set forth under the FAA. An award in arbitration will be enforceable under the FAA by any court having jurisdiction.

**Miscellaneous; Waiver, Severability, Survival.** If you or we do not elect arbitration or otherwise enforce this Arbitration Provision in connection with any particular Claim, you or we will not waive any right to require arbitration in connection with that or any other Claim. This Arbitration Provision shall survive: (i) suspension, termination, revocation, closure or changes of this Agreement, your account and your relationship with us; (ii) the bankruptcy or insolvency of any party; and (iii) any transfer of your account, or any amounts owed on your account, to any other person or entity. If any portion of this Arbitration Provision is deemed invalid or unenforceable, the remaining portions of this Arbitration Provision shall nevertheless remain valid and in force. In the event of a conflict or inconsistency between this Arbitration Provision and the other provisions of this Agreement or any other agreement, this Arbitration Provision shall govern. A photocopy or other image of this Agreement and related documents may be used in place of the originals for all purposes including litigation.

© 2005 Capital One Services, Inc. Capital One is a federally registered services mark. All rights reserved.

CAPITAL ONE CYCLE FACSIMILE REPORT                    02/15/2010 - 03/14/2010                    PAGE    238

CYCLE # 14

| | | | | | | |
|---|---|---|---|---|---|---|
| ACCT-ID: | )039 CARD#   9039 | STMT-TYPE: ENGLISH | REWARDS: N | TPC: VP HOLD: 000 | SAC-PGM: | |
| PREV-BALANCE: | $2,199.51 | PYMTS&CREDITS : | $0.00 | INTR CHRGS : | $69.48 | TRANSACTIONS: |

$0.00

| | | | | |
|---|---|---|---|---|
| NEW-BALANCE : | $2,268.99 | MINIMUM PYMT | $671.00 | LATE FEE : | $39.00 | DUE-DATE : 04/11/2010 |
| CREDIT-LIMIT: | 2000 | CREDIT-AVAIL : | 0.00 | CASH-LIMIT : | 2000 | CASH-AVAIL : |

0.00

| | | | | |
|---|---|---|---|---|
| RPAY-TOTMTHS: | 182 | RPAY-TOTCOST : | $4,300.83 | 36MA-MTHPAY : | $81.92 | 36MA-TOTCOST: |

$2,948.96

| | | | | |
|---|---|---|---|---|
| INTEREST-CTD: | $30.48 | INTEREST-YTD : | $93.08 | FEE-AMT-CTD : | $39.00 | FEE-AMT-YTD : |

$195.00

HIGH-LATEFEE:        $39.00   HIGH-PNLTY-APR:        29.40%   OVERALL-APR:     0.000   CLOSE-DATE :     04 ACTIVE
OOB: N MISS-ADDR: N BK-HOLD: N BANKRUPTCY: N LEGAL: N CTC-CHG-IND: NEW: N EBPP: N ARCH: N REASON: 00 HARDCOPY: 04 ACTIVE
WATCH: WO CRED-RVK: PD CUR-PD: 07 CTC IND:      INS: 505 RETURN-MAIL:      CLOSE:     CHARGED-OFF:     XFER:     FRAUD:   OL: 02
MULTI-IND: S PROV-ID: 000001 US   PROF-CNTR: 0000000001 COB   SERVICE-OWNER: 000011 Mainstreet              OL-OPTIN-IND:
                                                              TBAL C/I                                      CORR APR   OL-OPTIN-IND:
                                                              0001 01   BALANCE AMOUNT RATE   0017.900000000 INTEREST CHRGS

DANIEL J FLENTKE                                              2,219.71 00.0490400 0017.900000000

4631 ROSA AVE

30.48

SAINT LOUIS

0.00

MO  6311623531

US

| | | Purchases | 0001 01 | 0.00 00.0682200 0024.900000000 | |
|---|---|---|---|---|---|
| | | Cash | 0002 01 | | |

TRANSACTION DATA SUMMARY

NAME: DANIEL J FLENTKE              CUST TYPE: 0 PRINT AREA: 0 PRINT AREA: 001 NUM OF CREDITS: 0000      AMT OF CREDITS:      $0.00
                                                                           NUM OF PYMTS  : 0000      AMT OF PYMTS  :      $0.00

NO CREDIT TRANSACTIONS FOR THIS CYCLE       CUST TYPE: 0 PRINT AREA: 070 NUM OF DEBITS : 00001      AMT OF DEBITS :      $0.00
NAME: DANIEL J FLENTKE

NO DEBIT TRANSACTIONS FOR THIS CYCLE        CUST TYPE: 0 PRINT AREA: 020 NUM OF DEBITS : 00000      AMT OF DEBITS :      $0.00
NAME: DANIEL J FLENTKE

NAME: DANIEL J FLENTKE              CUST TYPE: 0 PRINT AREA: 090 NUM OF DEBITS : 00001  C/D FC CARD NUMBER
TRANDATE   REFERENCE NUMBER       MERCHANT DESCRIPTION          TRANS-AMOUNT POSTDATE   D  N
03112010                          PAST DUE FEE                  39.00    03112010                    19039

NAME: DANIEL J FLENTKE              CUST TYPE: 0 PRINT AREA: 090 NUM OF DEBITS : 00001  C/D FC CARD NUMBER
TRANDATE   REFERENCE NUMBER       MERCHANT DESCRIPTION          TRANS-AMOUNT POSTDATE   D  D
03132010                          INTEREST CHARGE:PURCHASES     30.48    03132010                    9039

# KRAMER & FRANK, P.C.

9300 DIELMAN IND. DR., STE 100, ST. LOUIS, MO 63132-2205
PHONE: (314)991-1835, (800)288-5437

DIRECT DIAL: (314) 754-6186
DIRECT FAX:   (314) 442-2186

October 7, 2010

Amount Enclosed:_____
Mail to:

#BWNGQPH
#SLFLEDACA6NL012#
DANIEL J FLENTKE
4631 ROSA AVE
SAINT LOUIS  MO 63116-1235

KRAMER & FRANK, P.C.
9300 DIELMAN IND. DR.
ST. LOUIS, MO 63132-2205

To ensure proper credit, please tear off and return this portion with your payment and include our file # on the check.

RE:  CAPITAL ONE BANK USA NA
REF: DANIEL J FLENTKE - Account:  XXXXXXXXXXXX9039
Balance Due:  $2455.93
Refer to our file #: 92410687    Dept: NL

Dear Mr. Flentke:

Our client is offering a settlement on the above-referenced
account.  Please call my office immediately to discuss how to
take advantage of this special offer.  We are not obligated to
renew this offer.

| |
|---|
| **PAY ONLINE: www.kfpay.com** |
| To discuss this account, contact **HEATHER KING**,<br>COLLECTION ADMINISTRATOR, at **(314) 754-6186**. |

This communication is from a debt collector attempting to collect
a debt, and any information obtained will be used for that purpose.

```
                    TRANSMISSION VERIFICATION REPORT

                                    TIME  : 12/07/2010 22:35
                                    NAME  : GOLDBERG LAW FIRM
                                    FAX   : 3147711903
                                    TEL   : 3147711900
                                    SER.# : BROA4J190269


    DATE,TIME              12/07  22:34
    FAX NO./NAME           9910485
    DURATION              00:00:46
    PAGE(S)               03
    RESULT               OK
    MODE                 STANDARD
```

# GOLDBERG LAW FIRM, LLC.

## THE LONDON HOUSE

## 1014 LAMI HISTORIC SOULARD 63104

## PHONE (314) 771-1900   FAX (314) 771-1903

This Facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEDGED and which is intended only for the use of the Addressee(s) named below. If you are not the intended recipient of this facsimile , or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone so that immediate return arrangements can be consummated.

## FACSIMILE TRANSMITTAL SHEET

| TO | FROM: |
|---|---|
| Irwin James Frankel | Nathan H. Goldberg, Attorney at Law |
| COMPANY: | DATE: |
| Kramer & Frank | DECEMBER 6, 2010 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 314 991-0485 | (3) pages |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| 314-754-6100 | |
| RE: | YOUR REFERENCE NUMBER: |
| Daniel Flentke | **Case No.: 1022-AC16368** |

☑ **URGENT**   ☐ FOR REVIEW   ☐ PLEASE WRITE BACK   ☐ PLEASE FAX BACK   ☐ PLEASE PHONE

## MESSAGE/ADDITIONAL INSTRUCTIONS:

IN THE 22nd JUDICIAL CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

In re:                               )

                                 ) Case No. 1022-AC16368

Capital One Bank         )

                                 )

     Plaintiff              )

                v.        ) Division 27

                                 )

Daniel J. Flentke        )

     Defendants          )

                                 )

## **ENTRY OF APPEARANCE AND REQUEST FOR CONTINUANCE**

COMES NOW Nathan H. Goldberg, Goldberg Law Firm, LLC, 6901 Gravois, St. Louis, MO and enters his appearance on behalf of the Defendant, Daniel J. Flentke in the above-captioned cause on this 6th day of December 2010 and asks for thirty days before any other orders are entered to examine the record, the files, meet with all appropriate parties, and possibly file bankruptcy.

Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

/S/ _____
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com

CERTIFICATE OF SERVICE

I hereby certify that copy the above foregoing was mailed first class, postage prepaid, this 6th day of December 2010.

Irwin James Frankel
9300 Dielman Industrial Dr.
Suite 100
St. Louis, MO 63132

Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

/S/ _____
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com

FILED
CIRCUIT CLERKS OFFICE
MARLING V. FAVAZZA
10 DEC -7 PM 9: 54
PURCHASING

IN THE 22nd JUDICIAL CIRCUIT CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

In re:                                    )
                                          ) Case No. 1022-AC16368
        Capital One Bank                  )
                                          )
            Plaintiff                     )
                         v.               ) Division 27
                                          )
        Daniel J. Flentke                 )
            Defendants                    )
                                          )

## ENTRY OF APPEARANCE AND REQUEST FOR CONTINUANCE

COMES NOW Nathan H. Goldberg, Goldberg Law Firm, LLC, 6901 Gravois, St. Louis, MO and enters his appearance on behalf of the Defendant, Daniel J. Flentke in the above-captioned cause on this 6th day of December 2010 and asks for thirty days before any other orders are entered to examine the record, the files, meet with all appropriate parties, and possibly file bankruptcy.

                            Respectfully Submitted,
                            GOLDBERG LAW FIRM, LLC

                            /S/ _____

                            Attorney at Law
                            EDMO 3231, MO 37321
                            6901 Gravois
                            St. Louis, MO 63116
                            314-771-1900
                            314-771-1903 fax
                            nathan@goldberglawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that copy the above foregoing was mailed first class, postage prepaid, this 6th day of December 2010.

Irwin James Frankel
9300 Dielman Industrial Dr.
Suite 100
St. Louis, MO 63132

Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

/S/
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com



Search for Cases by: Select Search Method... ▼

| Judicial Links | Court Links | Help | Contact Us | Print | | Logon |

## 22nd Judicial Circuit (City of St. Louis)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

### 1022-AC16368 - CAPITAL ONE BANK V DANIEL J FLENTKE

This information is provided as a service and is not considered an official court record.

**Judge/Commissioner Assigned:** HOGAN, ELIZABETH BYRNE

**Location:** City of St. Louis

**Disposition:** Not Disposed

**Date Filed:** 11/04/2010

**Case Type:** AC Breach of Contract

Case.net Version 5.9.4.2                    Return to Top of Page                    Released 10/01/2010



Search for Cases by: Select Search Method...

Judicial Links | Court Links | Help | Contact Us | Print                    Logon

## 22nd Judicial Circuit (City of St. Louis)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

### 1022-AC16368 - CAPITAL ONE BANK V DANIEL J FLENTKE

This information is provided as a service and is not considered an official court record.

**CAPITAL ONE BANK USA NA ,**
**Plaintiff**

represented by

**FRANKEL , IRWIN JAMES , Attorney for Plaintiff**

C/O TSYS DEBT MANAGEMENT
6356 CORLEY RD
NORCROSS, GA 30071-6700

9300 DIELMAN INDUST DR,
Ste 100
SAINT LOUIS, MO 63132
**Business:** (314) 754-6111

FAX# 314 991-0485

**FLENTKE , DANIEL J , Defendant**
4631 ROSA AVE
SAINT LOUIS, MO 63116

Case.net Version 5.9.4.2             Return to Top of Page          Released 10/01/2010

12-6-10
Fax EOA to 314 991-0485
Called & L/m was unable to slw anyone!
unable to slw heather and
12/7 slw heather both cases will be
cont.
court on one was set for 12-7
other court date was set for 1-11-11

 **Your Missouri Courts**

Search for Cases by: Select Search Method... ▾



Judicial Links | Court Links | Help | Contact Us | Print                                    Logon

| 22nd Judicial Circuit (City of St. Louis) |
| --- |

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

### 1022-AC16368 - CAPITAL ONE BANK V DANIEL J FLENTKE

This information is provided as a service and is not considered an official court record.
Displaying **1** thru **4** of **4** records for all dockets returned for case **1022-AC16368**.

| | | |
| --- | --- | --- |
| **11/04/2010** | Docket Entry: | Judge Assigned |
| | Docket Entry: | Pet Filed in Associate Ct |
| | Docket Entry: | Hearing Scheduled |
| | Associated Events: | 12/07/2010 , 09:30:00 - Hearing |
| **11/08/2010** | Docket Entry: | Summons Issued-Associate |
| | Text: | Document ID: 10-ADSM-11782, for FLENTKE, DANIEL J. |

Displaying **1** thru **4** of **4** records for all dockets returned for case **1022-AC16368**.

Case.net Version 5.9.4.2                    Return to Top of Page                    Released 10/01/2010



Search for Cases by: Select Search Method... ▼

Judicial Links  |  Court Links  |  Help  |  Contact Us  |  Print                    Logon

## 22nd Judicial Circuit (City of St. Louis)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

### 1022-AC16368 - CAPITAL ONE BANK V DANIEL J FLENTKE

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.
Displaying 1 thru 1 of 1 service records returned for case
   **1022-AC16368**.

#### Issuance

**Issued To:** FLENTKE, DANIEL J          **Date Issued:** 11/08/2010

**Document Issued:** Associate Division Summons          **Due Date:** 01/07/2011

**Document ID:** 10-ADSM-11782

#### Return (Information not yet on file)

Displaying 1 thru 1 of 1 service records returned for case
   **1022-AC16368**.

---

Case.net Version 5.9.4.2                    Return to Top of Page                    Released 10/01/2010



Search for Cases by: Select Search Method... ▼

Judicial Links | Court Links | Help | Contact Us | Print

Logon

## 22nd Judicial Circuit (City of St. Louis)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

### 1022-AC16368 - CAPITAL ONE BANK V DANIEL J FLENTKE

This information is provided as a service and is not considered an official court record. If an event is continued or cancelled it will not appear on this calendar. Displaying 1 thru 1 of 1 scheduled hearings and trials returned for case 1022-AC16368.

**TUESDAY, DECEMBER 7, 2010**

| Judge/Commissioner | Time | Day | Setting | Event |
|---|---|---|---|---|
| ELIZABETH BYRNE HOGAN | 9:30 AM | 1 OF 1 | | Hearing |
| Event Text: | | | | Location:Division 27 City of St. Louis |

Displaying 1 thru 1 of 1 scheduled hearings and trials returned for case **1022-AC16368**.

Case.net Version 5.9.4.2                  Return to Top of Page                  Released 10/01/2010

 **at&t**

| | |
|---|---|
| Past Due Amount: | $213.97 |
| Total Amount Due: | $247.31 |
| Account Number: | 392878929 |
| Date: | September 15, 2010 |

Wireless Number(s): 314-614-6928

DANIEL FLENTKE:

Regretfully, we have canceled your wireless service because your account remains unpaid. Our records reflect an unpaid balance of $247.31. If your account remains unpaid, AT&T Mobility may be left with no alternative but to refer your account to a collection agency. This may result in a negative reference on your credit report if the past-due amount remains unpaid.

If you have already made your payment, please disregard this reminder. If not, please remit payment immediately using the remittance slip and envelope. For your convenience, you may also pay by major credit card, debit card or electronic check by calling 1-800-947-5096.

If you have any questions about your account, please call us at 1-800-947-5096 and an AT&T Representative will be glad to assist you.

Thank you for your prompt attention to this matter.

*1801 Valley View Lane*
*Dallas, TX 75234-8906*

Return the portion below with payment only to AT&T Mobility.

8185.1.37.11755 1 AT 0.357
DANIEL FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

| | |
|---|---|
| Account Number: | **392878929** |
| Total Amount Due: | **$247.31** |
| **Amount Paid:** | |
| $ | |

*Please do not send correspondence with payment.*

**Please mail check payable to:**

AT&T Mobility
PO Box 650553
Dallas, TX 75265-0553

9370000039287892900000000002139700000024731004

 **at&t**

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number**
314-614-6928

| | |
|---|---|
| Previous Balance | 213.97 |
| Payment Posted | 0.00 |
| PAST DUE BALANCE | 213.97 |
| Payable Immediately | |
| Monthly Service Charges | 21.66 |
| Usage Charges | 2.00 |
| Credits/Adjustments/Other Charges | 7.61 |
| Government Fees & Taxes | 2.07 |
| TOTAL CURRENT CHARGES | 33.34 |
| Due Sep 26, 2010 | |
| Late fees assessed after Oct 06 | |

**Total Amount Due  $247.31**

This bill reflects charges that do not appear on the previous statement.

### ***This Bill Includes A Past Due Balance***

If payment has already been made, thank you, please disregard. If not, payment must be made immediately. Please send your payment, including current charges, in the enclosed envelope. You may also pay 24 hours a day, by major credit card or electronic check at 1-800-331-0500, or att.com/MyWireless. If your service is suspended, a reconnection fee will apply. If you have questions regarding your account, contact us at 1-800-947-5096.

*2321 N. UNIVERSITY*
*LUBBOCK, TX 79415-1717*

#BWNJSZT
#090003928789294#
6364.7.271.56168 1 AV 0.335
DANIEL FLENTKE
4631 ROSA AVE
SAINT LOUIS MO 63116-1235

**Return the portion below with payment only to AT&T Mobility.** ✂

| | |
|---|---|
| Account Number: | 392878929 |
| Total Amount Due: | $247.31 |
| Amount Paid: | |
| $ | |

*\* Please do not send correspondence with payment.*

☐ **Yes, enroll me in AutoPay**
   **Signature required on reverse**

**Please Mail Check Payable To:**

AT&T Mobility
PO Box 650553
Dallas, TX 75265-0553

9370000039287892900000000000333400000024731009

# Citi® Diamond Preferred® Rewards Card



**Account Activity**
Nov 06–Dec 07, 2010

**Account Number**
5424 1806 9104 2268

**How To Reach Us**
1-800-846-8444

**Customer Service**
BOX 6000
THE LAKES, NV
89163-6000

www.citicards.com

**Account Member**
DANIEL J FLENTKE

**Member Since 2008**

| Minimum Payment Due: | New Balance: |
|---|---|
| **$555.24** | **$555.24** |

**Payment Due Date:**
**01/03/2011** — Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $555 |

For information about credit counseling services, call 1-877-337-8188.

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $546.91 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$8.33 |
| **New Balance** | **$555.24** |
| Past Due Amount | $490.99 |
| Amt. Over Credit Limit | $44.25 |
| Credit Limit | $500 |
| Available Credit | $0 |
| Cash Advance Limit | $200 |
| Available Cash Limit | $0 |
| Statement Closing Date | 12/07/2010 |
| Days In Billing Cycle | 32 |

### Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

### Interest Charged

| | Post | Description | Amount |
|---|---|---|---|
| | 12/07 | INTEREST CHARGED TO STANDARD PURCH | 8.33 |
| | | TOTAL INTEREST FOR THIS PERIOD | 8.33 |

### 2010 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total Interest charged in 2010 | $87.69 |

### Categorized Purchase Activity

| Air Travel | Auto Rental | Entertainment | Health Care | Lodging | Merchandise |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Miscellaneous | Organizations | Other Travel | Restaurants | Services | Vehicle Services |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 17.240% (V) | $550.93 (D) | $8.33 |
| **ADVANCES** | | | |
| Standard Adv | 25.240% (V) | $0.00 (D) | $0.00 |

date paid _____ amount paid _____ check # _____     Detach and follow payment instructions on reverse

www.citicards.com

Make check payable to: **Citi Cards**

1542418069104226A 0055524 0055524 000540D 051A

# Earnings Statement

SWITZER INDUSTRIES INC.
2616 S. 3RD ST
ST. LOUIS, MO 63118

Period Ending:      03/06/2010
Pay Date:           03/12/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        2
  MO:             1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1,040.00 | 5,949.19 |
| Overtime | 19.5000 | 6.17 | 120.32 | 308.89 |
| Bonus | | | | 1,244.10 |
| Holiday | | | | 260.00 |
| **Gross Pay** | | | **$1,160.32** | 7,762.18 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -35.07 | 318.96 |
| | Social Security Tax | -71.94 | 481.26 |
| | Medicare Tax | -16.82 | 112.55 |
| | MO State Income Tax | -28.00 | 209.00 |
| | St. Louis Income Tax | -11.60 | 77.62 |
| | **Net Pay** | | **$996.89** |

Your federal taxable wages this period are
$1,160.32

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

```
CO.    FILE    DEPT.   CLOCK  NUMBER      069
Q2M    100150  100            0037242054  2
```

# Earnings Statement



*SWITZER INDUSTRIES INC.*
*2616 S. 3RD ST*
*ST. LOUIS, MO 63118*

Period Ending:        03/20/2010
Pay Date:             03/26/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        2
  MO:             1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 73.12 | 950.56 | 6,899.75 |
| Bonus | | | 64.35 | 1,630.85 |
| Personal | 13.0000 | 13.37 | 173.81 | 173.81 |
| Overtime | | | | 308.89 |
| Holiday | | | | 260.00 |
| **Gross Pay** | | | **$1,188.72** | 9,273.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.91 | 356.87 |
| | Social Security Tax | -73.70 | 574.94 |
| | Medicare Tax | -17.23 | 134.46 |
| | MO State Income Tax | -29.00 | 238.00 |
| | St. Louis Income Tax | -11.89 | 92.73 |
| | **Net Pay** | | **$1,018.99** |

Your federal taxable wages this period are
$1,188.72

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

*SWITZER INDUSTRIES INC.*
*2616 S. 3RD ST*
*ST. LOUIS, MO 63118*

Period Ending:      04/03/2010
Pay Date:           04/09/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         2
  MO:              1

**ERIC  PLANT**
**625  FAIRWICK  DRIVE**
**OAKVILLE,  MO  63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1,040.00 | 7,939.75 |
| Bonus | | | 98.80 | 1,729.65 |
| Overtime | | | | 308.89 |
| Holiday | | | | 260.00 |
| Personal | | | | 173.81 |
| **Gross Pay** | | | **$1,138.80** | 10,412.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -32.92 | 389.79 |
| | Social Security Tax | -70.61 | 645.55 |
| | Medicare Tax | -16.52 | 150.98 |
| | MO State Income Tax | -27.00 | 265.00 |
| | St. Louis Income Tax | -11.39 | 104.12 |
| | **Net Pay** | **$980.36** | |

Your federal taxable wages this period are
$1,138.80

©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement



SWITZER INDUSTRIES INC.
2616 S. 3RD ST
ST. LOUIS, MO 63118

Period Ending:      04/17/2010
Pay Date:           04/23/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:         2
    MO:              1

**ERIC PLANT
625 FAIRWICK DRIVE
OAKVILLE, MO  63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 64.00 | 832.00 | 8,771.75 |
| Bonus |  |  | 100.88 | 1,830.53 |
| Overtime |  |  |  | 308.89 |
| Holiday |  |  |  | 260.00 |
| Personal |  |  |  | 173.81 |
| | Gross Pay | | **$932.88** | 11,344.98 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -12.33 | 402.12 |
|  | Social Security Tax | -57.84 | 703.39 |
|  | Medicare Tax | -13.52 | 164.50 |
|  | MO State Income Tax | -15.00 | 280.00 |
|  | St. Louis Income Tax | -9.33 | 113.45 |
|  | Net Pay | **$824.86** |  |

Your federal taxable wages this period are $932.88

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

# Earnings Statement

SWITZER INDUSTRIES INC.
2616 S. 3RD ST
ST. LOUIS, MO 63118

Period Ending:      05/01/2010
Pay Date:           05/07/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     2
  MO:          1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 74.58 | 969.54 | 9,741.29 |
| Bonus | | | 85.80 | 1,916.33 |
| Personal | 13.0000 | 5.40 | 70.20 | 244.01 |
| Overtime | | | | 308.89 |
| Holiday | | | | 260.00 |
| **Gross Pay** | | | **$1,125.54** | 12,470.52 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -31.59 | 433.71 |
| | Social Security Tax | -69.78 | 773.17 |
| | Medicare Tax | -16.32 | 180.82 |
| | MO State Income Tax | -26.00 | 306.00 |
| | St. Louis Income Tax | -11.26 | 124.71 |
| | **Net Pay** | | **$970.59** |

Your federal taxable wages this period are
$1,125.54

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**ADP**

*SWITZER INDUSTRIES INC.*
*2616 S. 3RD ST*
*ST. LOUIS, MO 63118*

| | |
| --- | --- |
| Period Ending: | 05/15/2010 |
| Pay Date: | 05/21/2010 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:     2
   MO:        1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| **Earnings** | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 13.0000 | 79.78 | 1,037.14 | 10,778.43 |
| Bonus | | | 46.80 | 1,963.13 |
| Overtime | | | | 308.89 |
| Holiday | | | | 260.00 |
| Personal | | | | 244.01 |
| **Gross Pay** | | | **$1,083.94** | 13,554.46 |

| **Deductions** | **Statutory** | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -27.43 | 461.14 |
| | Social Security Tax | -67.21 | 840.38 |
| | Medicare Tax | -15.72 | 196.54 |
| | MO State Income Tax | -24.00 | 330.00 |
| | St. Louis Income Tax | -10.84 | 135.55 |
| | **Net Pay** | | **$938.74** |

Your federal taxable wages this period are
$1,083.94

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

SWITZER INDUSTRIES INC.
2616 S. 3RD ST
ST. LOUIS, MO 63118

Period Ending:     05/29/2010
Pay Date:          06/04/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:     2
   MO:          1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1,040.00 | 11,818.43 |
| Bonus | | | 78.00 | 2,041.13 |
| Overtime | | | | 308.89 |
| Holiday | | | | 260.00 |
| Personal | | | | 244.01 |
| **Gross Pay** | | | **$1,118.00** | 14,672.46 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.84 | 491.98 |
| | Social Security Tax | -69.31 | 909.69 |
| | Medicare Tax | -16.21 | 212.75 |
| | MO State Income Tax | -25.00 | 355.00 |
| | St. Louis Income Tax | -11.18 | 146.73 |
| | **Net Pay** | **$965.46** | |

Your federal taxable wages this period are
$1,118.00

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

# Earnings Statement

**ADP**

Period Ending: 06/12/2010
Pay Date: 06/18/2010

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    MO: 1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 64.70 | 841.10 | 12,659.53 |
| Bonus | | | 113.10 | 2,154.23 |
| Holiday | 13.0000 | 10.00 | 130.00 | 390.00 |
| Overtime | | | | 308.89 |
| Personal | | | | 244.01 |
| **Gross Pay** | | | **$1,084.20** | 15,756.66 |

| Deductions | Statutory | | |
|------------|-----------|-----|-----|
| | Federal Income Tax | -27.46 | 519.44 |
| | Social Security Tax | -67.22 | 976.91 |
| | Medicare Tax | -15.72 | 228.47 |
| | MO State Income Tax | -24.00 | 379.00 |
| | St. Louis Income Tax | -10.84 | 157.57 |
| | **Net Pay** | | **$938.96** |

Your federal taxable wages this period are
$1,084.20

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

*SWITZER INDUSTRIES INC.*
*2616 S. 3RD ST*
*ST. LOUIS, MO 63118*

Period Ending:     06/26/2010
Pay Date:          07/02/2010

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:      2
  MO:           1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 70.00 | 910.00 | 13,569.53 |
| Bonus | | | 70.20 | 2,224.43 |
| Overtime | | | | 308.89 |
| Holiday | | | | 390.00 |
| Personal | | | | 244.01 |
| **Gross Pay** | | | **$980.20** | 16,736.86 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -17.06 | 536.50 |
| Social Security Tax | -60.78 | 1,037.69 |
| Medicare Tax | -14.21 | 242.68 |
| MO State Income Tax | -18.00 | 397.00 |
| St. Louis Income Tax | -9.80 | 167.37 |
| **Net Pay** | **$860.35** | |

Your federal taxable wages this period are $980.20

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**ADP**

*SWITZER INDUSTRIES INC.*
*2616 S. 3RD ST*
*ST. LOUIS, MO 63118*

Period Ending: 07/10/2010
Pay Date: 07/16/2010

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   MO: 1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 67.28 | 874.64 | 14,444.17 |
| Bonus | | | 75.40 | 2,299.83 |
| Holiday | 13.0000 | 10.00 | 130.00 | 520.00 |
| Overtime | | | | 308.89 |
| Personal | | | | 244.01 |
| **Gross Pay** | | | **$1,080.04** | 17,816.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.04 | 563.54 |
| | Social Security Tax | -66.96 | 1,104.65 |
| | Medicare Tax | -15.67 | 258.35 |
| | MO State Income Tax | -23.00 | 420.00 |
| | St. Louis Income Tax | -10.80 | 178.17 |
| | **Net Pay** | | **$936.57** |

Your federal taxable wages this period are
$1,080.04

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement



SWITZER INDUSTRIES INC.
2616 S. 3RD ST
ST. LOUIS, MO 63118

Period Ending: 07/24/2010
Pay Date: 07/30/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
MO: 1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 79.00 | 1,027.00 | 15,471.17 |
| Bonus | | | 56.68 | 2,356.51 |
| Overtime | | | | 308.89 |
| Holiday | | | | 520.00 |
| Personal | | | | 244.01 |
| **Gross Pay** | | | **$1,083.68** | 18,900.58 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -27.41 | 590.95 |
| | Social Security Tax | -67.19 | 1,171.84 |
| | Medicare Tax | -15.71 | 274.06 |
| | MO State Income Tax | -24.00 | 444.00 |
| | St. Louis Income Tax | -10.84 | 189.01 |
| | **Net Pay** | | **$938.53** |

Your federal taxable wages this period are
$1,083.68

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

ADP®

SWITZER INDUSTRIES INC.
2616 S. 3RD ST
ST. LOUIS, MO 63118

Period Ending:     08/07/2010
Pay Date:          08/13/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        2
  MO:             1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 13.0000 | 79.87 | 1,038.31 | 16,509.48 |
| Bonus    |      |       | 228.46   | 2,584.97 |
| Overtime |      |       |          | 308.89 |
| Holiday  |      |       |          | 520.00 |
| Personal |      |       |          | 244.01 |
| **Gross Pay** | | | **$1,266.77** | 20,167.35 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -47.90 | 638.85 |
| | Social Security Tax | -78.54 | 1,250.38 |
| | Medicare Tax | -18.37 | 292.43 |
| | MO State Income Tax | -33.00 | 477.00 |
| | St. Louis Income Tax | -12.67 | 201.68 |
| | **Net Pay** | | **$1,076.29** |

Your federal taxable wages this period are
$1,266.77

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

SWITZER INDUSTRIES INC.
2616 S. 3RD ST
ST. LOUIS, MO 63118

Period Ending: 08/21/2010
Pay Date: 08/27/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  MO: 1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO 63129-2603**

Social Security Number: XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 80.00 | 1,040.00 | 17,549.48 |
| Overtime | 19.5000 | 7.00 | 136.50 | 445.39 |
| Bonus | | | 114.40 | 2,699.37 |
| Holiday | | | | 520.00 |
| Personal | | | | 244.01 |
| **Gross Pay** | | | **$1,290.90** | 21,458.25 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -51.52 | 690.37 |
| | Social Security Tax | -80.03 | 1,330.41 |
| | Medicare Tax | -18.71 | 311.14 |
| | MO State Income Tax | -35.00 | 512.00 |
| | St. Louis Income Tax | -12.91 | 214.59 |
| | **Net Pay** | | **$1,092.73** |

Your federal taxable wages this period are
$1,290.90

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**ADP**®

*SWITZER INDUSTRIES INC.*
*2616 S. 3RD ST*
*ST. LOUIS, MO 63118*

Period Ending:     09/18/2010
Pay Date:          09/24/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:          2
    MO:               1

**ERIC PLANT**
**625 FAIRWICK DRIVE**
**OAKVILLE, MO  63129-2603**

Social Security Number:  XXX-XX-9184

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.2500 | 80.00 | 1,060.00 | 19,404.48 |
| Overtime | 19.8750 | 10.23 | 203.32 | 648.71 |
| Bonus | | | 143.10 | 2,921.97 |
| Holiday | 13.2500 | 10.00 | 132.50 | 652.50 |
| Personal | | | | 244.01 |
| Vacation | | | | 265.00 |
| **Gross Pay** | | | **$1,538.92** | 24,136.67 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -88.72 | 812.08 |
| | Social Security Tax | -95.41 | 1,496.47 |
| | Medicare Tax | -22.31 | 349.98 |
| | MO State Income Tax | -47.00 | 586.00 |
| | St. Louis Income Tax | -15.39 | 241.38 |
| | **Net Pay** | **$1,270.09** | |

Your federal taxable wages this period are
$1,538.92

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# STATEMENT OF INFORMATION REQUIRED by 11 U.S.C. § 341 AS OF 4/1/2007

## INTRODUCTION
Pursuant to the Bankruptcy Report Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of:

1. The potential consequences of seeking a discharge in a bankruptcy, including the effects on credit history;
2. The effect of receiving a discharge of debts;
3. The effect of reaffirming a debt; and
4. Your ability to file a petition under a different Chapter of the Bankruptcy Code.

There are may other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?
The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records, or make a false oath. Creditors cannot ask you to pay any debts which have been discharge. You can only receive a Chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?
The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules that you incurred after bankruptcy filing.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?
After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirming agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary – they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt. Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within 60 days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS
You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you already filed for relief, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under a chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt for these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which must also be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three to five year period and it must be approved by the court. Plan payments are made through a Chapter 12 trustee, who also monitors the debtors' farming operation during the pendency of the plan.

Finally, Chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each Chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtors must pay the Chapter 13 trustee amounts set forth in their plan. Debtors receive a discharge after they complete their Chapter 13 repayment plan. chapter 13 is only available to individuals with regular income whose debts do not excel $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).
**PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

REAL ESTATE OWNED: YES NO (circle one)

ADDRESS _____ RESIDENCE INCOME COMMERCIAL (circle one)

Year acquired _1998_ Price _80,000_ Payoff _140,000_ Value _140,000_ Current: yes no How late _____

ADDRESS _____ RESIDENCE INCOME COMMERCIAL (circle one)

Year acquired _____ Price _____ Payoff _____ Value _____ Current: yes no How late _____

ADDRESS _____ RESIDENCE INCOME COMMERCIAL (circle one)

Year acquired _____ Price _____ Payoff _____ Value _____ Current: yes no How late _____

MOBILE HOMES: YES NO TYPE OF TAX: PP RE

ADDRESS _____

Year acquired _____ Price _____ Payoff _____ Value _____ Current: yes no How late _____

ADDRESS _____

Year acquired _____ Price _____ Payoff _____ Value _____ Current: yes no How late _____

MOTOR VEHICLES OWNED

01 Make _Dodge_ Model _Neon_ Payoff _0_ Today's Value _____ Current: yes no Mileage _____

Make _____ Model _____ Payoff _____ Today's value _____ Current: yes no Mileage _____

Make _____ Model _____ Payoff _____ Today's value _____ Current: yes no Mileage _____

Make _____ Model _____ Payoff _____ Today's value _____ Current: yes no Mileage _____

QUOTED PRICE _1000_ COURT COSTS _275_ APPOINTMENT: YES NO Date _____ Time _____

$ Due 1st Visit _____

Contingency Statement: _____

NOTES: _here's D available 11/9@1 4/10@1 4/11 @ 3:30 Appt -_

Type of Debtor: (Individual) Joint H/W  Marital Status: Married Divorced Separated (Single) Widow Widower  Chapter: 7 13

Nature of Debt: (Consumer) Business        Form  Revised 1/5/09        INTAKE DATE:_____

Home _____ Work 314 427 3300 ext 202  Spouse Work _____
Cell 314 536 1007  Spouse Cell _____  Fax #'s _____
              Email      DFlentke@fastrans.com
Email & Other Phone #'s: Girlfriend/Boyfriend/Significant others/Nearest Relatives
Daniel        Joseph     flentke     1-20-62        490729616
First Name     Middle        Last        DOB    Age        SS#____Verified

First Name     Middle        Last        DOB    Age        SS#____Verified

Other Names In Last 8 Years:  (Maiden Names, Hyphenated Names, Alias', Etc. FKA or AKA)
4631 Rosa Ave     St Louis    MO   63116    St.Louis City / 12 yrs
Street (Home Address)        City/ State /Zip        County        Dates @

Mailing Address  (if different from home address above)

[PRIOR CASES]
7 X 13___ Date 2/2/89   Case # 4:89-bk-41771 District EDMO Discharged 8/89 Dismissed_____
7____ 13___ Date _____ Case # _____ District _____ Discharged_____ Dismissed_____

Attorney fees paid/ to be paid $875  2000 - 1000

Description (age/type/etc) Single family home        [SCHEDULE A&D] [REAL ESTATE RESIDENCE]
Purchase Date 10/98   Purchase Price 81,000    H/W/J  Fee Simple   T by E        Tenant in Common
1st Mortgage Bank of America
              Name                Address
Claim Amount $144,000   Value 125,000   Account # _____ Date Incurred_____

Reaffirm: Yes  No  Current: Yes  No  # Mos_____ (  ) Fax_____ Phone_____

2nd Mortgage _____
              Name                Address
Claim Amount _____ Account #_____ Current: Yes No    #Mos_____

Reaffirm: Yes  No  Fax #_____ Phone # _____ Date Incurred_____

3rd Mortgage _____
              Name                Address
Claim Amount _____ Account #_____ Current: Yes No    #Mos _____

Reaffirm:Yes_____ or No_____ Fax #_____ Phone # _____ Date Incurred_____
[2nd REAL ESTATE] _____
[LAKE LOT, TIME SHARE, 2ND HOME, ETC]   Description (age/type/etc)
Purchase Date_____ Purchase Price_____    H/W/J  Fee Simple   T by E    Tenant in Common
1st Mortgage _____
              Name                Address
Claim Amount _____ Value _____ Account #_____

Reaffirm:Yes  No  Current:Yes  No  # Mos_____ Fax_____ Phone_____ Date Incurred_____

2nd Mortgage _____
              Name                Address
Claim Amount _____ Account #_____ Current: Yes No    #Mos_____
Reaffirm: Yes  No  Fax #_____ Phone #_____ Date Incurred_____

1

**Schedule E•** [Except Real Estate Taxes, List All Taxes Less Than 3 Years Old & Back Child Support & Back Alimony]

Creditor Name/address_____ type_____ Amount _____

Creditor Name/address_____ type_____ Amount _____

Creditor Name/address_____ type_____ Amount _____

Creditor Name/address_____ type_____ Amount _____

**Schedule G•** List all Leases except your apartment & any contracts to buy property or a business not already listed]

Name/address_____ Type_____

Name/address_____ Type_____

**Schedule H•** [Co-debtors: anyone else on any loans, bills, old utilities, moho loans, house loans, car loans, credit cards, etc]

| Co-Debtor  Name/Address | Creditor Name/Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

### • SCHEDULE I• [INCOME OF ENTIRE HOUSEHOLD]

[Marital Status:]

[Dependents: Any ages, kids, adults, etc]

| | Age | Relationship | Age | Relationship |
|---|---|---|---|---|
| _____ Married/ # of years_____ | | | | |
| _____ Married Separated/ # of years_____ | _____ | _____ | _____ | _____ |
| _____ Divorced/ # of years_____ | _____ | _____ | _____ | _____ |
| _____ Widowed/ # of years_____ | _____ | _____ | _____ | _____ |
| X Single/ never married | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

_____
Employer Name/Address                          Occupation              How Long Employed

_____
Spouse Employer Name/Address                    Occupation              How Long Employed

(Debtor) $PER HR_____  X _____ HRS PER WK= $_____ PER WK  X 52 Wks Divided by 12 months = $_____Month

(Debtor) $PER HR_____  X _____ HRS PER WK= $_____ PER WK  X 52 Wks Divided by 12 months = $_____Month

                                                        Debtor          Spouse

**If salary, list monthly gross salary on this line** ........................................  _____   _____

3

| | | |
|---|---|---|
| **Charitable contributions to churches, organizations**, etc. (must be on the financial statements #7) | $ | |
| **Insurance: Homeowners or Renters** (not deducted from paycheck or paid in mortgage) | $ | |
| **Insurance: Life** (not deducted from paycheck) | $ | |
| **Insurance: Health or Disability** (not deducted from paycheck) | $ | |
| **Insurance: Auto/ Motor Vehicle(s)** | $ 1200 per year | |
| **Taxes** (not from paycheck but personal property, other taxes, real estate taxes not in the mortgage) (circle please) | $ 40 city taxes | |
| Installment payments not in plan: Auto 1 Model:_____ Amount _____ Other: Auto 2 Model_____ Amount _____ Other: Student loans Reaffs on Amount | $ | |
| **Alimony, child support, monies** paid to help family members, or others at your home (circle please or describe) | $ | |
| Payments for dependents or support of others not living at your home (like kids in college) (describe) | $ | |
| Business expenses from operation of business or farm (circle please) | $ | |
| Other: (circle please) Daycare / babysitting / Latchkey / Preschool | $ | |
| Hygiene / Toiletries / Haircuts | $ 35 | |
| (circle please) Eldercare ( your parents, grandparents, etc.) | $ | |
| Vehicle repairs/maintenance/service/inspections/tags | $ 40 | |
| (circle please) School Costs (college, elementary, trade, religious, etc.) | $ | |
| (circle please) Non-dischargeable debts (taxes, student loans, etc) | $ | |
| OTHER: (Be Specific) | | |

**TOTAL EXPENSES** $_____ $_____

- **STATEMENT OF FINANCIAL AFFAIRS • [SOFA]**
  Income from employment or operation of business
1. Employment $ **D: 10**/_____ 09/_____ 08/_____ **SP 10**/_____ 09/_____ 08/_____

2. **Other types of income**     **D** 10/_____       **D** 09/_____ _____
   (**unemployment, welfare, Pensions**     Types            Types
   food stamps, Social Security,   **SP 10**/_____ _____ **SP 09**/_____ _____
   alimony, child support, trusts, inheritances)    Types        Types

3a, b. Within the last 90days did any one unsecured non tax creditor get more than $1000.00?

| name | address | dates of payments | amount Paid |
|---|---|---|---|
| name | address | dates of payments | amount Paid |

3c. Payments within one year to insiders ? _____
(relatives, shareholders, partners, officers, directors) Creditor name address/ dates of payment/amount paid/relationship to debtor

4a. Any lawsuits debtor was party to within one year ?
Caption of suit/Case #    nature of proceeding    Court/ location        Status of disposition
Capital one    Breach contract    Div 27

b. Execution, garnishments and attachments, within one year ? _____
(creditor/ Date of seizure /description and value of property.)

Repossessions, foreclosures, returns, deeds in lieu within one year? Creditor name/ address/ date of repo, foreclosure, return/ description value of property

5

GOLDBERG LAW FIRM, LLC
The London House
Soulard, MO 63104
314-771-1900
314-771-1903 fax

COOPERATION
DOCUMENT PRODUCTION
PRODUCE THE PAPERWORK
KNOW YOUR LIFE
GET IT DONE

BANKRUPTCY CLINIC
502 Pevely Manor
Pevely, MO 63070
636-464-6400
314-771-1903 fax

**We Cannot Finish Counseling & Advising You Or Get Your Papers Ready To Sign Or File With The Court Until You Supply Our Office With The Following Items. If We Do Not Get Them, We Cannot File Your Case In Court.**

NOTES FOR CLIENT(S)

## RECEIPTS

<u>Fees paid for services are not refundable</u>

Received $ 1200 . on 11-11-10 From Cash

Signed: MB

Received $ 75 on 11-11-10 From Check

Signed: MB

Received $ _____ on _____ From _____

Signed: _____

Received $ _____ on _____ From _____

Signed: _____

## NOTES FOR ATTORNEY

_____

_____

_____

_____

_____

_____

_____

## FUTURE APPOINTMENTS

Date _____ Day _____ Time _____

Date _____ Day _____ Time _____

Date _____ Day _____ Time _____

Date _____ Day _____ Time _____

Date _____ Day _____ Time _____

Form Copyrighted Version -09-07-09

GOLDBERG LAW FIRM, LLC
The London House
Soulard, MO 63104
314-771-1900
314-771-1903 fax

COOPERATION
DOCUMENT PRODUCTION
PRODUCE THE PAPERWORK
KNOW YOUR LIFE
GET IT DONE

BANKRUPTCY CLINIC
502 Pevely Manor
Pevely, MO 63070
636-464-6400
314-771-1903 fax

**We Cannot Finish Counseling & Advising You Or Get Your Papers Ready To Sign Or File With The Court Until You Supply Our Office With The Following Items. If We Do Not Get Them, We Cannot File Your Case In Court.**

___ Bank Statements for last 6 months for all accounts ___
___ Child Support received Statement/ Printout ___
___ Co-Debtor Name(s)/Addresses ___
✓ **Counseling at Office** $30 on debit card or in checkbook ___
___ Credit Report ___
✓ **Counseling at Home** $30 on debit card or in checkbook ___
___ Divorce Decree & Property Settlement ___
___ Domestic Support Obligation Parent Name/Address/Phone# ___
___ Garnishment ___
___ Government Benefits statement ___
___ Govt Picture ID,Driver's License ___
___ Household items list for items $500 or more ___
___ Jewelry items list for items $100 or more ___
___ Judgments ___
___ Lawsuits pending ___
___ Leases on Truck, Vehicle, Storage, Furniture, Appliances ___
___ Lease on real estate, apartment, other land ___
___ Life Insurance Policies ___
___ Life Insurance Surrender Value Statement ___
___ Loan Papers for all motor vehicles ___
___ Loan Papers for all Business Loans ___
___ Loan Papers for all Personal Loans ___
___ Medical Savings Plan Statement ___
___ Monthly Income/Expense Statements for last 6 months ___
___ Payroll Address/Fax/Phone# ___
✗ Missing Bills from ___
___ **Missing Pay stubs/printouts for YOU** or **Husband**
**NEEDED from Job #1 Job #2 for the following Dates:**

___ Missing Pay stubs/printouts **for Wife**
**NEEDED from Job #1 Job #2 for the following Dates:**

✓ **Pay stubs/printouts from you (Husband) until filing date**
___ **Pay stubs/printouts from you (Wife) until filing date**
___ Personal Property Tax Bill
___ Proof of Insurance for motor vehicle(s) ___
___ Real Estate Loan Papers for ___
___ Real Estate Foreclosure Notice ___
___ Real Estate Appraisal ___
___ Real Estate Deed(s) ___
___ Real Estate Mtge statements showing balance/delinquency ___
___ Real Estate Settlement Statement from sale, refi, etc. ___
___ Real Estate Tax Assessment ___
___ Real Estate Tax Bill ___
___ Repossession Notice ___
___ Pension plan/ Retirement / 401(k), IRA, statement ___
___ Social Security Card ___
___ Social Security Statement for the year(s) ___
___ **Tax returns for 2009 & 2008 Federal and State** ___
___ Titles on motor vehicle(s) ___
___ Tuition Plan Statement ___
___ Unemployment Statement/printout ___

**OTHER DOCUMENTS**

_____
_____
_____
_____

Form Copyrighted Version -09-07-09

Gifts over $600 within 1 year? Contributions to Charity, Church, Tithing, Whatever?

Name & address /relationship to debtor/(circle one Organization Type) Religious Institution, Non-Profit, Charity

date of gift and description and value of gift    (circle one) Monthly/Weekly amount

Loss to property or bodily injury from fire, theft, storm, hail, auto accident, work accident, earthquake, tornado within one year ?

Description/value of property/circumstances and insurance coverage/ date of loss

9. Payments related to debt counseling or bankruptcy? (date, atty. fee amount)    $ 1215    11-1-2010

(name of debt consolidation Co., monthly amount, time period)

Other transfers of real estate, cars: anything either refinanced, sold, given, traded in with in past 2 years?

(Name/address of transferee/relationship to debtor/date/describe/describe property value received? (Did debtor get any money?)

Closed/sold/transferred financial accounts within one year? (checking/savings/CD/S/credit union/401(K)/stock/etc.)

Institution name & address  /  Type of account # /closing balance  /  date of closing

Safe deposit boxes within one year ? (Bank name/address/contents/closure date)

Setoffs made by any creditor within 90 days?

Property held for another person or used by you? (i.e. cars/ mobile homes, houses, jewelry,etc.)

Owners name & Address description & value of property / location of property

(Creditor name/address/amount)

Any other addresses in the last three years ?

Address _____ Name used(if same say, 'same name') _____ Time Period

Address _____ Name used(if same say, 'same name') _____ Time Period

Address _____ Name used(if same say, 'same name') _____ Time Period

Within 8 yrs past have you or your spouse lived and been married or divorced in Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin? Identify the former spouse w/name, address, phone no.

Do you have control or own any hazardous waste sites?

8. Have you owned your own business in the last 6 years? YES if you are or were officer/director/shareholder/partner/sole proprietor/or self employed in your or anyone's business.

| Give: Name, | address/location, | nature of business, | time period |
|---|---|---|---|

19a. List all bookkeepers/accountants keeping/supervising/controlling the books/accounts/records

19b. List everyone who audited or prepared financial statements within 2 years.

19c. List everyone in possession of the accounting and records at BK filing.

19d. List anyone who received a financial statement within 2 years.

20a. List last 2 inventory dates/supervisor name/dollar value.

20b. Name/address of person with the 2 inventory records.

[CONFIDENTIAL ISSUES/ NOTES/STRATEGIES]

Might have to wait because:Tax refunds high, tax returns not filed, too much equity in cars or real estate, heavy usage of credit cards within last 4-5 months, divorce decree says pay these debts, getting a lot of money from something or someone like lawsuit, insurance co. inheritance. Circle the Issues.  Wants to file ASAP because: Lawsuit date coming up, garnishment of paycheck or bank account, repo of vehicle going to happen, did happen, foreclosure of real estate coming , just happened. Circle the Issues.

Gross Monthly Income:    $ _____    $ _____

| MONTHLY DEDUCTIONS: | Debtor | Spouse |
|---|---|---|
| All Federal, State, Local Taxes/ Social Security/ Medicaid/ Medicare | | |
| Insurances of all types (health, dental, life, disability, eye care, etc.) | | |
| Union dues | | |
| Other: Pension or Retirement | | |
| Other: Pension Loan | | |
| Other: Child Support | | |
| Other allowable deductions (no savings, credit union, xmas club, savings bonds, etc.) i.e. uniforms, etc. state here: | | |
| Anticipated increase or decrease greater than 10% | | |

Total Deductions: ............................................ $ _____   $ _____

Income Subtotal $ _____   $ _____

| OTHER INCOME:   LIST IT BELOW!!!! | Debtor | Spouse |
|---|---|---|
| Income from Business | | |
| Income from Real Estate | | |
| Other income: from Girlfriend or Boyfriend (circle please) | | |
| Interest from Dividends | | |
| Alimony, Maintenance or Child Support (circle please) | | |
| Social Security Retirement or Social Security Disability (circle please) | | |
| Other income: Unemployment | | |
| Pension or Retirement | | |
| Net Income from ANY others living with Debtor | | |
| Net Income from: Second or Part-Time Job (circle please) | | |
| Or from any other source (describe) | | |
| **TOTAL MONTHLY INCOME** | | |

## • SCHEDULE J • EXPENSES OF ENTIRE HOUSEHOLD

| | Household 1 | Household 2 |
|---|---|---|
| Rent or Mortgage   1st $1125   2nd | | |
| Are real estate taxes included:   Yes   No ✓ | Yes   No | |
| Is property insurance included:   Yes   No ✓ | Yes   No | |
| Electricity and Gas/Heat 200 | $ | |
| Water and Sewer 40 | $ | |
| Telephone (include long distance and cell phone bills) | $ 40 | |
| Other: Trash Pickup | $ _____ | |
| Other: Security or Alarm system | $ _____ | |
| Other: Cable / Satellite / Internet | $ _____ | |
| Home maintenance: (cleaning products, lawncare, landscaping, repairs, well, septic, light bulbs, door mats, rakes, batteries for detectors, power washers) | $ 250 | |
| Food: (lunches at work, at home, baby food, eating out, grocery store, etc) | $ 400 | |
| Clothing: (for everyone, all children, uniforms) | $ 25 | |
| Laundry detergent, fabric softener and dry cleaning | $ 20 | |
| Medical, dental, prescriptions, over the counter stuff, eyeglasses, contacts, co-pays, etc. (everything for the body's health) | $ 125 | |
| Transportation (gasoline, bus fare, taxis, etc): (not vehicle payments) | $ 300 | |
| Recreation/entertainment, newspapers, clubs, etc. (be careful this is luxury) | $ 100 | |

2

**•SCHEDULE B  PERSONAL PROPERTY•**

| [TYPE] | [ITEM OR NAME] | [VALUE] | [OWNER H/W/J/O] |
|---|---|---|---|

1. Cash (not in accounts)

2. Accounts (checking, savings, credit union, CD's, brokerage) •
US Bank Checking + Savings
*USBank Check – 1) Dawn 2) Cathy for mother on acct — Virginia Vizcarra
3. Large Security deposits (landlords, utilities, etc.)
4. Household Furnishings:(audio/video/computer/appliances)   $3000-3200
5. Art/Antiques/Collectibles/Stamps/coins/china/silverware/
6. Clothing   $ 100
7. Furs/jewelry/wedding rings, bands   watch $35
8. Firearms/sports/photography/
9. Insurance policies Co name/ surrender value if any   Term
   (Term,Whole,Variable, Universal) Thru employer is red open death
10. Annuities
11,12. IRA's/401's/Pensions/education IRA's   w/ employer   $20,000
14. Stocks or ownership in corporations or businesses/Partnerships/joint ventures
16. Government/Corporate bonds/US Savings Bonds/Accounts receivable
20. Equitable/future interests/life estates/Interest in estates/trusts/inheritances
28. Tax refunds/claims of all kinds lawsuits/PI/Alimony/property or insurance settlements
23,27. Patents/copyrights/franchises/aircraft
24,D. Office equipment/furnishings/supplies/Machinery/Fixtures/Inventory/
24. Breeding Animals/Livestock/Crop/Farming Equipment/Supplies

25. Schedule B & D Motor Vehicles: (Cars SUVs Trucks Motorcycles 4 wheelers Jet skis  Boats)

| Make/Model/Mileage/Condition Creditor Name/Address/Account# | H/W/J & what's wrong with it? | Date Incurred | Amount Due | Value | Reaffirm Yes or No |
|---|---|---|---|---|---|
| 1991 Dodge Neon | N/A | 9/2008 | $0 | $500 | No |

35. Other property, claims, anything not listed above: List ITEM(S). VALUE(S). OWNER(S)

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NAME Daniel Flentke NAME _____ (Spouse First, Last) DATE 11-8-10

(Individual First, Last)

ADDRESS 4631 Rosa Ave _____ STL _____ 63116

PHONE home 314 536 1007 _____ cell _____ cell (spouse) _____

PRIOR FILING: (Y) or N WHAT 7 WHEN (80) WHERE STL PRIOR FILING: Y or N WHAT _____ WHEN _____ WHERE _____

DIVORCE (past 5 years) Y or (N) year) _____ LAWSUITS: (past, present, upcoming) (Y) or N (when) 12/1 (where) STL

FORECLOSURES: (past, present, upcoming) Y or (N) (when) _____ (where) _____ REPOSSESSIONS: (past, present, upcoming) Y or (N) (when) _____

GARNISHMENTS: (past, present, upcoming) Y or (N) (who) _____ (how long) HEAVY CREDIT USE: (past 5 months) Y or (N) (amount) _____

PAYDAY LOANS: Y or (N) (how many) _____ (how much) _____ ANY NO INSURANCE CAR ACCIDENTS: Y or (N) (when) _____

TRANSFERS OF $4000 OR MORE: (in past 4 years) Y or (N) (who) _____ (how much) $ _____ (how much) $ _____

EMPLOYER: (H) Cargo Sales Images WAGES: W DDD EMPLOYER: (W) _____ WAGES: _____

CONSISTENT FOR PAST 6 MOS: (H) Y or N CONSISTENT FOR PAST 6 MOS.: (W) Y or N

SELF EMPLOYED/OWN BUSINESS: Y or N (type of business) _____ # OF EMPLOYEES _____ SUBCONTRACTORS: Y or N

(circle) CORP / LLC/ SOLE PROPRIETOR HOW LONG DD

LIST ALL OTHER SOURCES OF INCOME & AMOUNTS: _____

NUMBER OF PERSONS IN HOUSEHOLD 1 AGES/TITLES SELF 48 ALL FED/STATE TAXES FILED FOR PAST 4 YEARS (Y) or N

DO YOU HAVE MORE THAN 15 CREDITORS: Y or (N)

NOTES:

over the median income guidelines so he can only file a ch 13
if lawsuit a concern we can enter and defend the lawsuit
cost is $1275 we can break over 5 pays @ 400 down

Appt - ASAP -
wants to pay in full -

**CREDIT COUNSELING:** Please have them e-mail or fax your certificate to: Nathan@goldberglawllc.com or computers5@goldberglawllc.com or 314-771-1903

**Before filing your Bankruptcy case:**

**InCharge Education Foundation:**
To complete your credit counseling online:
www.PersonalFinanceEducation.com    or call 1-866-729-0049

Cost for Debt Counseling:
Single Person - $30.00
Joint - $30.00 as long as the counseling is for husband and wife and both complete the counseling at the same time.

Payment Methods:
Debit Card/Money Order (have to call in and get an access code first if pay by Money Order and then InCharge will give them a mailing address). They will also accept a third party Debit Card.

Once you start your counseling it will give you a session number; you need to keep a record of this number as well as of your sign-in and password (which you will choose); please fill this information in on this sheet and do not lose it. We will need it if your certificate does not come to us in a timely manner. InCharge Client ID:

Sign-In: _____    Password: _____

**After your Bankruptcy has been filed:**

**Hummingbird Credit Counseling**
To complete your credit counseling online:
www.hummingbirdcreditcounseling.org    or call: 800-645-4959

Cost for Debt Counseling:
Each Person - $19.00

Payment Methods:
Debit card/Money Order

Mailing address for Money Order:
Hummingbird Credit Counseling
3737 Glenwood Ave., Ste. 100
Raleigh, NC 27612